# United States District Court
# Middle District of Alabama
# ~~Northern~~ *Eastern* Division

## SUMMONS IN A CIVIL CASE

R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold, )
)
)
)
)
Plaintiff, )
)
v. ) Case No.: 3:06cv337-WHA
)
DEPUTY SHERIFF WALTER LACEY, )
in his official and individual capacity )
Defendant. )

TO:  DEPUTY SHERIFF WALTER LACEY
MACON COUNTY SHERIFF'S DEPARTMENT
246 COUNTY ROAD 10
TUSKEGEE, AL 36083

YOU ARE HEREBY SUMMONED and required to serve upon the PLAINTIFF'S ATTORNEY

Arlene M. Richardson
P.O. Box 971
Hayneville, AL 36040

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

[X]  SERVICE BY CERTIFIED MAIL REQUESTED: *Arlene M. Richardson*

Arlene M. Richardson

*Debra P. Hackett*                    4-14-06

CLERK                                 DATE

(By) DEPUTY CLERK