# United States District Court
# Middle District of Alabama
# Eastern Division

## ALIAS SUMMONS IN A CIVIL CASE

R.A.Jr., (a minor child, by and through his
Father and next best friend, Richard Lemmel
Arnold, )

Plaintiff, )

v. )Case No.: 3:06-CV-337-WHA

DEPUTY SHERIFF WALTER LACEY,
in his official and individual capacity
Defendant. )

TO:    **DEPUTY SHERIFF WALTER LACEY**
    **MACON COUNTY SHERIFF'S DEPARTMENT**
    **246 COUNTY ROAD 10**
    **TUSKEGEE, AL 36083**

**YOU ARE HEREBY SUMMONED** and required to serve upon the
**PLAINTIFF'S ATTORNEY**

Arlene M. Richardson
P.O. Box 971
Hayneville, AL 36040

an answer to the complaint which is herewith served upon you, within **20** days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint.
You must also file your answer with the Clerk of this Court within a reasonable period of
time after service.

[X]  SERVICE BY PERSONAL SERVICE REQUESTED    *Arlene M. Richardson*

*Debra P. Hackett*                                    Arlene M. Richardson

CLERK                                                5/9/06

(By) DEPUTY CLERK                                    DATE

## RETURN OF SERVICE

| | Date |
|---|---|
| Service of the Summons and Complaint was made by me | |
| NAME OF SERVER (PRINT) | TITLE |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE**

XX Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Return unexecuted: _____

_____

_____

_____

☐ Other (Specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION WAS CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

Executed on _____        _____
          Date                                    Signature of Server

                                        _____
                                            Address of Server