## RETURN OF SERVICE

| | Date |
|---|---|
| Service of the Summons and Complaint was made by me | |
| | TITLE |
| NAME OF SERVER (PRINT) | |

### CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE

XX Served personally upon the defendant. Place where served: 5418 US 80 W Tuskegee AL 36083

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Tamela Lacey Walter Lacey's wife

☐ Return unexecuted: _____

☐ Other (Specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION WAS CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

Executed on 7-9-06
_____    Det. John White
Date                Signature of Server

PO Box 388 Hope Hull AL 36043
Address of Server

# United States District Court
# Middle District of Alabama
# Eastern Division

## ALIAS SUMMONS IN A CIVIL CASE

| | |
|---|---|
| R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold, | ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | )**Case No.: 3:06-CV-337-WHA** ) ) |
| **DEPUTY SHERIFF WALTER LACEY,** in his official and individual capacity **Defendant.** | ) ) ) ) |

TO:  **DEPUTY SHERIFF WALTER LACEY**
**MACON COUNTY SHERIFF'S DEPARTMENT**
**246 COUNTY ROAD 10**
**TUSKEGEE, AL 36083**

**YOU ARE HEREBY SUMMONED** and required to serve upon the **PLAINTIFF'S ATTORNEY**

Arlene M. Richardson
P.O. Box 971
Hayneville, AL 36040

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**[X]  SERVICE BY PERSONAL SERVICE REQUESTED**

*Arlene M. Richardson*
Arlene M. Richardson

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  *5/9/06*