IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A. JR. (a minor child, by and through his Father and next friend, Richard Lemmel Arnold, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity, | ) ) ) |
| Defendant. | ) |

Case No.: CV-3:06-cv-337-WHA

## NOTICE OF PROCEEDING

**COMES NOW** the Defendant, Walter Lacy, by and through his attorney of record, and hereby gives notice to the Attorney General of the State of Alabama pursuant to Section 6-6-227 of the <u>Code of Alabama</u>, 1975, of his challenge to the constitutionality of the recovery of punitive and discretionary damages in this action. A copy of the Plaintiff's Complaint filed in the above styled matter and the Answer thereto filed by this Defendant is attached hereto.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.
Attorney for the Defendant, Walter Lacey

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Phone: (334) 387-7680
Fax:   (334) 387-3222

CERTIFICATE OF SERVICE

      I hereby certify that on August 2, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Hon. Arlene M. Richardson
Richardson Legal Center, LLC
Post Office Box 971
Hayneville, AL 36040-0971

                                       /s/ C. Winston Sheehan, Jr.
                                       OF COUNSEL