IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| R.A., JR., etc., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06cv337-WHA |
| | ) | |
| DEPUTY SHERIFF WALTER LACEY, | ) | |
| | ) | |
|     Defendant. | ) | |

## RULE 26(f) ORDER

The parties are hereby reminded of the obligation, imposed by Rule 26(f) of the Federal

Rules of Civil Procedure, to confer and to develop a proposed discovery plan.  The Rule 26(f)

report containing the discovery plan shall be filed as soon as practicable but not later than

**August 17, 2006.**

The longstanding practice in this district is that dispositive motions shall be filed no later

than 90 days prior to the pretrial date.   If the parties seek to vary from that schedule, they should

present, in the plan, specific case related reasons for the requested variance.

This case will be set for trial before the undersigned judge during one of that judge's

regularly scheduled civil trial terms. The pretrial date is normally set within four to six weeks of

a scheduled trial term. The dates of commencement of this judge's next two available civil trial

terms are as follows:  **May 7, 2007 and August 20, 2007**.  This case will be set for one of these

terms, and suggested deadlines should be made accordingly.

The court may or may not hold a scheduling conference before issuing a scheduling order. If the court holds a scheduling conference, counsel may participate in the scheduling conference by conference call.

The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the judges of this court. The Uniform Scheduling Order is available on the court's website, www.almd.uscourts.gov in the Civil Case Information section.

The report of the parties should comply with Form 35 of the Appendix of Forms to the Federal Rules of Civil Procedure.

DONE this 3rd day of August, 2006.


 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE