IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A. JR. (a minor child, by and through his Father and next friend, Richard Lemmel Arnold, ) ) ) ) **Plaintiff,** ) ) vs. ) ) DEPUTY SHERIFF WALTER LACEY, ) in his official and individual capacity, ) ) **Defendant.** ) | Case No.: CV-3:06-cv-337-WHA |

### DEFENDANT WALTER LACEY'S MOTION FOR LEAVE TO AMEND ANSWER

COMES NOW the Defendant, Walter Lacy, and respectfully request leave to amend its previously filed Answer. This Motion will not prejudice any party, and is filed in order to correct clerical errors.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.
Attorney for the Defendant, Walter Lacey

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Hon. Arlene M. Richardson
Richardson Legal Center, LLC
Post Office Box 971
Hayneville, AL 36040-0971

/s/ C. Winston Sheehan, Jr.
OF COUNSEL