IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R. A., JR., a minor child, by and through his father and next friend, Richard Lemmel Arnold,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>WALTER LACEY, Macon County Deputy Sheriff, in his official and individual capacity,  )<br>)<br>)<br>)<br>)<br>Defendant.  ) | CIVIL ACTION NO.3:06cv337-WHA |

**<u>ORDER</u>**

Upon consideration of the stipulation and protective order (Doc. # 13), filed October 12, 2006, and the stipulation and request for protective order (Doc. # 14), filed December 6, 2006, and for good cause, it is

ORDERED that the request for protective order contained in document #13 be and hereby is DENIED as moot. The request for protective order contained in document # 14 is GRANTED, and this stipulation and protective order are hereby ordered binding upon all parties to this action.

DONE, this 8th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE