IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A. JR. (a minor child, by and through his Father and next friend, Richard Lemmel Arnold, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity, | ) ) ) ) |
| Defendant. | ) |

Case No.: CV-3:06-cv-337-WHA

### DEFENDANT'S EVIDENTIARY SUBMISSION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, Walter Lacey, and makes the following Evidentiary Submission in support of the Motion for Summary Judgment contemporaneously filed herein.

1. Excerpts from the deposition of Walter Lacey.

2. Final Summary of findings by the Alabama Bureau of Investigation (ABI).

3. Letter dated April 6, 2006 to Macon County Sheriff David Warren regarding findings made pursuant to the ABI investigation.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.
Attorney for the Defendant, Walter Lacey

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Phone: (334) 387-7680
Fax:    (334) 387-3222

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Hon. Arlene M. Richardson
Richardson Legal Center, LLC
Post Office Box 971
Hayneville, AL 36040-0971

                                              /s/ C. Winston Sheehan, Jr.
                                              OF COUNSEL