**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

1

```
1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE MIDDLE DISTRICT OF ALABAMA

3                      EASTERN DIVISION

4    R.A.Jr., (a minor child, )

5    by and through his       )

6    Father and next best     )

7    friend, Richard Lemmel   )        C O P Y

8    Arnold,                  )

9          Plaintiff,         )

10   VS.                      )   CASE NUMBER:

11   DEPUTY SHERIFF WALTER    )   3:06-CV-337-WHA

12   LACEY, in his official   )

13   And individual capacity, )

14         Defendant.         )

15   _____/

16           T R A N S C R I P T of testimony taken

17   stenographically of DEPUTY WALTER LACEY, by and

18   before Patricia Taylor, CSR, AL-CSR-369, and

19   Notary Public of the State of Alabama, at the law

20   office of Ball, Ball, Matthews & Novak, 2000

21   Interstate Park Drive, Suite 204, Montgomery,

22   Alabama on October 18, 2006 at approximately

23   11:00 a.m.
```

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

12

1   Q        You don't remember?

2   A        No.

3   Q        Do you remember what your paycheck was

4  per week?

5           How did you get paid?  Monthly?

6   A        We were paid every two weeks but

7  that's been so long I don't remember how much it

8  was.

9   Q        How long were you with the Tuskegee

10  Police Department?

11   A        Two years.

12   Q        So you were there until 2004?

13   A        Yes, ma'am.

14   Q        And you don't remember how much you

15  were making?

16   A        No, ma'am.

17   Q        When you left the Tuskegee Police

18  Department, where did you go from there?

19   A        To the Macon Sheriff's Department.

20   Q        Why did you leave Tuskegee to go to

21  the sheriff's department?

22   A        It was a better position.

23   Q        When you say "better position," what

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

14

1    sheriff's deputy?

2    A          I work night shift.

3    Q          And is night shift the same?  What are

4    the hours?

5    A          7:00 p.m. to 7:00 a.m.

6    Q          And how many days a week?

7    A          The shifts rotate so one week is five

8    days, one week is two days.

9    Q          So every other week you work five

10   days?

11   A          Yes, ma'am.

12   Q          And then the next week you work two

13   days and you're off the others?

14   A          (Nodding head affirmatively.)

15   Q          And how often does it rotate?  Or is

16   that your regular shift since you have been

17   there?

18   A          Yes, ma'am.

19   Q          Okay.  Now when did you attend the

20   police academy?

21   A          November of 2002 until February of

22   2003.

23   Q          Now, when you first started as a

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

16

```
 1    A          Well it was five days a week.
 2   Sometimes it varied, but no more than eight.
 3    Q          I mean, was it an all-day thing?
 4    A          Yes, ma'am.
 5    Q          Were you still working with the
 6   Tuskegee Police Department whilst you were doing
 7   your post-training?
 8    A          I was strictly assigned to being in
 9   the academy at that time.
10    Q          Okay.
11    A          I was employed by the Tuskegee Police
12   Department.
13    Q          So you weren't on patrol during that
14   period?
15    A          No, ma'am.
16    Q          Were you still being paid by the
17   Tuskegee Police Department?
18    A          Yes, ma'am.
19    Q          Now, what weapons were you trained to
20   use at the police academy?
21    A          We had firearms training.  We had
22   chemical weapons training.
23    Q          What is chemical weapons?
```

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

17

```
1    A         OC Spray.

2    Q         What does OC stand for?

3    A         Mace.

4    Q         It's mace?

5    A         Yes, ma'am.  And also the ASP baton.

6    Q         And when you say -- Could you spell

7    that?

8    A         ASP.

9    Q         Oh, okay.  ASP?

10   A         Uh-huh (affirmative response).

11   Q         I never heard it called that.  A-S-P.

12   Does A-S-P stand for something or is that --

13   A         I'm not sure.

14   Q         Any other weapons that you were

15   trained on at the police academy?

16   A         No, ma'am.

17   Q         Do you carry all three of those with

18   you all of the time as a police officer?

19   A         Yes, ma'am.

20   Q         Now, what did your -- and I'm

21   particularly interested in the baton.  What was

22   your training as far as the use of the baton?

23   A         That is just a curriculum that they
```

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com     (251)248-2108     www.taylorcourtreporting.com

18

1   give on it; body location.

2   Q          Is it a written curriculum?

3   A          It's written and hands-on.

4   Q          Does the written curriculum explain

5   when you would use force or is that a separate

6   class?

7   A          It's all, I guess, together.

8   Q          Were you trained when you would use a

9   baton?  What situations?

10   A          No.  We were trained that each

11   situation dictates itself.

12   Q          Okay.  And were you given any

13   parameters or limitations on when it would be

14   acceptable to use a baton?

15   A          I'm sorry?

16   Q          Were you given situation types?  I

17   mean, were you told, for instance, that if you're

18   being attacked it would be okay to use your

19   baton?

20   A          We were trained --

21   Q          Things like that.

22                MR. SHEEHAN:  Object to the

23          form.

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

25

1    A          I had applied for it with the State.

2    Q          So you started with the Macon

3    Sheriff's Department in 2004?

4    A          Yes, ma'am.

5    Q          And you left to go to the marine

6    police on Lake Martin in 2006?

7    A          Yes, ma'am.

8    Q          What is your rate of pay with the

9    marine police?

10   A          I would prefer not to disclose how

11   much money I make.  I'm sorry.

12              MR. SHEEHAN:  Is that really

13         relevant?

14              MS. RICHARDSON:  Well, I

15         mean --

16   BY MS. RICHARDSON:

17   Q          -- you put on your answers to

18   interrogatories that you changed jobs because it

19   was better pay.  So --

20   A          No, my answer on the interrogatories

21   was a better position.

22   Q          Is it better --

23   A          It was a State job with better

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

34

1    Q        Have you ever had to fire your weapon

2    on a citizen in the course of your job duties?

3    A        No, ma'am.

4    Q        And you don't recall ever having a

5    citizen complain, lodge a complaint against you

6    with the Tuskegee Police Department, the

7    sheriff's department or Victoryland?

8    A        No, ma'am.

9    Q        Or your marine patrol job?

10   A        No, ma'am.

11   Q        Now, we are here, of course, about an

12   incident that happened at a football game at

13   Booker T. Washington High School on October 7,

14   2005.  You understand that?

15   A        Yes.

16   Q        Now, you were a deputy sheriff.  Were

17   you on patrol that night or were you working a

18   side job?

19   A        I was working a side job contracted

20   through the sheriff's department by the Board of

21   Education.

22   Q        Okay.  So, was that, like, a regular

23   assignment that the sheriff's department gave you

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

35

1    or did you volunteer to take those assignments?

2    A        We were asked by other deputies if we

3    wanted to work that game as a side job.

4    Q        When did you arrive at the game?

5    A        I believe it was about 6:00 or 6:30

6    p.m. that day.

7    Q        Did you help with traffic control as

8    the people came into the game?

9    A        No, ma'am.

10   Q        Did you have specific assignments in

11   the stadium or on the grounds?

12   A        Yes, ma'am.  I was assigned to the

13   inside of the football game.

14   Q        Now, were there any other incidents

15   whilst you were inside the stadium before you

16   came outside?

17   A        No, ma'am.

18   Q        Now, how were you alerted to the fact

19   that something was going on outside?

20   A        We had started to leave the game

21   already and while we were walking out, a group of

22   students ran up to where we were and told us that

23   there some people in the parking lot that had a

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

36

1    gun.  They didn't give us any specifics on what

2    they were wearing.  And about the time we started

3    moving to it, Deputy Whitlow called on the radio

4    and advised they had an altercation going on and

5    somebody was supposed to have a gun.

6    Q        So he said over the radio that someone

7    had a gun in the parking lot?

8    A        He used the radio code for it.

9    Q        What's the radio code for it?

10   A        There was a subject in the parking lot

11   that was supposed to have a 10-32 but he wasn't

12   sure.

13   Q        And a 10-32 means a gun?

14   A        Yes.

15   Q        So you got that over the radio and

16   some folks had said something to you that were

17   coming back into the stadium?

18   A        They were leaving away from the

19   situation.

20   Q        And you were how far inside the

21   stadium?

22   A        I was not inside the stadium.  I was

23   at the gate exiting the stadium.

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

39

```
1      Plaintiff's Exhibit 3, A and B.
2              Do you see in either of those pictures
3      where the fighting was going on?
4      A       No, ma'am.
5      Q       Did you begin to run when you got
6      called over the radio?
7      A       Yes, ma'am.
8      Q       And were there other officers with
9      you?
10     A       Yes, ma'am.
11     Q       Who was with you?
12     A       At that time there was Deputy
13     Washington and Deputy Walker.  Officer Motley
14     started out with us and he turned and went the
15     other way.  When we came out of the gate, he made
16     a left instead of making a right.
17     Q       When you came out of the gate, could
18     you see the fighting there?  Could you see it
19     from the gate?
20     A       No, ma'am.
21     Q       No?
22     A       (Shaking head negatively.)
23     Q       And you can't say what distance you
```

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

40

```
1   had to run?
2   A         No, ma'am.
3   Q         Did it take you seconds to get there
4   or minutes?
5   A         I didn't take minutes.  I will assume
6   seconds.
7   Q         When were you able to see what was
8   going on?
9   A         When we got closer to the first fight
10  we were able to see it.
11  Q         You said the first fight, so describe
12  the first fight that you saw.
13  A         The first fight we came upon there was
14  a black male laying on the ground.
15  Q         Okay.
16  A         There were eight to ten other black
17  males standing around him kicking him.
18  Q         Did you break up that fight?
19  A         Yes, ma'am.
20  Q         And how did you break that fight up?
21  A         Disbursing the kids off the guy that
22  was on the ground.  I'm not sure which other
23  deputy it was, if it was Walker or Washington,
```

*R.A.Jr., et al. Vs. Deputy Sheriff Walter Lacey, et al. y Eric Whitlow*

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

41

1    picked him up off the ground so they wouldn't get

2    him again.

3    Q          Did you holler at them?  Did you grab

4    them?

5    A          We went to the fight and started

6    pushing people away from him.

7    Q          Were they standing there?  I mean,

8    were they on the ground or were people just

9    standing around this person on the ground?

10   Describe the scene for me.

11   A          Like I said, there was at least eight

12   to ten black males over him; they were kicking

13   him.  They weren't just standing still or laying

14   there with him, they were over him kicking him.

15   Q          Kicking him.  Okay.  And what did you

16   do?

17   A          We disbursed the fight.

18   Q          Well, you say we disbursed the fight

19   but that doesn't tell me what you physically did

20   and that's what I want to know.

21              MR. SHEEHAN:  Object to the

22          form.

23   BY MS. RICHARDSON:

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

42

1    Q        Can you describe for me -- did you
2    pull somebody?  Did you take your baton out?  Did
3    you take your gun out?  Did you holler?  Can you
4    explain to me what you did when you approached
5    the first fight?
6    A        Like I said, we started pushing people
7    out of the fight that were kicking him, pushing
8    folks away from him.  There was one person that
9    returned to the fight several times after he had
10   been pushed away.  He kept coming back.  Every
11   time we pushed him away from the fight, he'd
12   circle around and come right back and kick him
13   again.
14   Q        Did you arrest that person?
15   A        We tried to do.
16   Q        Okay.  Tell me how you tried to.
17   A        Okay.  We finally took him -- physical
18   control of him.  Put him on the ground; told him
19   to stay there.  Because we could see Deputy
20   Whitlow in the middle of another fight.
21   Q        Okay.
22   A        When we told him to stay there, he
23   didn't stay there; he left.

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

43

1    Q        And there were three officers with

2    you; right?

3    A        No, ma'am.  We had all split up then.

4    Like I said, one of them -- one of them took the

5    guy and took him -- the one that was being kicked

6    -- and took him away so they couldn't kick him

7    again.

8             Then I put the guy on the ground and

9    told him to stay there and I left to go where

10   Whitlow was.  I don't know where everybody else

11   went then.

12   Q        Did anybody interview or talk to the

13   person who was getting kicked?

14   A        We spoke with him after everything was

15   over with.  He was a relative of the ones that

16   was arrested.

17   Q        Was he a cousin of Quadarius Johnson?

18   A        He was a relative.  I don't know what

19   relation he was.

20   Q        Was he arrested also?

21   A        No.

22   Q        Do you know the name of the person who

23   was on the ground?

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

47

1            You told him to stay on the ground.

2    We are at that spot.

3    A            Told him to stay on the ground because

4    I could see Deputy Whitlow still struggling and

5    there was nobody there to help him.

6    Q            Okay.

7    A            So I left him on the ground and I went

8    to go and help Deputy Whitlow.

9    Q            And, so, Deputy Whitlow was in your

10    line of sight?

11    A            Yes, ma'am.

12    Q            Did it take you seconds to get to

13    where he was?

14    A            Yeah, it took seconds.

15    Q            And what was going on when you saw

16    Deputy Whitlow?  What was going on with him?

17    A            He was there with his back turned to

18    me and he was holding two different male subjects

19    with his -- out to his side with his arms.

20    Q            Okay.

21    A            He was trying to keep them apart.  The

22    one that was later identified as Johnson had --

23    he wasn't resisting.  He wasn't still fighting.

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com     (251)248-2108     www.taylorcourtreporting.com

48

1    You know, he was being held.  There was another

2    one over that was off to the side that was still

3    swinging and flailing, you know, over --

4    Q          Was that the one that he was holding

5    or was that the other one -- I mean, was that

6    somebody else?

7              You said he was holding two people.

8    A          He was holding two people.

9    Q          Right.

10   A          He was holding Johnson and he was

11   holding this other person that was still

12   swinging.

13   Q          Okay.

14   A          Johnson had become complacent --

15   compliant.  And another subject came up behind

16   Deputy Whitlow as I was coming to assist him and

17   reached over Deputy Whitlow and started swinging

18   at Johnson along with this other person that he

19   was holding so now there is three.  Deputy

20   Whitlow and three other people.

21   Q          All right.

22   A          Someone was swinging over Deputy

23   Whitlow, he lost control of this person that he

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

50

1    A        Behind me?  What do you mean?

2    Q        I mean, behind Whitlow.

3    A        Okay.  Yeah, he was behind Whitlow.

4    Whitlow still had ahold of Johnson.

5    Q        And did he have ahold of the other

6    person or had that person --

7    A        No.

8    Q        -- run off?

9    A        During my run over to help Whitlow,

10    this person had swung over Whitlow and caused him

11    to lose control of the other one and that one ran

12    off.

13    Q        So that one ran off?

14    A        Yes.

15    Q        So you're standing behind Officer

16    Whitlow.  Now he has Quadarius Johnson in both

17    hands?

18    A        Yeah, he has got both hands on

19    Quadarius Johnson but he's trying to get himself

20    loose from whoever this is over his shoulder.

21    Q        So when you approached that scene,

22    what did you do?

23    A        That's when I grabbed this person that

*R.A.Jr., et al. Vs. Deputy Sheriff Walter Lacey, et al. y Eric Whitlow*

Taylor Reporting
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

51

1    was behind Deputy Whitlow, I grabbed him by the
2    back of his pants and tried to pull him away.
3    Q        Okay.
4    A            He was holding onto something.  Like I
5    said, I couldn't see what exactly he had but he
6    was over Whitlow.  I pulled and I couldn't get
7    him loose.  I even used my other hand that I just
8    had -- I had my baton in that hand but I grabbed
9    him up here and tried to pull him down.  He was
10   holding on to whatever it was so tight and he was
11   still pulling over trying to get over the top of
12   Whitlow.
13   Q        When you pulled him away, I mean, did
14   that affect Officer Whitlow?  Was he pulled back
15   or anything?
16   A            I couldn't pull the person away is
17   what I'm saying.  I tried to pull him, he didn't
18   move.
19   Q        What did you say to him?
20   A        "Get on the ground."
21   Q        Okay.
22   A            He never turned loose.  He never did
23   move.  I kept pulling.

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com     (251)248-2108     www.taylorcourtreporting.com

52

1   Q        So you had your baton in your hand

2   because you had just left this other fight?

3   A        Yes.

4   Q        And?

5   A        After I couldn't get him to let go, I

6   struck him twice in his thigh area, once in his

7   forearm.  When I hit him in the forearm, he

8   turned loose and he started to the ground.  Just

9   as he went almost to the ground -- he was pulling

10   away still.  I couldn't tell what he was trying

11   to pull back to do, or whatever he was still

12   holding onto it.  I didn't strike him any more

13   with the baton.  As a matter of fact, I dropped

14   the baton after that.

15   Q        Okay.

16   A        I started taking him to the ground, he

17   snatched loose and he ran off.  I gave chase.  I

18   don't know, maybe 15, 20 feet.  But I had to

19   rethink.  Deputy Whitlow still had somebody that

20   had a gun.  I turned around and went back.  I

21   took him to the car where he patted Willis down

22   -- not Willis.  Johnson down.  That's when he

23   found the gun in his right rear pocket.

Taylor Reporting
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

61

```
 1    later that night --

 2    A          No.

 3    Q          -- after this happened?

 4    A          No, ma'am.

 5    Q          You didn't have any other police calls

 6    after the game let out and people started coming

 7    out?

 8    A          No, ma'am.

 9    Q          When Officer Whitlow had the two boys

10    in his hands, was he saying anything to you?

11    A          No.  I came from behind him.  I don't

12    know if he ever even saw me.

13    Q          Was he saying anything to the boys?

14    A          I can't recall.

15    Q          Were you afraid that you were going to

16    get hurt?

17    A          That's a broad question.  Can you

18    narrow it down?

19    Q          When you approached Deputy Whitlow,

20    were you afraid that you were going to get hurt?

21    A          At that time I was more concerned

22    about him.  I could have got hurt, but somebody

23    had him from behind.  I was more concerned about
```

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com     (251)248-2108     www.taylorcourtreporting.com

62

1     him than me.

2     Q          All right.  You don't recall whether

3     he was hollering or asking for assistance or

4     anything like that?  Talking about Deputy

5     Whitlow.

6     A          I can't say.  I don't remember.

7     Q          You don't remember?

8     A          (Shaking head negatively.)

9     Q          When y'all got back to the car and you

10    had Quadarius Johnson and he had been arrested

11    and was in the patrol car and you all talked to

12    each other at that point, did you and Deputy

13    Whitlow talk to each other?

14    A          No, ma'am.

15    Q          None?

16    A          (Shaking head negatively.)

17    Q          Did you talk to each other when you

18    got to the police station?

19    A          No, ma'am.

20    Q          Did you write a report also that

21    night?

22    A          Yes, ma'am.

23    Q          Okay.

*R.A.Jr., et al. Vs. Deputy Sheriff Walter Lacey, et al. y Eric Whitlow*

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

69

1    handwriting?

2    A          Yes, ma'am.

3    Q          Is there a reason why you didn't sign

4    the bottom?

5    A          I didn't realize that I didn't.

6    Q          Now, it says on 10/7/05, which is the

7    night of the football game, a report was done in

8    reference to a large fight in the rear of the

9    Booker T. Washington High School.  At the time of

10   the original report, there was no name or

11   information for the suspect.  Did you write a

12   report that night?

13              It says that you wrote a report.  "In

14   the original report."  Do you know where that

15   original report would be?

16   A          No, ma'am, I don't know where it is.

17   Q          Did you write one that night without

18   putting a name in it?

19   A          Yes, ma'am.

20   Q          And if you look at the next page, is

21   that your writing on that page?

22   A          Yes, ma'am.

23   Q          Now, that report says the date and

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

72

1    A         It's checked "misdemeanor" on here.

2    Q         Okay.  Now, tell me how you came to

3    charge Richard Arnold, Jr. with this crime.

4              How did you know to charge Richard

5    Arnold, Jr.?

6              How did you know he was one of the

7    suspects?

8    A         It says it right here on the previous

9    page.

10   Q         Okay.  Because his parents came down

11   and complained?

12              MR. SHEEHAN:  Object to the

13         form.

14   BY MS. RICHARDSON:

15   Q         "The parent of the suspect came to

16   Macon County jail and identified their child as

17   Richard Arnold, Jr."

18   A         Uh-huh (affirmative response).

19   Q         And how did you know Richard Arnold,

20   Jr. was the suspect in this case?

21   A         There were only two individuals struck

22   and both of them were fighting.

23   Q         Okay.

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

73

```
 1    A           I wouldn't charge an innocent person.
 2    Q           That would be -- as far as you were
 3    concerned, Richard Arnold, Jr. was either one of
 4    the eight people kicking the child on the ground;
 5    is that right?
 6    A           No, ma'am.
 7    Q           No?  Then who would he have been?
 8    There were two incidents so which one of those
 9    would it be?
10    A           From the second incident.
11    Q           He was the one that was standing
12    behind Officer Whitlow then.  Is what you are
13    saying?
14    A           Yes, ma'am.
15    Q           Now, you hit two people with your
16    baton; correct?
17    A           Yes, ma'am.
18    Q           But Richard Arnold, as far as you were
19    concerned at this time when you filled out this
20    report, was the one standing behind Deputy
21    Whitlow?
22    A           Yes, ma'am.
23    Q           Now, if you would look at the last
```

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

76

1    mean?

2    Q          No.  When you're going -- okay.  When

3    you are going to swear out a warrant on a

4    juvenile or you want to have a juvenile arrested

5    for a crime that was not committed in your

6    presence or it's after the fact, what is the

7    procedure that you go through?

8    A          You complete your report, of course,

9    and you take your report down to the juvenile

10   court office and they attend to it from there.

11   Q          So all you have to do is take your

12   report down to the juvenile office; right?

13   A          Uh-huh (affirmative response).

14   Q          So this would be the complaint that

15   you took down to the juvenile court officer?

16   A          This is not what I took down there,

17   no.

18   Q          You signed it right here?

19   A          This is what they printed out.

20   Q          Okay.  They printed it out and you

21   signed it; right?

22   A          Yes, ma'am.

23   Q          And that was done on the date that is

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

77

1    in the bottom corner?  It says December 2, 2005

2    at 10:52 a.m.?

3    A          That's not when I took the report

4    down, no.

5    Q          When did you take the report down?

6    A          I can't give you an exact date but it

7    was the week immediately following the incident.

8    Q          When you say took the report down,

9    what report are you talking about?

10   A          The I&O report.  One of the exhibits

11   that you just showed.

12   Q          The incident/offense report you took

13   to who?

14   A          I gave it to Mrs. Moon.

15   Q          Who is Mrs. Moon?

16   A          She is one of the administrative

17   assistants there.

18   Q          Now, once you give the report to Mrs.

19   Moon, you have no other involvement?

20                    MR. SHEEHAN:  Object to the

21          form.

22   BY MS. RICHARDSON:

23   Q          Do you do anything else once you take

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

78

1    your report down there?  Do you talk to anybody?

2    Do you follow-up on it?  I mean, do you do

3    anything?

4    A        I'm not understanding.

5    Q        You said you took your incident down

6    to Mrs. Moon.  You just left it there.

7    A        That's because neither one of the

8    intake officers was in, Mr. Hartman and Mr.

9    Maxwell were out and they were supposed to

10   contact me as soon they came in.  When they

11   actually did this thing in the computer, they

12   were supposed to call me.

13   Q        So this thing in the computer is what

14   starts the arrest process?

15   A        Yes, ma'am.

16   Q        And although you say you took your I&O

17   report to Mrs. Moon the following week after, it

18   was not until December when the warrant was

19   issued; is that correct?

20   A        Yes, ma'am.

21   Q        Did you have to go to Mrs. Moon or any

22   of the intake officers to make sure that this

23   warrant was issued?

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com    (251)248-2108    www.taylorcourtreporting.com

79

1    A         Yes, ma'am.  I checked up behind one

2    of my cases and that's when I found out it had

3    not been done.

4    Q         And that was in December when you

5    checked up on that?

6    A         (Nodding head affirmatively.)

7    Q         Look at the second page.  Now, is that

8    the actual warrant that's issued?  Do you

9    recognize that?

10   A         I don't know.

11   Q         Have you ever delivered warrants on

12   juvenile cases before?

13   A         No, ma'am.

14   Q         No?  Is that left to the juvenile

15   officers?

16   A         I'm not sure how it goes.

17   Q         Did you attend the trial of Quadarius

18   Johnson?

19   A         No, ma'am.

20   Q         Did you attend the trial of Marcus

21   Johnson?

22   A         No, ma'am.

23   Q         Do you know what the outcome of either

**Taylor Reporting**
411 McMillan St., PO Box 369
Repton, Alabama 36475
taylorreporting@aol.com   (251)248-2108   www.taylorcourtreporting.com

81

1   A          No, ma'am.

2   Q          What are the other reasons?

3              MR. SHEEHAN:  Object to the

4        form.

5   A          I don't get what you are saying.

6   BY MS. RICHARDSON:

7   Q          What was the reason?  Why you charged

8   him with a crime?

9   A          Because the commission of the crime

10  only identified him by his parents.

11  Q          Okay.

12  A          I didn't charge him because of his

13  parents, no.

14  Q          When you were listening to Richard

15  Arnold, Jr., and Ronald, his brother, testify a

16  few weeks back.  You were at the deposition;

17  correct?

18  A          Yes, ma'am.

19  Q          Is there anything that Richard Arnold

20  said that you disagree with?

21             MR. SHEEHAN:  Object to the

22        form of the question.

23  A          I can't go back on everything that was