**STATE OF ALABAMA**
OFFICE OF THE DISTRICT ATTORNEY

**E. Paul Jones**
District Attorney
Alexander City, Alabama 35010

**FIFTH JUDICIAL CIRCUIT**
**MACON COUNTY, ALABAMA**

**KALIA S. LANE**
Deputy District Attorney
P.O. Box 830568
Tuskegee, AL 36083
Telephone: (334) 724-2604
724-2623
Fax: 724-2553



Sheriff David Warren
Macon County Sheriff's Office
246 Co. Rd. 10
Tuskegee, Alabama 36083

April 6, 2006

Dear Sheriff Warren,

I'm sure that you are aware of the allegations of excessive force made against one of your deputies, Walter Lacey. I am in receipt of an investigative report compiled following an investigation by the Alabama Bureau of Investigation. The investigation reflects that Deputy Lacey did not use excessive force and performed his duties in accordance with the Sheriff's Department's policies and procedures.

Since the investigation has been completed and no wrongdoing was found, it is the opinion of this office that this matter be closed. We, therefore, do not intend to present this matter to the grand jury for consideration. Should any further information be required from this office, please do not hesitate to call.

Thanking you for your time and attention to this matter.

Sincerely,

E. Paul Jones, District Attorney

Kalia S. Lane, Deputy District Attorney