IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A. JR. (a minor child, by and through his Father and next friend, Richard Lemmel Arnold, <br><br>    Plaintiffs, <br><br>vs. <br><br>DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity, <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>Case No.: CV-3:06-cv-337-WHA |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

On or about January 19, 2007 Counsel for the Plaintiff's and Counsel for the Defendants earnestly discussed the possibility of settling the above case. Counsel concluded that this case should proceed to a ruling on the defendant's summary judgment motion before settlement negotiations would be fruitful. Hence, a settlement was not reached.

Counsel for the Parties have discussed possible mediation and have discussed the benefits of mediating with a magistrate judge after the summary judgment motion has been ruled on. The parties are not opposed to mediation; however would prefer to discuss mediation with a magistrate judge after a determination on the pending motion for summary judgment has been made.

Respectfully submitted this the 22[th] day of January.

       s/Arlene M. Richardson
       Bar Number ASB 9452-I60A
       Attorney for the Plaintiff

**Richardson Legal Center, L.L.C.**
P.O. Box 971
Hayneville, Alabama 36040
Telephone: (334) 548-5660
Fax: (334) 548-5661
E-mail: arlawyer@htcnet.net

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

C. Winston Sheehan, Jr. wsheehan@ball-ball.com, rsmith@ball-ball.com

And certify that I have hereby mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE
Respectfully submitted,

s/Arlene M. Richardson
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
P.O. Box 971
Hayneville, Alabama 36040
Telephone: (334) 548-5660
Fax: (334) 548-5661
E-mail: arlawyer@htcnet.net