Juvenile

| Field | Value |
|---|---|
| Case # | 05.10.00.025 |
| ORI | 046.00.00 |
| Date and time of this report | 10.07.05 9:50 AM |
| Agency Name | Macon County Sheriff Department |
| Reported by | Macon County Sheriff Department |
| Address | 246 C.R. 10 Tuskegee, AL 36083 |
| Phone | 334-727-2500 |

**41 Type Incident or Offense:** Disorderly Conduct — MISD. — State Code: 13A-11-7

**34 Type Incident or Offense:** Carrying a Concealed Weapon — MISD. — State Code: 13A-11-50

**38 Place of Occurrence:** Booker T Washington High School (Parking lot REAR)

**Sector:** 46.00.00

**Occurred on or between:** 10-07-05  **Time:** 9:40 AM

**Weather:** Cloudy
**Premise:** School
**Weapon Used:** Firearm — Handgun
**Describe:** .38

**Property:**
| Qty | Description | Recovered Date |
|---|---|---|
| 1 | .38 Nickel Plated Type handgun No serial number | 10-07-05 |

PLAINTIFF'S EXHIBIT 2

TYPE OR PRINT IN BLACK INK        ACJIC—32 REV 8-96