**EMERGENCY ROOM RECORD**
Community Hospital, Inc.
Tallassee, Alabama   Ph: 334/283-6541

Arnold Richard
13 yr Bruised

| PATIENT NUMBER | TYPE | PATIENT NAME | AGE | BIRTHDATE | SEX | M/S | DATE OF SERVICE | TIME | CLERK INT. |
|---|---|---|---|---|---|---|---|---|---|

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | CITY | STATE | | TELEPHONE |
|---|---|---|---|---|---|

PATIENT SSN: 620424
A[illegible] R[illegible] L   M  12
P O BOX 830122   TUSKEGEE, AL
FARAH MAE   WALKER MOL
GUARANTOR: WALKER MOL   10/10/05   B/D [illegible]

Arrival time: 11:06 am

TIME: 11:04 AM   Allergies: NKDA
Home Meds: None

Chief Complaint: C/O pain & bruising Lt. ant. hip, Lt. shoulder Rt. Lat. thigh & Rt. ^ Back area. Hit & block Jack by Police @ Light Booker T. Washington School Bullying[?]

Triage Level: Urgent   Signature/Title: R. Carroll RN   Time: 11:06

ASSESSMENT Completed by: R. Carroll RN

Consciousness: Awake/Alert
Speech: Coherent
Pupils: Equal
Skin: Normal
Resp: Normal
Pulse: Normal
Color: Normal

(Body diagram markings: Shoulder, Pelvis, X-ray, femur)

Tetanus: UTD
Nurses Notes: Dr. M. Walker's office OK visit today. /ML
Consent for photographs signed by pt's mother — see photographs R. Carroll RN

13 yr pt/c Home   R. Carroll RN

**AUTHORIZATION FOR TREATMENT**

The undersigned has been informed of the treatment considered to be necessary and that the treatment and procedures will be performed by physicians, practitioners and/or employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned understands that a physician is to be selected by or on behalf of the patient within 24 hours if hospitalization or further treatment is required, or immediately if complications arise. The undersigned has read or had read to him/her, the above authorization and understands the same and certifies that no guarantee or assurances has been made to the results that may be obtained. This authorization must be signed by the nearest relative or guardian if the patient is a minor or is physically or mentally incompetent.

Signature of Patient / Guardian   Date   Relationship of Guardian   Witness   Date

CH-240

PLAINTIFF'S EXHIBIT 3

620424 RH-
[REDACTED] L    M 12    TUSKEGEE, AL
P O BOX 830122
PARAN MARR    WALKER HOL
WALKER HOL    10/10/05

PROPERTY OF ALABAMA BUREAU OF INVESTIGATION

# EMERGENCY ROOM RECORD

Community Hospital, Inc., Tallassee, Alabama  334/283-6541

Date Obtained From: ☑ Pt. Family ☐ EMS ☐ Prior Records ☐ Other _____  ☐ Unable to Obtain  Time of Assessment: 1145  ☑ am ☐ pm

**CHIEF COMPLAINT:** Multiple soft tissue injuries c/o pain + bruising in (R) anterior pelvic area, (R) shoulder and (R) thigh and pain lower back

**LOCATION:** see above
**SEVERITY:** Moderate
**TIMING:** _____
**QUALITY:** sharp pain
**DURATION:** since Friday
**CONTEXT:** was hit by police & black jack
**MODIFYING FACTORS:** Pain in L/S ↑ c movement
**ASSOC SIGNS/SYMPTOMS:** ∅ F/C ∅ head trauma
Pt claims that it hurts bad when he urine

**PAST HX:** DM ↑BP CA CVA CAD SEIZURES ↑LIPIDS RENAL DZ ☑ Negative Hx
**FAMILY HX:** DM ↑BP CA CVA CAD SEIZURES ↑LIPIDS ☐ Negative Hx
**ILLNESS / INJURIES:** _____
**SURGERIES / HOSPITALIZATIONS:** _____
**SOCIAL HX:** Tobacco  ETOH  Illicit Drugs  none
**IMMUNIZATIONS:** ☐ UTD (Childhood  Flu  Pneumo · Tetanus)
**ALLERGIES:** _____ NKA

**ROS:**
**GENERAL:** ∅ F/C
**RESP:** ∅ C/B
**PSYCH:** _____
**SKIN:** see above
**GI:** ∅ N/V
**ENDO:** _____
**EYES:** ∅ blurred vision
**GU:** ∅ dysuria, ∅ hematuria
**HEM/LYMPH:** _____
**ENMT:** ∅ ears n/ nose bleed
**MUSC:** see above
**ALLERGY/IMMUNE:** _____
**CARD/VASC:** _____
**NEURO:** ∅ head trauma

**PHYSICAL EXAM** ☐ Limited by Condition  98⁵ T  16 R  76 P  118/70 BP

GENERAL: ☑ Normal (Well developed  Well nourished)   ☐ Abnormal (Fever  Lethargy  Wt. Loss  Weakness  N/V/D  Fatigue)
EYES: ☑ Normal (PERL Fundi EOM) ☐ Abnormal (Redness Blurred Vision Conjunctivitis Glaucoma) _____
ENT: ☑ Normal ☐ Abnormal (Pharynx red  Sinus congestion  TM's red) _____
NECK: ☑ Normal ☐ Abnormal (JVD  Lymphadenopathy  Neck rigid  Carotid bruit  Goiter  Tenderness) _____
CV: ☑ Normal (Rate Rhythm) ☐ Abnormal (Murmur Rub Gallop Irregular pulse) _____
RESP: ☑ Normal (BBS Clear A & P) ☐ Abnormal (Rhonchi Rales Wheezing Rub Dyspnea Pain ↓BS Cough) _____
GI: ☑ Normal (Soft BS Normal) ☐ Abnormal (Tender Rebound Guarding Mass ↓BS ↑BS) ___ small bruise on lateral aspect of (R) ____
GU: ☐ Normal ☐ Abnormal (Tender, Discharge, Mass) _____
MS: ☐ Normal (Pulse) Cap Refill (ROM) ☑ Abnormal (Edema (Tender) ROM Deformity Weakness) ⊕ hematoma in posterior-lateral aspect of (R) thigh + 4x4 c tenderness
SKIN: ☐ Normal (Color Warm/Dry) ☑ Abnormal (Pale Cyanotic Diaphoresis Dry Poor turgor Rash Pallor Jaundice) swelling + tenderness
NEURO: ☑ Normal (CN II-XII Intact  Reflexes Motor Alert Sensory Oriented x 3)  ☐ Abnormal (Disoriented Unresponsive Lethargic Sensory Loss Abn gait) _____ bruises + soft tissue swelling in area of (R) anterior/superior iliac crest.
PSYCH: ☑ Normal ☐ Abnormal (Combative Anxious ↓Affect Depressed) _____
HEM / LYMPH: ☑ Normal ☐ Abnormal (Lymphadenopathy) _____ (R) shoulder is tender on posterior aspect ≠ (R) arm. ROM is preserved, however

**TEST RESULTS:** X-rays (R) Shoulder, (R) femur, pelvis

**MANAGEMENT:** _____

**CONDITION:** stable  improved  unstable _____
**DISPOSITION:** home  admitted  transferred _____
**PHYSICIAN'S SIGNATURE:** _____
**DIAGNOSIS:** (R) thigh hematoma / multiple soft tissue bruises

**DISCHARGE INSTRUCTIONS:** IF YOU HAD X-RAYS: Some fractures are difficult to detect initially due to patient status such as small bones (children), bone disease (osteoporosis), significant swelling or positioning difficulties due to pain or other injuries. It is important that you contact your physician's office between 2-4 pm to receive the radiologist's interpretation of your x-rays. It may be necessary for you to have additional treatment or additional films taken.

☐ Return to ER on _____    ☐ Keep dressing clean & dry  ☐ No driving today    ☐ Take prescriptions as directed
☑ If systems worsen or do not improve, call your private physician or return to the ER.    ☑ Elevate injured area  ☑ Rest at home today    Use Ibuprofen as needed for pain
☑ See your regular doctor on 2 days    ☐ Rewrap ace bandage if too loose or too tight  ☐ Return to work/school in No PE x 2 weeks days
☐ Instruction sheet given _____    ☐ Ice (off & on) injured area  ☐ Drink lots of fluids    Use crutches for 1-2 weeks
☐ Other _____    Received By: [signature] Stephanie Arnold
                                Patient or Guardian

CH-283

## COMMUNITY HOSPITAL
### TALLASSEE, ALABAMA 36078

### RADIOLOGY DEPARTMENT REPORT

NAME: A█████ R█████ L  
ROOM:  
STAY TYPE: E/R  
AGE: 12  
FILM #: 48464  
ADMIT: 10/10/05  
DISCH DATE: 10/10/05  
TRANS. DATE: 10/11/05  
TRANS. TIME: 8:15  
TRANS. INIT.: PM  

ACCT NUMBER: 620424  
MR NUMBER:  
DOB:  
SEX: M  
PHONE:  
ORDERING PHY: FARAH MAHE  
REFER PHY: WALKER MOL  
F/C: XB1  

**Unsigned Transcriptions represent a preliminary report and do not represent a medical or legal document**

=>XRAY ORDER<=           COMPLETE:10/10/05 1:17P CH  233  
Reason For Procedure: HIT WITH STICK ON FRIDAY  
FEMUR RT                 COMPLETE:10/10/05 1:17P CH  241  
SHOULDER LT 2 VIEWS      COMPLETE:10/10/05 1:17P CH  242  
PELVIS SINGLE VIEW       COMPLETE:10/10/05 1:17P CH  243  

DICT: 10/11/05  
TYPED: 10/11/05 PM  

RIGHT FEMUR, TWO VIEWS DATED 10/10/05:

FINDINGS:

There are no bony, articula, or soft tissue abnormalities.

IMPRESSION:   (1). NORMAL RIGHT FEMUR SERIES.


PELVIS XRAY DATED 10/10/05:

FINDINGS:

The pelvic ring is intact. The joint spaces are well maintained.
No sacral fracture is demonstrated.

IMPRESSION:       (1). NORMAL PELVIS.


LEFT SHOULDER, TWO VIEWS DATED 10/10/05:

FINDINGS:

There is no fracture or dislocation. The AC joint is intact. The soft tissues
are unremarkable.

IMPRESSION:   (1). NORMAL LEFT SHOULDER SERIES.

Dictated by: KENNETH JOE RICHARDSON, M.D.

This report has been Electronically Signed:
KENNETH R RICHARDSON
M.D.

## COMMUNITY HOSPITAL
### TALLASSEE, ALABAMA 36078

**RADIOLOGY DEPARTMENT REPORT**

NAME: A████ R████ L  
ROOM:  
STAY TYPE: E/R  
AGE: 12  
FILM #: 48464  
ADMIT: 10/10/05  
DISCH DATE: 10/10/05  
TRANS. DATE: 10/11/05  
TRANS. TIME: 8:15  
TRANS. INIT.: PM  

ACCT NUMBER: 620424  
MR NUMBER:  
SEX: M  
PHONE: 334/725/1556  
ORDERING PHY: FARAH MAHE  
REFER PHY: WALKER MOL  
F/C: XB1  

**Unsigned Transcriptions represent a preliminary report and do not represent a medical or legal document**

SIGNED: _____

Copy for: FARAH MAHER  
Copy for: WALKER MOLLIE     via fax  
Copy for: 066 MEDICAL RECORDS

COMMUNITY HOSPITAL
Friendship Road
P. O. Box 707
Tallassee, Alabama 36078

CONSENT TO PHOTOGRAPHS

Patient's Name: _____

I permit the hospital to take photographs or films of me during the course of my treatment as requested by _____.

These photographs may become a permanent part of my medical record.

I release the hospital, my doctor and all other persons caring for me or dealing with the photographs or films from all liability resulting from the taking and authorized use of the photographs and films.

_____   _____
Patient's Signature*                   Date

_R. Carroll RN_   10/10/05
Witness            Date

*The patient is unable to consent because:

_____

_____

_____

I therefore consent for the patient:

_Stephanie Arnold_   10/10/05   _mother_   10/10/05
Signature            Date        Relationship to Patient   Date

_R. Carroll RN_   10/10/05
Witness            Date



10/10/05
Rt. Lat. thigh



10/10/05
Lt. Lat. hip area

COMMUNITY HOSPITAL          805 FRIENDSHIP ROAD          TALLASSEE          AL 36078

**RECORD OF ADMISSION**

| PATIENT NAME | ROOM NO. | HOSP. NO. 620941 | ADDRESS LINE - 1 PO BOX 830122 | ADDRESS LINE - 2 |
|---|---|---|---|---|
| A_____ R_____ L | | | | |

| AGE 12 | BIRTHDATE | SEX M | BIRTHPLACE | CITY TUSKEGEE | STATE AL | ZIP CODE 36083 | COUNTY CODE MA |

| SSN | NATIONALITY B | CIVIL ST. S | MILITARY N | RELIGION | CHURCH | PATIENT TELEPHONE 334-725-1556 |

NAME OF HUSBAND OR NAME OF WIFE / SPOUSE BIRTHPLACE / SPOUSE EMPLOYER NAME
SPOUSE INFORMATION / SPOUSE ADDRESS / SPOUSE EMPLOYER ADDRESS
NAME OF FATHER / BIRTHPLACE / NAME OF MOTHER / BIRTHPLACE

| NOTIFY IN CASE OF EMERGENCY | NAME ARNOLD STEPHANIE | RELATIONSHIP MOTHER | ADDRESS TUSKEGE AL | TELEPHONE 334-725-1556 |

| PATIENT EMPLOYER NAME CHILD | EMPLOYER ADDRESS | EMPLOYER TELEPHONE | GUARANTOR OCCUPATION NA |

| GUARANTOR NAME ARNOLD STEPHANIE | GUARANTOR TELEPHONE 334-725-1556 | HOSPITALIZATION INSURANCE MEDICAID OP PATIENT |

| GUARANTOR ADDRESS - 1 PO BOX 830122 | CITY TUSKEGEE | | | |
| GUARANTOR ADDRESS - 2 | STATE AL | ZIP CODE 36083 | DATE | TIME | PLACE | EVENT | INJURY |

| ADMITTING PHYSICIAN WALKER MOL | CONSULTING PHYSICIAN WALKER MOL | ADMITTING SERVICE X-RAY | SMOKER | ADMITTING DIAGNOSIS LUMBAGO |
| ALLERGIES | | DATE LAST ADM. 7/08/03 | PREV. ADM. NO. 425888 | ADMISSION DATE 10/14/05 | TIME OF ADMISSION 11:17 AM | INITIALS KH | DISCHARGE 10140 |

| FINANCIAL CLASS XE1 | MEDICAL RECORDS NUMBER | ADMISSION CODE 31/EL PR | HOME | SHORT TERM HOSPITAL | SKILLED NURSING FACILITY | INTERMEDIATE CARE FACILITY | OTHER 5 | HOME HEALTH AGENCY | LEFT AMA 7 | EXPIRED 20 | TIME 11:17 |

PRINCIPAL DIAGNOSIS:                                           ADVANCE DIRECTIVE =            CODE

SECONDARY DIAGNOSIS:

PRINCIPAL OPERATION/DATE:

SECONDARY OPERATIONS:

Consultation With _____

Results:  ☐ Recovered   ☐ Improved   ☐ Not Improved   ☐ Not Treated   ☐ Diagnosis Only   ☐ Died   ☐ Released Against Advice

Cause of Death _____                                                     Autopsy:   ☐ Yes   ☐ No

I have examined and approved this complete medical record on _____ 20 __

Signed _____                                              Attending Physician

ADMISSION - SUMMARY SHEET



COMMUNITY HOSPITAL
TALLASSEE, ALABAMA 36078

## RADIOLOGY DEPARTMENT REPORT

NAME: A██████ R████████  
ROOM:  
STAY TYPE: O/P  
AGE: 12  
FILM #: 48464  
ADMIT: 10/14/05  
DISCH DATE: 10/14/05  
TRANS. DATE: 10/17/05  
TRANS. TIME: 9:08  
TRANS. INIT.: PM  

ACCT NUMBER: 620941  
MR NUMBER: ████████  
SEX: M  
PHONE: 334/725/1556  
ORDERING PHY: WALKER MOL  
REFER PHY: WALKER MOL  
F/C: XB  

***Unsigned Transcriptions represent a preliminary report and do not represent a medical or legal document***

=>XRAY ORDER<=    COMPLETE:10/14/05 11:35A WS   610  
Reason For Procedure: LOW BACK PAIN  
LUMBAR AP & LAT COMP & OBLIQUE    COMPLETE:10/14/05 11:35A WS   611  

DICT: 10/17/05  
TYPED: 10/17/05 PM  

LUMBAR SPINE, FIVE VIEWS DATED 10/14/05:

FINDINGS:

The vertebral bodies are of normal alignment. The disc spaces are well maintained. There is no fracture. The pedicles are intact.

IMPRESSION:     (1). NORMAL LUMBAR SPINE SERIES.

Dictated by: KENNETH JOE RICHARDSON, M.D.

This report has been Electronically Signed:  
KENNETH R RICHARDSON  
M.D.  
                                      SIGNED: _____

Copy for: WALKER MOLLIE          via fax  
Copy for: 066 MEDICAL RECORDS