# Southeast Pediatrics
804 Crawford Street
Tuskegee, AL 36083
(334)724-0550

Page: 1                                                                                              9/21/2006

| Patient: | R███ L. A███ |
| --- | --- |
| | P O Box 830122 |
| | Tuskegee, AL 36083 |
| Chart #: | ARNRI000 |
| Case #: | 3305 |

**Instructions:**
Complete the patient information portion of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | Dx 1 | Dx 2 | Dx 3 | Dx 4 | Units | Charge |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10/13/2005 | OFFICE VISIT INTERMEDIATE | 99213 | | 724.5 | 924.00 | | | 1 | 44.00 |
| 10/20/2005 | OFFICE VISIT INTERMEDIATE | 99213 | | 924.00 | | | | 1 | 44.00 |



PLAINTIFF'S EXHIBIT 4

**Provider Information**
Provider Name: Mollie Walker M.D.
License: ████
Medicaid PIN: ████████
SSN or EIN: ████████

| | |
| --- | --- |
| Total Charges: | $ 88.00 |
| Total Payments: | $ 0.00 |
| Total Adjustments: | $ 0.00 |
| **Total Due This Visit:** | **$ 88.00** |
| Total Account Balance: | $ 0.00 |

Assign and Release:   I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _____   Date: _____

Patient Name: ▮▮▮▮ L A▮▮▮▮
Date: 10/13/2005
Doctor: **Dr. Walker**

Age: 12.1 yrs old.,    ,    Temp: 98 F.,    B.P: 110 / 80

Height: 64.5 in.,    Weight: 137 lbs.

### History:
Chief Complaint: ER reck, injury to R thigh and L arm.

He sustained an injury to the right thigh 6 days ago. Type of Injury: blow. The injury occurred at an extracurricular sport game. Other associated injuries: Left hip and Right arm. He complains of moderate pain. His pain is described as dull. The pain is localized to the right lateral thigh. His pain does not radiate anywhere. His pain is improving. His pain worsens with weight bearing. His pain improves with rest and over the counter pain medications. He complains of moderate swelling. He has had swelling since the injury. The swelling is localized to the lateral thigh. His swelling is improving over the past 3 days. He denies any stiffness. He denies any mass. Also c/0 back pain Current medications: Motrin.

Review of Systems otherwise negative.

### Physical Exam:
Vital signs are stable. He is well appearing, well developed, cooperative and. His neck is supple. His chest is clear to auscultation. Cardiovascular exam is regular rate and rhythm without murmur. His abdomen is soft, non-tender, non-distended, with positive bowel sounds and no HSM. Exam of both hips is normal. His neurologic exam is intact. He has a mild limp.

Additional Notes on Physical Exam:


Right Hip  There is moderate swelling of the lateral thigh. There is no warmth. 6 by 6 cm area of contusion Right thigh.


### Results:
L-S spine: pending.


### Rx:
Motrin 600 tab 1 By mouth. Every 6 hours. Prn Pain, 40 (forty) Take with food. No Refill


### Plan:
Discussed use of NSAIDS and crutches/cane. Instructions given, he is to call back or return to the office or ER if he worsens or develops other symptoms or if no better in 7 days. He is instructed to return to the office for a recheck in 2 weeks.

### Diagnosis:
Primary Diagnosis:. Contusion Right thigh


Electronically signed and coded by Dr. Walker -- 10/13/2005 -- 16:49:14


Patient Name: R█████ L A█████
Date: 10/20/2005
Doctor: **Dr. Walker**

Patient Name: R█████ L A█████
Date: 10/20/2005
Doctor: **Dr. Walker**

Age: **12.1 yrs old.,** , Temp: 96.8 F.

**History:**
Chief Complaint: Follow-up, R shoulder pain.
Type of Injury: blow. The injury occurred at an extracurricular sport game. He complains of moderate pain. His pain is improving over the past week. He complains of moderate swelling. His swelling is improving over the past week. He is currently taking Motrin 600 tab.
Review of Systems otherwise negative.

**Physical Exam:**
Vital signs are stable. He is well appearing, well developed and active. His chest is clear to auscultation. Cardiovascular exam is regular rate and rhythm without murmur. His abdomen is soft, non-tender, non-distended, with positive bowel sounds and no HSM. Exam of his right hip is normal. His neurologic exam is intact. He has a normal gait. Skin normal without rash. Exam of his right thigh is normal.

**Plan:**
Discussed use of NSAIDS. Instructions given, he is to call back or return to the office or ER if he worsens or develops other symptoms. may return to football practice.

**Diagnosis:**
Primary Diagnosis:. contusion Right thigh


Electronically signed and coded by Dr. Walker -- 10/20/2005 -- 12:34:06

Patient Name: R████ L A████
Date: 10/13/2005
Doctor: Dr. Walker

Age: 12.1 yrs old.,    ,   Temp 98 F.,   B.P: 110 / 80

Height: 64.5 in.,   Weight: 137 lbs.



History:
Chief Complaint: ER reck, injury to R thigh and L arm.

He sustained an injury to the right thigh 6 days ago. Type of Injury: blow. The injury occurred at an extracurricular sport game. Other associated injuries: Left hip and Right arm. He complains of moderate pain. His pain is described as dull. The pain is localized to the right lateral thigh. His pain does not radiate anywhere. His pain is improving. His pain worsens with weight bearing. His pain improves with rest and over the counter pain medications. He complains of moderate swelling. He has had swelling since the injury. The swelling is localized to the lateral thigh. His swelling is improving over the past 3 days. He denies any stiffness. He denies any mass. Also c/0 back pain Current medications: Motrin.

Review of Systems otherwise negative.

Physical Exam:
Vital signs are stable. He is well appearing, well developed, cooperative and. His neck is supple. His chest is clear to auscultation. Cardiovascular exam is regular rate and rhythm without murmur. His abdomen is soft, non-tender, non-distended, with positive bowel sounds and no HSM. Exam of both hips is normal. His neurologic exam is intact. He has a mild limp.

Additional Notes on Physical Exam:


Right Hip There is moderate swelling of the lateral thigh. There is no warmth. 6 by 6 cm area of contusion Right thigh.


Results:
L-S spine: pending.


Rx:
Motrin 600 tab 1 By mouth. Every 6 hours. Prn Pain, 40 (forty) Take with food. No Refill


Plan:
Discussed use of NSAIDS and crutches/cane. Instructions given, he is to call back or return to the office or ER if he worsens or develops other symptoms or if no better in 7 days. He is instructed to return to the office for a recheck in 2 weeks.

Diagnosis: