# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT SUPPLEMENT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| Field | Value |
|---|---|
| 1 ORI | 6 0 6 0 0 |
| 2 AGENCY NAME | Macon County Sheriff's Dept |
| 3 DATE AND TIME OF REPORT | 10/12/05 8:30 PM |
| 4 CASE # | 05/10/000215 |
| 6 VICTIM'S NAME (ORIGINAL REPORT) | State of Alabama |
| 7 ORIGINAL OFFENSE DATE | 10/07/05 |
| 8 TYPE REPORT | ☒ FOLLOW-UP |
| 9 ORIGINAL INCIDENT/OFFENSE | Riot |
| 11 STATE CODE/LOCAL ORDINANCE | 13A-11-3 |
| 12 NEW INCIDENT/OFFENSE | Riot |
| 14 STATE CODE/LOCAL ORDINANCE | 13A-11-3 |
| 15 HAS AN ARREST BEEN MADE? | ☒ NO |
| 17 HAS WARRANT BEEN OBTAINED? | ☒ NO |
| 20 DEFENDANT | R____ A____ Jr. |
| RACE | B |
| SEX | MALE |
| DOB | 09/25/1993 |
| AGE | 13 |
| NAME | Unknown Black Male |
| RACE | B |
| SEX | MALE |

**NARRATIVE:**

On 10-7-05 a report was done in reference to a large fight in rear of B.T.W. High School, at the time of the original report there was no name or information for the suspect. On 10-12-05 the parents of the suspect came to the Macon County Jail an identified there child as R____ A____ Jr. DOB. 09-25-1993, ssn # _____ of 202 Susie Cir. Tuskegee, Al 36083.

PLAINTIFF'S EXHIBIT 5

TYPE OR PRINT IN BLACK INK ONLY

ACJIC—33 REV. 7-04