UVC909                         STATE OF ALABAMA
                                  COMPLAINT
                                                   CASE: JU 2005 000111 01

IN THE JUVENILE COURT OF   MACON     COUNTY, ALABAMA
IN THE MATTER OF: A_____ R_____, JR.        AKA:
ADDRESS:     202 SUSIE CIRCLE                  PHONE: 000-000-0000
                                               DOB:
             TUSKEGEE       AL   36083         RACE: B       SEX: M
                                               HT: 25  WT: 140
SCHOOL NAME:  TUSKEGEE INSTITUTE MIDDLE SC     EYES: BRO  HAIR: BLK
                                               SSN:

FATHER:  A_____ R_____, SR.                  CUSTODIAN:
ADDRESS: 202 SUSIE CIRCLE                      ADDRESS:

             TUSKEGEE       AL   36083
HOME PHONE: 000-000-0000                       HOME PHONE:
WORK PHONE: 000-000-0000                       WORK PHONE:

MOTHER:                                        VICTIM:
ADDRESS:                                       ADDRESS:


HOME PHONE:                                    HOME PHONE:
WORK PHONE:                                    WORK PHONE:

ALLEGED VIOLATION/INCIDENT: DISORDERLY CONDUCT
DATE OF VIOLATION/INCIDENT: 10/07/2005         CATEGORY: DELINQUENT
ARRESTING OFFICER:                             DATE OF ARREST: 00/00/0000
                                               DEPT:

   I AGREE TO SIGN A FORMAL PETITION AND TESTIFY IN COURT IF NECESSARY
TO SUBSTANTIATE THE COMPLAINT.
                                               SIGNATURE: _____ #4623
   PLAINTIFF: WALTER LACEY
ADDRESS:   245 CO. ROAD 10
           SHERIFF DEPT.                       HOME PHONE: 000-000-0000
           TUSKEGEE       AL   36083           WORK PHONE: 334-727-2500

FACTS OF VIOLATION/INCIDENT:

ON OR ABOUT OCTOBER 7, 2005, RICHARD ARNOLD, JR DID  INTENTIONALLY
ENGAGE IN DISORDERLY CONDUCT WITH INTENT TO CAUSE PUBLIC INCONVENIENCE,
ANNOYANCE OR ALARM, OR RECKLESSLY CREATED A  RISK THEREOF BY
ENGAGING IN FIGHTING OR IN VIOLENT, TUMULTUOUS, OR THREATENING BEHAVIOR,
IN VIOLATION OF 13A-11-7(A)(1) OF THE CODE OF ALABAMA AGAINST THE PEACE
AND DIGNITY OF THE STATE OF ALABAMA.  SAID ACT OCCURRED IN MACON COUNTY,
ALABAMA.

DATE: 12/06/2005    TIME: 10:52 AM            _____
                                                    INTAKE OFFICER

ACTION TAKEN:

(12/06/2005) MAX


PLAINTIFF'S EXHIBIT 6