



PLAINTIFF'S EXHIBIT 11















