IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A. JR. (a minor child, by and through his Father and next friend, Richard Lemmel Arnold, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) | Case No.: CV-3:06-cv-337-WHA |
| ) | |
| DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity, ) ) ) | |
| Defendant. ) | |

Before me the undersigned authority, a notary public in and for said State and County, personally appeared RAYMOND SWANSON, who being by me duly sworn, deposes and says the following:

I have personal knowledge of the facts and circumstances pertaining to R.A. Jr. and the events which took place on October 7, 2005 at the Booker T. Washington High School football game. I am ___ years of age and reside at _504 Hajack Dr., Tuskegee AL 36083_ .

On Oct. 7, 2005 at the Football game at BTW highschool my friend Ronald Ligon and his brother R.A. Jr and I were walking out of the game when Q.J. said he would shoot Ronald. When this happened I ran to get the Deputy that was at the end of the road about 30 feet away. When I got to the deputy I told him that QJ had a gun. The Deputy started walking toward QJ. QJ's cousin started pushing me and I left and went to where the deputy was. QJ and Ronald Ligon were fighting. When I got to where the deputy was he was holding QJ and Ronald apart. The officer said "Get him for me" I grabbed Ronald Ligon and we started walking across the street.

R.A. Jr was walking in front of me and we had gotten to the other side of the street. A Deputy ran up behind me and hit me in the shoulder with a police stick. I grabbed my shoulder and wanted to cry it hurt very bad. I started backing up. The deputy ran and was swinging the stick. I saw him grab R.A. Jr. He threw R.A. Jr on the ground and started hitting R.A. Jr. with the stick. He hit R.A. Jr a number of times. R.A. Jr. was screaming. The Deputy then ran and hit Carlton Willis on the back of the leg. I grabbed Ronald and R.A. Jr was holding himself and the three of us walked to my car. Ronald and I left. ~~Remove this~~ R.S.

PLAINTIFF'S EXHIBIT 12

At the time the deputy ran up behind me there was no fighting going on anywhere around us. The fight had already been broken up by the other deputy. R.A. Jr. was not fighting or yelling or doing anything when the deputy came up on us.

Attached are pictures of the area where I was at BTW when the fight started and where I was hit. I have marked them to indicate where it happened.

**STATE OF ALABAMA** )

*Raymond Swanson*
Signature of Affiant

**MACON COUNTY** )

Personally appeared before me, the undersigned and Notary Public in and for the State of ALABAMA at Large, RAYMOND SWANSON, being by me and first duly sworn, does depose and says that the statement contained in the foregoing affidavit is true and correct.

**SUBSCRIBED AND SWORN TO** before me this 27 day of January 2007.

*Arlene M. Richardson*
Notary Public
My Commission Expires: 6/12/09

PLAINTIFF'S EXHIBIT 12

