Stephanie Arnold
P.O. Box 830122
Tuskegee, AL 36083
334-552-0397

October 26, 2005

County Commissioner's Office

RE: Physical Assault by Macon County Sheriff's Office
    R█████. A████ Jr.

Dear Commissioner,

    My name is Stephanie Arnold, and I would like for you to look in an investigation of an assault of the above named person. R█████. A████ Jr. is my son and he was attending a football game in Tuskegee, Alabama on October 7, 2005 in which a member of the Sheriff's Department assaulted him. I was not able to obtain the name of the officer for they said an investigation would be started and they would get back with me on this matter. No further information could be obtained.
    I made contact again and was informed that they couldn't discuss any further information and that they case has been turned over to ABI. I feel that this matter has been handled unprofessional and would greatly request your assistance in any further actions. I thank you in advance for your assistance.

Sincerely,


Stephanie Arnold

*[signature: Stephanie Arnold]*

PLAINTIFF'S EXHIBIT 13