



SUBJECT OR TITLE: Statement of Tony Washington | 2. CASE NUMBER: 051000025

ALABAMA BUREAU OF INVESTIGATION

On Friday October 7, 2005, While working at B.T.W High School Homecoming game, We encounter a situation out in the parking lot area, near the band room. Deputy Erik Whitlow saw several black male subject fighting.

Upon him (Deputy Whitlow asking for help, we (Deputies Marcus Walker, Walter Lacey and I ran to assist. Once we got near the area, several people was running away stating that a subject had a gun. There was also several people running behind us toward the fight. At that point I turn around and advised them to go back, do to the fact that several people stated that a gun was involved. Upon getting those people to turn around, I focus my attention back to the fight area At this time Deputy Whitlow and Deputy Lacey had cuff one subject, Shortly afterward Officer Dan Motley arrive

Another student came up using profane language at the Deputies and was also arrested. Tony Wash 10/18/05

PLAINTIFF'S EXHIBIT 14

3. PAGE ___ OF ___
4. EXHIBIT # 7