# MACON COUNTY SHERIFF DEPARTMENT
## DAVID M. WARREN, SHERIFF

| 1. SUBJECT OR TITLE | 2. CASE NUMBER |
|---|---|

On 10-12-05, I Det. Motley, was working the H.S. Football Game between B.T.W High School & Wetumpka H.S. At the end of the 4th quarter, a lady ran back in to the game and said somebody had a gun in the parking lot. I started walking towards the entrance behind Deputy Washington, Howard, Lacey, and Walker. They were a little ways ahead of me. By the time I got to the scene, the subject with the gun was on the trunk of the car, and Deputy Whitlow had the gun. Another subject was also arrested for failure to disperse. They were both transported to the Macon County Jail and processed. That's all I saw.

| 3. PAGE   OF | 4. EXHIBIT # |
|---|---|

*[Signature: Det. Motley]*

PLAINTIFF'S EXHIBIT 15

#8