IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A. JR. (a minor child, by and through his Father and next friend, Richard Lemmel Arnold, <br><br> Plaintiffs, <br><br> vs. <br><br> DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No.: CV-3:06-cv-337-WHA ) ) ) ) ) ) |

### AFFIDAVIT OF STEPHANIE ARNOLD

Before me the undersigned authority, a notary public in and for said State and County, personally appeared STEPHANIE ARNOLD, who being by me duly sworn, deposes and says the following:

I have personal knowledge of the facts and circumstances pertaining to R.A. Jr. and the lawsuit filed on my son's behalf against Deputy Lacey. I am over the age of nineteen years and reside in Macon County, Alabama.

My son R.A. Jr. was assaulted by a sheriff's deputy with a baton on October 7, 2005.

Deputy Lacey charged my son R.A. Jr. with disorderly conduct after my husband and I had lodged a complaint at with the Macon County Sheriff. My husband and I were told that there would be an investigation and the sheriff would get back in touch with us. We were still concerned about what had happened and I wrote a letter to the County Commission.

In December 2005 I was notified that a warrant had been issued for my son's arrest. I took him to the juvenile intake officer and he was released into my custody. A trial was held in the Macon County Juvenile Court. I attended the trial with my husband and son. Several of the officers testified and the



Judge dismissed the case before my son or his witnesses testified. My son was found not guilty of the charges.

| | |
|---|---|
| **STATE OF ALABAMA** ) | *Stephanie Arnold* |
| | **Signature of Affiant** |
| **MACON COUNTY** ) | |

   Personally appeared before me, the undersigned and Notary Public in and for the State of ALABAMA at Large, Stephanie Arnold, being by me and first duly sworn, does depose and says that the statement contained in the foregoing affidavit is true and correct.
   **SUBSCRIBED AND SWORN TO** before me this 27 day of January 2007.

*Arlene M. Richardson*
Notary Public
My Commission Expires: 6/12/09


PLAINTIFF'S EXHIBIT 16 p 2