# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT SUPPLEMENT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**2 AGENCY NAME:** Macon County Sheriff's Dept
**3 DATE AND TIME OF REPORT:** 10-7-05  9:40 AM
**4 CASE #:** 05-10-00-215B
**1 VICTIM NAME (OR INITIAL REPORT):** State of Alabama
**7 ORIGINAL OFFENSE DATE:** 10-02-05
**8 TYPE REPORT:** ☒ CONTINUATION  ☐ FOLLOW-UP

**9 INCIDENT/OFFENSE:** Failure of Disorderly Person to Disperse
**13 UCR CODE / 14 STATE CODE:** 13A-11-6

**15 ARREST BEEN MADE?** ☐ YES ☒ NO
**17 HAS WARRANT BEEN OBTAINED?** ☐ YES ☒ NO

**20 DEFENDANT / SUSPECT:** [redacted], age 18, Male, Black

---

On 10-7-05 while deputies were trying to contain a fight and clear the rear area of B.T.W. High School, contact was made with M[redacted] J[redacted] in the area. After being told several times to leave he only replied he was not going anywhere until he found out where we were taking his cousin ([redacted] J[redacted]), who was being arrested.

---

PLAINTIFF'S EXHIBIT 17

**45 CASE DISPOSITION:** ☒ PENDING  ☐ INACTIVE  ☐ CLEARED BY ARREST (JUV)  ☐ CLEARED BY ARREST (ADULT)  ☐ UNFOUNDED  ☐ ADM. CLEARED

**EXCEPTIONAL CLEARANCE:** ☐ SUSPECT/OFFENDER DEAD  ☐ OTHER PROSECUTION  ☐ EXTRADITION DENIED  ☐ LACK OF PROSECUTION  ☐ JUVENILE, NO REFERRAL  ☐ DEATH OF VICTIM

**46 REPORTING OFFICER:** [signature]  ID# 4623

TYPE OR PRINT IN BLACK INK ONLY

ACJIC—33 REV 7-04