IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold,<br>        Plaintiff,<br>v.<br>DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity<br>        Defendant. | )<br>)<br>)<br>)<br>)  Case No.: 3:06-CV-337-WHA<br>)<br>)<br>) |

## MOTION ASKING FOR PERMISSION TO FILE DEPOSITION EXHIBITS UNDER SEAL

**COMES NOW**, the Plaintiff, by and through his attorney of record, Arlene M. Richardson and would file this Motion asking for permission to file the deposition exhibits which are included in the Plaintiff's Response to the Defendant's Motion for Summary Judgment under seal and in support of would state as follows:

1. That the Plaintiff filed her Response to the Defendant's Motion for Summary Judgment on January 29, 2007;

2. That the Plaintiff cited to the depositions of the parties and other witnesses in her response;

3. That the depositions filled with names and other protected information concerning minors;

4. That the Plaintiff is requesting permission to file the deposition exhibits under seal to protect the privacy of the minors involved;

5. That the Plaintiff is sending a hardcopy to the court which includes all parts of the depositions.

**WHEREFORE PREMISES CONSIDERED**, the Plaintiff prays that this Honorable Court grant her request for permission to file the deposition exhibits under seal and only include them in the hardcopy that is submitted to the Court.

Respectfully submitted this the 29th day of January, 2007.

s/Arlene M. Richardson
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
P.O. Box 971
Hayneville, Alabama 36040
Telephone: (334) 548-5660
E-mail: arlawyer@htcnet.net

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

C. Winston Sheehan, Jr. wsheehan@ball-ball.com, rsmith@ball-ball.com

And certify that I have hereby mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE
Respectfully submitted,

s/Arlene M. Richardson
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
P.O. Box 971
Hayneville, Alabama 36040
Telephone: (334) 548-5660
Fax: (334) 548-5661
E-mail: arlawyer@htcnet.net