IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R. A., JR., etc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06cv337-WHA |
| ) | |
| SHERIFF WALTER LACEY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the Motion Asking for Permission to File Deposition Exhibits Under Seal (Doc. #24), filed by the Plaintiff on January 29, 2007, and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that the deposition exhibits submitted to the court in support of the Plaintiff's Response to the Defendant's Motion for Summary Judgment shall be placed UNDER SEAL, subject to further orders of the court.

DONE this 29th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE