IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A., Jr., a minor child, by and through, his father and next best friend, Richard Lemmel Arnold,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.  3:06cv337-WHA<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Plaintiff's Motion to Strike Defendant's Summary Judgment Exhibit (Doc. #22), filed on January 26, 2007, it is

ORDERED that the Defendant shall show cause, if any there be, **on or before February 9, 2007** why the motion should not be granted.  The motion will be taken under submission on that day for determination without oral hearing.

DONE this 31st day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE