IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A., JR., etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06cv337-WHA |
| | ) |
| DEPUTY SHERIFF WALTER LACEY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Motion to Strike (Doc. #28), filed on February 5, 2007, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before February 16**, **2007** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 6th day of February, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE