IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R. A., JR., a minor child, by and through his father and next friend, Richard Lemmel Arnold, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:06cv337-WHA |
| DEPUTY SHERIFF WALTER LACEY, | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of defendant's motion to compel (Doc. # 34), filed March 30, 2007, and for good cause, it is

ORDERED that plaintiff shall file a response to the motion on or before Monday, April 2, 2007.

DONE, this 30th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE