IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R. A. JR. (a minor child, by and through his Father and next friend, Richard Lemmel Arnold), | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 3:06cv337-WHA ) |
| DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity, | ) ) ) |
| Defendant. | ) |

## ORDER ON MOTION

Upon consideration of defendant's motion to compel (Doc. # 34), filed March 30, 2007, and for good cause, it is

ORDERED that the motion be and hereby is DENIED as moot, without prejudice, based on plaintiff's response to the motion.

DONE, this 4th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE