**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| R.A. JR. (a minor child, by and through his Father and next friend, Richard Lemmel Arnold), ) ) ) ) Plaintiff, ) v. ) ) DEPUTY SHERIFF WALTER LACEY, ) In his official and individual capacity, ) ) Defendant. ) | Case No.: CV-3:06-cv-337-WHA |

**MOTION TO CONTINUE TRIAL**
**OR IN THE ALTERNATIVE SPECIALLY**
**SET FOR THE SECOND WEEK OF THE TERM**

**COMES NOW** Arlene M. Richardson, attorney for the Plaintiffs, and moves the Court to continue the trial of this cause or in the alternative set this case for the second week of the term of court and in support thereof states as follows:

1. On April 6 this court moved the term of court in the above styled cause from May 7 to May 14, 2007.

2. Arlene M. Richardson had previously reserved the dates of May 15 through May 18 to attend the Truck Trailer Manufacturers convention in Florida with her husband. My husband's employer has already paid for hotel accommodations and events which my husband and I are managing.

3. The instant case has not been continued previously and no prejudice will result from a three month delay until the August term of court.

3. In the alternative of continuing this cause to the August term, I am available for jury selection on May 14, and could begin the trial on Monday or Tuesday May 21st or 22nd preferably on the 22nd.

**WHEREFORE,** Counsel for the plaintiffs prays that this court either continue this cause to the August 20, 2007 term of court or in the alternative specially set the case for the second week of the trial term.

Respectfully submitted this the 10th day of April, 2007.

        s/Arlene M. Richardson
        Bar Number ASB 9452-I60A
        Attorney for the Plaintiff
        **Richardson Legal Center, L.L.C**.
        P.O. Box 971
        Hayneville, Alabama 36040
        Telephone: (334) 548-5660
        Fax: (334) 548-5661
        E-mail: arlawyer@htcnet.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

C. Winston Sheehan, Jr.  wsheehan@ball-ball.com,  rsmith@ball-ball.com

And certify that I have hereby mailed by United States Postal Service the document to the following non-CM/ECF participants:

    NONE

Respectfully submitted,

        s/Arlene M. Richardson
        Bar Number ASB 9452-I60A
        Attorney for the Plaintiff
        **Richardson Legal Center, L.L.C.**
        P.O. Box 971
        Hayneville, Alabama 36040
        Telephone: (334) 548-5660
        Fax: (334) 548-5661
        E-mail: arlawyer@htcnet.net