IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A. JR. (a minor child, by and through his Father and next friend, Richard Lemmel Arnold, <br><br> Plaintiff, <br><br> vs. <br><br> DEPUTY SHERIFF WALTER LACEY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No.: CV-3:06-cv-337-WHA |

**DEEFENDANT'S RESPONSE TO MOTION TO CONTINUE TRIAL**

**COMES NOW** the attorney for the Defendant, Deputy Sheriff Walter Lacy, and in response to the Plaintiff's Motion to Continue Trial or in the Alternative Specifically Set for the Second Week of the Term (Doc. 39) says as follows:

1. The Defendant, Walter Lacey, is now serving with the Alabama Department of Conservation with the Marine Police Division and he is anxious to have a conclusion to this matter as soon as possible.

2. The Defendant has no objection to trial during the second week of the jury term as indicated by court, since there are two prior cases on the Docket scheduled to be tried during the first week of the term.

3. The Defendant respectfully requests that this case not be continued.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.
Attorney for Defendant

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

CERTIFICATE OF SERVICE

     I hereby certify that on April 10, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Hon. Arlene M. Richardson
Richardson Legal Center, LLC
Post Office Box 971
Hayneville, AL 36040-0971

                                              /s/ C. Winston Sheehan, Jr.
                                              OF COUNSEL