IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

R.A. JR. (a minor child, by and through his )
Father and next friend, Richard Lemmel )
Arnold, )
 )
 )
                **Plaintiff,** )
 )
vs. )  Case No.: CV-3:06-cv-337-WHA
 )
DEPUTY SHERIFF WALTER LACEY, )
 )
                **Defendant.** )

## DEFENDANT'S DEPOSITION DESIGNATION

**COMES NOW** the Defendant, Deputy Sheriff Walter Lacey, in the above-styled cause, and hereby designates the following pages (p.) and lines (l.) of certain depositions which may be read into evidence at the trial of this cause:

1. Deposition of Richard Arnold, Jr.:

    p. 5, ll. 15-18
    p. 61, l. 19-p. 62, l. 15
    p. 78, l. 23-p. 79, l. 12
    p. 91, l. 13-p. 92, l. 5
    p. 95, l. 18-p. 97, l. 21
    p. 103, l. 2-p. 106, l. 22
    p. 108, l. 1-p. 109, l. 7
    p. 113, ll. 3-14
    p. 118, ll. 4-13
    p. 148, l. 15-p. 140, l. 5
    p. 149, l. 17-p. 151, l. 11
    p. 188, l. 16-p. 192, l. 16
    p. 197, ll. 11-14

2. Deposition of Richard Arnold:

    p. 5, l. 16-p. 6, l. 5
    p. 58, l. 16-p. 59, l. 9
    p. 63, ll. 6-20

_____
C. WINSTON SHEEHAN, JR.
Attorney for the Defendant, Walter Lacey

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, I hand delivered and electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Hon. Arlene M. Richardson
Richardson Legal Center, LLC
Post Office Box 971
Hayneville, AL 36040-0971
Telefax #: 561-228-1085

_____
OF COUNSEL