**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

April 17, 2007

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style:  R. A., Jr. V. Walter Lacey

Case No.:    3:06cv337-WHA
             Documents 41, 42, and 43

This Notice of Correction was filed in the referenced case this date to replace these documents with ones that have signatures.  The originally e-filed documents did not contain signatures.   These documents have been corrected and a copy attached to this Notice of Correction.