IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A. JR. (a minor child, by and through his Father and next friend, Richard Lemmel Arnold,<br><br>        Plaintiff,<br><br>vs.<br><br>DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: CV-3:06-cv-337-WHA<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S EXHIBIT LIST

**COMES NOW** the Defendant, Deputy Sheriff Walter Lacey, and pursuant to this Court's Uniform Scheduling Order has exchanged with plaintiff's counsel and lists the following exhibits which may be used at trial:

| | |
|---|---|
| Defendant's Exhibit No. 1: | Photograph of .38 Caliber Revolver. |
| Defendant's Exhibit No. 2: | Photograph of asp/baton. |
| Defendant's Exhibit No. 3: | Statement from Plaintiff to ABI Investigator Wright. |
| Defendant's Exhibit No. 4: | Final Summary Report by Alabama Bureau of Investigation. |
| Defendant's Exhibit No. 5: | Letter from District Attorney's Office to Sheriff Warren. |
| Defendant's Exhibit No. 6: | Consent to Photograph. |
| Defendant's Exhibit No. 7: | Tallassee Community Hospital record containing two Polaroid snapshots. |
| Defendant's Exhibit No. 8: | Photograph of BTW High School parking lot. |
| Defendant's Exhibit No. 9: | Plaintiff's school records. |

| | |
|---|---|
| Defendant's Exhibit No. 10: | Certificate to Return to Work/School. |
| Defendant's Exhibit No. 11: | Any exhibit needed for rebuttal purposes. |
| Defendant's Exhibit No. 12: | Any exhibit needed to refresh a witness's recollection. |
| Defendant's Exhibit No. 13: | Any exhibit needed for impeachment purposes. |
| Defendant's Exhibit No. 14: | Any exhibit produced or revealed through further discovery. |

_____
C. WINSTON SHEEHAN, JR.
Attorney for the Defendant, Walter Lacey

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Phone: (334) 387-7680
Fax:    (334) 387-3222

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, I hand delivered and electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Hon. Arlene M. Richardson
Richardson Legal Center, LLC
Post Office Box 971
Hayneville, AL 36040-0971

_____
OF COUNSEL