IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A. JR. (a minor child, by and through his Father and next friend, Richard Lemmel Arnold,<br><br>          Plaintiff,<br><br>vs.<br><br>DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: CV-3:06-cv-337-WHA<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S WITNESS LIST

**COMES NOW** the Defendant, Deputy Sheriff Walter Lacey, and pursuant to this Court's Uniform Scheduling Order lists the name, address and telephone number of the following people who may be called to testify at trial:

#### PERSONS WHO WILL TESTIFY

1. R.A., Jr., c/o Arelene Richardson, Richardson Legal Center, LLC, Post Office Box 971, Hayneville, AL 36040-0971.

2. Richard Lemmel Arnold, c/o Arelene Richardson, Richardson Legal Center, LLC, Post Office Box 971, Hayneville, AL 36040-0971.

3. Walter Lacey, c/o Winston Sheehan, Jr., Post Office Box 2148, Montgomery, Alabama 36102-2148.

4. Deputy Eric Whitlow, Office of the Macon County Sheriff, 246 County Road 10, Tuskegee, Alabama 36083; phone: 334-727-2500.

#### PERSONS WHO MAY TESTIFY IF NEEDED

5. Deputy Tony Washington, Macon County Sheriff's Department, 246 County Road 10, Tuskegee, Alabama 36083; phone: 334-727-2500.

6. Corporal Charles Wright, Alabama Bureau of Investigation, 1220 Foxrun Parkway, Building A-3, Opelika, Alabama, 36801, phone: 334-745-4651.

7. Sheriff David Warren, Macon County Sheriff, 246 Co. Rd 10, Tuskegee, AL, 334) 727-2500.

8. Lt. Marvin Crayton, Office of Macon County Sheriff, 246 Co. Rd 10, Tuskegee, AL, 334) 727-2500.

9. O'Neal Hardman, Macon County Juvenile Court, North Main Street, Tuskegee, AL, 334) 724-2609.

10. Wanda Penn, BTW High School, 3803 West Martin Luther King Highway Tuskegee, AL 36083; 334) 727-0073.

11. John Curry, Tuskegee Institute Middle School, 1809 Franklin Road, Tuskegee, AL, 36088, 334) 727-2580.

12. Freddie Williams, Tuskegee Institute Middle School, 1809 Franklin Road, Tuskegee, AL, 36088, 334) 727-2580.

13. Dr. Dorothy Hooks, Tuskegee Institute Middle School, 1809 Franklin Road, Tuskegee, AL, 36088, 334) 727-2580.

14. Deputy Andre' Brunson, Office of Macon County Sheriff, 246 Co. Rd. 10, Tuskegee, AL 36088, 334) 727-2580.

15. Ms. Rebecca Carol, Nurse, Tallassee Community Hospital, 805 Friendship Rd, Tallassee, AL 36078; (334)283-3747.

16. Ms. Rosemary Meadows, Custodian of Records, Tallassee Community Hospital, 805 Friendship Rd, Tallassee, AL  36078; (334)283-3747.

17. Ms. Letricia Callaway, Custodian of Records, Tallassee Community Hospital, 805 Friendship Rd, Tallassee, AL 36078; (334)283-3747.

18. Any record custodian necessary to authenticate any document or record objected to at any time by counsel.

19. Any person named or referred to by description in the witness list of the plaintiff.

20. Any witness who may be discovered by this defendant after the date of this witness list, whose identity will be furnished to counsel immediately upon discovery of said witness.

_____
C. WINSTON SHEEHAN, JR.
Attorney for the Defendant, Walter Lacey

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Phone: (334) 387-7680
Fax:    (334) 387-3222

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, I hand delivered and electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Hon. Arlene M. Richardson
Richardson Legal Center, LLC
Post Office Box 971
Hayneville, AL 36040-0971

_____
OF COUNSEL