IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R. A., JR., etc., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 3:06cv337-WHA ) |
| WALTER LACEY, | ) ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Plaintiff's Motion to Continue Trial or in the Alternative Specially Set for the Second Week of the Term (Doc. #39), and Defendant's Response to Motion to Continue Trial (Doc. #40), and for good cause shown, it is hereby ORDERED that the motion is GRANTED to the following extent:

1. Jury selection will be held on Monday, May 14, 2007.

2. Trial will begin on Tuesday, May 22, 2007.

DONE this 18th day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE