FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A. JR. (a minor child, by and through his Father and next friend, Richard Lemmel Arnold), <br><br> Plaintiff, <br> v. <br><br> DEPUTY SHERIFF WALTER LACEY, In his official and individual capacity, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: CV-3:06-cv-337-WHA |

## PLAINTIFFS MOTION TO WITHDRAW DOCUMENT NO. 48

**COMES NOW** the Plaintiff and moves the Court to withdraw in its entirety Motion in Limine and Objection to Defendants Intent to Use Deposition Parts, document No. 48, which was filed in error.

Respectfully submitted this the 18th day of April, 2007.

s/Arlene M. Richardson
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
P.O. Box 971
Hayneville, Alabama 36040
Telephone: (334) 548-5660
Fax: (334) 548-5661
E-mail: arlawyer@htcnet.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

C. Winston Sheehan, Jr.  wsheehan@ball-ball.com, rsmith@ball-ball.com

And certify that I have hereby mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE

Respectfully submitted,

s/Arlene M. Richardson
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
P.O. Box 971
Hayneville, Alabama 36040
Telephone: (334) 548-5660
Fax: (334) 548-5661
E-mail: arlawyer@htcnet.net