IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R. A., JR., etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv337-WHA |
| | ) |
| DEPUTY SHERIFF WALTER LACEY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Plaintiff's Objections to Defendant's Exhibit List (Doc. #47), Objection to Defendant's Intent to Use Deposition Parts (Doc. #51), and Objections to Defendant's Witness List (Doc. #49), it is hereby

ORDERED that the Defendant show cause, if any there be, **on or before April 27, 2007**, why Plaintiff's objections should not be sustained.

DONE this 19th day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE