IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A. JR. (a minor child, by and through his Father and next friend, Richard Lemmel Arnold,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No.: CV-3:06-cv-337-WHA |

RECEIVED

2007 APR 23  P 4:57

_____ P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR LEAVE TO FILE MATTER UNDER SEAL

Pursuant to Federal Rule of Civil Procedure 5(e) and General Order number 2:04-MC-3164 adopting the Case Management/Electronic Case Files (CM/ECF) System and the Administrative Procedures adopted thereto, Defendant Deputy Sheriff Walter Lacey seeks leave to file the attached Motions in Limine under seal. Said Motions are attached as Exhibit "A." The attachment sets forth information about the parties, particularly the minor plaintiff, which may not be adequately protected by the E-Government Act of 2002. The Defendant requests that the attachment be kept under seal at all times.

                                             _/s/ C. Winston Sheehan, Jr._
                                             C. WINSTON SHEEHAN, JR.
                                             Attorney for the Defendant, Walter Lacey

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Phone: (334) 387-7680
Fax:    (334) 387-3222

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the following counsel of record:

Hon. Arlene M. Richardson
Richardson Legal Center, LLC
Post Office Box 971
Hayneville, AL 36040-0971

by placing same in the U.S. mail postage prepaid on this the 23 day of April, 2007.

_____
OF COUNSEL