IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A. JR. (a minor child, by and through his Father and next friend, Richard Lemmel Arnold, <br><br> Plaintiff, <br><br> vs. <br><br> DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No.: CV-3:06-cv-337-WHA |

**ORDER**

The Defendant's request that the Court permit Attachment "A" to be filed under seal is granted. The Attachment shall be kept under seal at all times. It is so ordered this the ____ day of _____, 2007.

 

_____
Honorable W. Harold Albritton, III
U.S. DISTRICT JUDGE

cc:    C. Winston Sheehan, Jr.
       BALL, BALL, MATTHEWS & NOVAK, P.A.
       2000 Interstate Park Drive, Suite 204
       Post Office Box 2148
       Montgomery, Alabama 36102-2148
       Phone: (334) 387-7680
       Fax:   (334) 387-3222
       Email: wsheehan@ball-ball.com and/or rsmith@ball-ball.com

       Hon. Arlene Richardson
       RICHARDSON LEGAL CENTER, LLC
       Post Office Box 971
       Hayneville, Alabama 36040
       Phone: 334-548-5660
       Fax: 561-228-1085
       Email: arlawyer@htcnet.net