IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A., JR., etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv337-WHA |
| | ) |
| DEPUTY SHERIFF WALTER LACEY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Defendant's Motion for Leave to File Matter Under Seal (Doc. #58), and for good cause shown, it is hereby ORDERED as follows:

1. Defendant's request for Attachment A to the motion to be filed under seal is GRANTED.

2. Plaintiff is given **until May 3, 2007**, to respond to each Motion in Limine contained in Attachment A, such responses also to be filed under seal. The court will take the motions under submission for determination on that day.

DONE this 24th day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE