IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A. JR. (a minor child, by and through his Father and next friend, Richard Lemmel Arnold), )<br><br>    Plaintiff, )<br>v. )<br>)<br>DEPUTY SHERIFF WALTER LACEY, )<br>In his official and individual capacity, )<br>)<br>    Defendant. ) | Case No.: CV-3:06-cv-337-WHA |

## PLAINTIFF'S EXHIBIT LIST

COMES NOW, the Plaintiff by and through the undersigned counsel of record, pursuant to this Court's Scheduling Order and hereby submits his list of exhibits as follows:

    A.    Plaintiff may use the following exhibits at trial; and if appropriate, may enlarge or display any listed exhibit through overhead projectors, slides or computer generated means.

LIST OF EXHIBITS:

**Exhibit Number**    **Description**

1. Picture of area where incident occurred.

2. Picture of gate area.

3. Picture of grassy area between gate and Sheriff's car

4. Picture of R.A. Jr. injury to hip area.

5. Picture of R.A. Jr. injury to thigh.

6. Picture of R.A. Jr. injury to thigh.

7. Emergency Room Records; Community Hospital, Inc. 10/10/05

8. South East Pediatrics; (Dr. Molly Walker) medical records.

9. State of Alabama Complaint signed by Deputy Lacey

B. Plaintiff further reserves the right for use at trial any Exhibits:

1. Documents introduced by the Defendants or any witness testifying;

2. Any documents needed for impeachment;

3. Any documents necessary or needed to rebut any legal or factual contentions or assertions made by any witness in plaintiff's or defendant's case in chief;

4. Any documents presently unavailable and discovered prior to trial and disclosed pursuant to Rule 26;

5. Any documents necessary or needed for witness impeachment.

6. Any exhibits needed for demonstrative purposes.

Respectfully Submitted this the 16th day of April, 2007.

**s/Arlene M. Richardson**
Arlene M. Richardson
Attorney for the Plaintiff

RICHARDSON LEGAL CENTER, L.L.C.
P.O. Box 971
Hayneville, Alabama 36040
(334) 548-5660
Fax: (561) 228-1085
arlawyer@htcnet.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, I electronically mailed the foregoing to the following:

C. Winston Sheehan, Jr.  wsheehan@ball-ball.com, rsmith@ball-ball.com

And certify that I have hereby mailed by United States Postal Service the document to the following :

Winston Sheehan, Esq.
Ball, Ball, Mathews & Novak
P.O. Box 2148
Montgomery, AL 36109-5413

Respectfully submitted,

**s/Arlene M. Richardson**
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
P.O. Box 971
Hayneville, Alabama 36040
Telephone: (334) 548-5660
Fax: (334) 548-5661
E-mail: arlawyer@htcnet.net



ATTORNEYS AT LAW
# RICHARDSON LEGAL CENTER, L.L.C.

April 17, 2007

C. Winston Sheehan, Esq.
BALL, BALL, DUKE & NOVAK, P.A.
P. O. Box 2148
Montgomery, AL 36102-2148

**RE:** **R.A. v. Walter Lacey: 03-cv-337**

Dear Winston,

Enclosed are copies of the exhibits listed on our exhibit list dated April 16, 2007.

Very truly yours,

*Arlene M Richardson*
Arlene M. Richardson

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A. JR. (a minor child, by and through his Father and next friend, Richard Lemmel Arnold), <br><br> Plaintiff, <br> v. <br><br> DEPUTY SHERIFF WALTER LACEY, <br> In his official and individual capacity, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: CV-3:06-cv-337-WHA <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S EXHIBIT LIST

COMES NOW, the Plaintiff by and through the undersigned counsel of record, pursuant to this Court's Scheduling Order and hereby submits his list of exhibits as follows:

A.  Plaintiff may use the following exhibits at trial; and if appropriate, may enlarge or display any listed exhibit through overhead projectors, slides or computer generated means.

**LIST OF EXHIBITS:**

**Exhibit Number**     **Description**

1.  Picture of area where incident occurred.

2.  Picture of gate area.

3.  Picture of grassy area between gate and Sheriff's car

4.  Picture of R.A. Jr. injury to hip area.

5.  Picture of R.A. Jr. injury to thigh.

6.  Picture of R.A. Jr. injury to thigh.

7.  Emergency Room Records; Community Hospital, Inc. 10/10/05

8.  South East Pediatrics; (Dr. Molly Walker) medical records.

9.  State of Alabama Complaint signed by Deputy Lacey

**B.**   Plaintiff further reserves the right for use at trial any Exhibits:

1.   Documents introduced by the Defendants or any witness testifying;

2.   Any documents needed for impeachment;

3.   Any documents necessary or needed to rebut any legal or factual contentions or assertions made by any witness in plaintiff's or defendant's case in chief;

4.   Any documents presently unavailable and discovered prior to trial and disclosed pursuant to Rule 26;

5.   Any documents necessary or needed for witness impeachment.

6.   Any exhibits needed for demonstrative purposes.

Respectfully Submitted this the 16th day of April, 2007.

**s/Arlene M. Richardson**
Arlene M. Richardson
Attorney for the Plaintiff

RICHARDSON LEGAL CENTER, L.L.C.
P.O. Box 971
Hayneville, Alabama 36040
(334) 548-5660
Fax: (561) 228-1085
arlawyer@htcnet.net

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

C. Winston Sheehan, Jr.  wsheehan@ball-ball.com, rsmith@ball-ball.com

And certify that I have hereby mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE

Respectfully submitted,

s/Arlene M. Richardson
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
P.O. Box 971
Hayneville, Alabama 36040
Telephone: (334) 548-5660
Fax: (334) 548-5661
E-mail: arlawyer@htcnet.net





PLAINTIFF'S EXHIBIT 1






PLAINTIFF'S EXHIBIT 3