

PLAINTIFF'S EXHIBIT 5a



PLAINTIFF'S EXHIBIT 5



4625 bx 298 80.21.9

# COMMUNITY HOSPITAL — 805 FRIENDSHIP ROAD — TALLASSEE AL 36078

## EMERGENCY ROOM • OUTPATIENT RECORD

| Field | Value |
|---|---|
| PATIENT NUMBER | 614424 |
| TYPE | 3 |
| PATIENT NAME | ARNOLD RICHARD L |
| AGE | 11 |
| BIRTHDATE | 9/24/1993 |
| SEX | M |
| R/S | SB |
| DATE OF SERVICE | 8/28/05 |
| TIME | 11:57 |
| CLERK INIT. | AIF |
| ADDRESS - LINE 1 | P O BOX 830122 |
| CITY | TUSKEGEE |
| STATE | AL |
| ZIP CODE | 36083 |
| TELEPHONE | 334-725-1556 |
| NOTIFY IN CASE OF EMERGENCY - NAME | ARNOLD RICHARD |
| RELATIONSHIP | FATHER |
| TELEPHONE | 334-725-1556 |
| INSURANCE COMPANY | MEDICAID OP |
| CONTRACT OR GROUP NUMBER | 0004214105838 |
| GUARANTOR NAME | ARNOLD RICHARD L |
| GUARANTOR ADDRESS | P O BOX 830122 |
| CITY | TUSKEGEE |
| STATE | AL |
| ZIP CODE | 36083 |
| GUAR. TELEPHONE | 725-1556 |
| GUARANTOR EMPLOYER | STATE OF ALABAMA |
| GUAR. EMPL TELEPHONE | 283-2883 |
| ADMITTING/2ND PHYSICIAN | BALLUZ RUL/WALKER MOL |

**CHARGES:** X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE

**CHIEF COMPLAINT (If Accident State How, When, and Where):**

**NURSES NOTES:**

**LAB DATA (Including X-Rays, EKGs, etc.):**

**PHYSICIAN'S REPORT:**

682.7
916.5

**DIAGNOSIS:**

**TREATMENT:**

**INSTRUCTIONS TO PATIENT:**

PLAINTIFF'S EXHIBIT 2

614424
ARNOLD RICHARD L        M 11
P O BOX 830127
BALLUZ RDL              TUSKEGEE      AL
WALKER MOL    WALKER MOL
              08/28/05   B/D 09/24/93

## EMERGENCY ROOM RECORD

Community Hospital, Inc - Tallassee, Alabama   334/283-6541

Data Obtained From: ☐ Pt  ☐ Family  ☐ EMS  ☐ Prior Records  ☐ Other _____  ☐ Unable to Obtain   Time of Assessment _____ ☐ am ☐ pm

CHIEF COMPLAINT: _[illegible handwriting]_

LOCATION: _____                                SEVERITY: _[illegible]_
TIMING: _____                                  QUALITY: _____
DURATION: 1 week                               CONTEXT: _____
MODIFYING FACTORS: _started in school_         ASSOC SIGNS/SYMPTOMS: _____

PAST HX: DM ↑BP CA CVA CAD SEIZURE S↑↓PSD RENAL DZ ☐ Negative Hx   FAMILY HX: DM ↑BP CA CVA CAD SEIZURES ↑↓PSD ☐ Negative Hx
ILLNESS / INJURIES: _____
SURGERIES / HOSPITALIZATIONS: _____            SOCIAL HX: Tobacco  ETOH  Illicit Drugs
IMMUNIZATIONS: ☐ UTD (Childhood  Flu  Pneumo  Tetanus)   ALLERGIES: _____                    ☐ NKA

ROS:
GENERAL: _____                 RESP: _____              PSYCH: _____
SKIN: _[illegible] 1 skin infect_   GI: _____            ENDO: _____
EYES: _____                    GU: _____                HEM/LYMPH: _____
ENMT: _____                    MUSC: _____              ALLERGY/IMMUNE: _____
CARD/VASC: _____               NEURO: _____

PHYSICAL EXAM: ☐ Limited by Condition  T_____ R_____ P_____ BP_____
GENERAL: ☐ Normal (Well developed/Well nourished)  ☐ Abnormal (Fever Lethargy Wt Loss Weakness N/V/D Fatigue)
EYES: ☐ Normal (PERL Fundi EOM)  ☐ Abnormal (Redness Blurred Vision Conjunctiva Glaucoma)
ENT: ☐ Normal  ☐ Abnormal (Pharynx red  Sinus congestion  TM's red)
NECK: ☐ Normal  ☐ Abnormal (JVD  Lymphadenopathy  Neck rigid  Carotid bruit  Goiter  Tenderness)
CV: ☐ Normal (Rate Rhythm)  ☐ Abnormal (Murmur Rub Gallop Irregular pulse)
RESP: ☐ Normal (BBS Clear A & P)  ☐ Abnormal (Bronchi Rales Wheezing Rub Dyspnea Pain ↓BS Cough)
GI: ☐ Normal (Soft BS Normal)  ☐ Abnormal (Tender Rebound Guarding Mass ↑BS ↓BS)
GU: ☐ Normal  ☐ Abnormal (Tender Discharge Mass) _____
MS: ☐ Normal (Pulse Cap Refill ROM)  ☐ Abnormal (Edema Tender ROM Deformity Weakness) _____
SKIN: ☐ Normal (Color Warm/Dry)  ☐ Abnormal (Pale Cyanotic Diaphoretic Dry Poor turgor Rash Pallor Jaundice) _____
NEURO: ☐ Normal (CN II-XII intact Reflexes Motor Alert Sensory Oriented x 3)  ☐ Abnormal (Disoriented Unresponsive Lethargic Sensory Loss Abn gait)
PSYCH: ☐ Normal  ☐ Abnormal (Combative Anxious ↓Affect Depressed) _____
HEM / LYMPH: ☐ Normal  ☐ Abnormal (Lymphadenopathy) _____

TEST RESULTS: _____                            MANAGEMENT: _____

CONDITION: ☐ Stable ☐ Improved ☐ Unstable       DISPOSITION: ☐ home ☐ admitted ☐ transferred
PHYSICIAN'S SIGNATURE: _____                   DIAGNOSIS: _[illegible]_

DISCHARGE INSTRUCTIONS: IF YOU HAD X-RAYS: Some fractures are difficult to detect initially due to patient status such as small bones (children), bone disease (osteoporosis), significant swelling or positioning difficulties due to pain or other injuries. It is important that you contact your physician's office between 2-4 pm to receive the radiologist's interpretation of your x-rays. It may be necessary for you to have additional treatment or additional films taken.

☐ Return to ER or _____                        ☐ Keep dressing clean & dry  ☐ No driving today         ☐ Take prescriptions as directed
☐ If symptoms worsen or do not improve, call your   ☐ Elevate injured area  ☐ Rest at home today
   private physician or return to the ER
☐ See your regular doctor in _____              ☐ Rewrap ace bandage if too   ☐ Return to work/school in
                                                  loose or too tight                  _____ days
☐ Instruction sheet given                      ☐ Ice (off & on) injured area  ☐ Drink lots of fluids
☐ Other                                                                       Received by: _____
                                                                              Patient or Caregiver

Arnold Richard                    11 yrs
                                  R knee swelling

**EMERGENCY ROOM RECORD**
Community Hospital, Inc.
Tallassee, Alabama   Ph: 334/283-6541

| PATIENT NUMBER | TYPE | PATIENT NAME | | AGE | BIRTHDATE | SEX | M/S | DATE OF SERVICE | TIME | O/FOR INT |
|---|---|---|---|---|---|---|---|---|---|---|
| ADDRESS - LINE 1 | | ADDRESS - LINE 2 | | CITY | | | | STATE | ZIP CODE | TELEPHONE |
| PATIENT EMP | | | | RELATIONSHIP | ADDRESS | | | | | TELEPHONE |
| INSURANCE COMPANY | | | | CONTRACT OR GROUP NUMBER | | | | DATE | PLACE | |
| | | | | | | | | TIME | EVENT | |
| GUARANTOR NAME | | | | | | CITY | | STATE | ZIP CODE | GUAR TELEPHONE |
| GUARANTOR EMPLOYER | | GUARANTOR OCCUPATION | | GUAR EMPLOYER ADDRESS | | | | | | GUAR EMPL TELEPHONE |
| PREV. SERVICE | PREV SERV DATE | IF MINOR - PARENT NAME | | | | MED REC # | FAMILY PHYSICIAN | | | |

614424 RM-
ARNOLD RICHARD L       M  11       F/T-E/R
P O BOX 830122
BALUZ RON              TUSKEGEE , AL
WALKER MOL
WALKER MOL             08/28/05  B/D 09/24/93

Time: 1100 AM/PM   Allergies: NKA

Home Meds:

Chief Complaint:

Triage Level: ___ Emergency ___ Urgent ___ Non-Urgent   Signature: ___

ASSESSMENT:

Consciousness: Alert/Awake  Responds Voice Pain  Unresponsive  Combative  Other
Speech: Coherent  Incoherent  Hysterical  Slurred  Abusive  Other
Pupils: R/L Equal  Reactive L/R  Dilated L/R  Fixed L/R  Pinpoint L/R  Sluggish L/R  Brisk L/R  Size ___
Color: Normal  Pale  Flushed  Cyanotic  Jaundiced  Other
Skin: Normal  Dry  Hot  Cool  Moist  Other
Pulses: Normal  Strong  Slow  Irregular  Thready  Bounding  Other
Resp: Normal  Labored  Crowing  Irregular  Absent  Other
Lungs: Clear  DBS  Rales L/R  Rhonchi L/R  Rubs L/R  Wheezing  Other
Abdomen: Soft  Flat  Distended  Tender  Rigid  Other
Extremities: ROM  Wnl  Edema  Other

Tests: CXR  EKG  Rapid Strep  CBC  UA  Card Enzymes  Blood Cult  Urine Cult  BMP  Chem 7  Chem 12  PT  PTT  PTT  Other

| Time | Meds Ordered / Administered | Treatment Given |
|---|---|---|

Tetanus: UTD  Yes  No  Amount Given ___ Site ___ Lot/Cred ___ Co ___

Nurses Notes:

AUTHORIZATION FOR TREATMENT

The undersigned has been informed of the treatment considered to be necessary and that the treatment and procedures will be performed by physicians, practitioners and/or employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned understands that a physician is to be selected by or on behalf of the patient within 24 hours if hospitalization or further treatment is required, or immediately if complications arise. The undersigned has read or had read to him/her, the above authorization and understands the same and certifies that no guarantee or assurance has been made to the results that may be obtained. This authorization must be signed by the nearest relative or guardian if the patient is a minor or is physically or mentally incompetent.

Signature of Patient / Guardian     Date     Relationship of Guardian     Witness     Date

```
PRINT DATE: 08/31/05 533              Community Hospital                              PAGE   1
Dr. Unnil Patel                    Friendship Rd. Tallassee, AL 36078              Dr. Robert R. Adams
Medical Director Respiratory           CLIA# 01D0333599                            Medical Director Lab
     TIME: 16:55                   LABORATORY --- CUMULATIVE REPORT                      RBLACUM

NAME.: ARNOLD RICHARD L               SEX.......: M                        PHY...: BALUEZ ROLA S
ACCT#: 614424                         AGE.......: 11 Y                     ADMIT.: 08/28/05
ROOM..: E/R            - NO PENDING ORDERS   DOB.......: 09/24/1993        DIS...:
                                      PAT. PHONE: 3347231556
```

---

## MICROBIOLOGY

```
        --ORDERED--      --COLLECTED--      --REC'D--     --RESULTED--     --VERIFIED--
         8/28/05 1625    8/28/05 1737     8/28/05 1737    8/31/05 1054    8/31/05 1055
         BSS             BSS              LL              DW              DW

     WOUND CULTURE
              Specimen Source:     R KNEE
              Culture Number:      67427

         ****************************FINAL REPORT****************************
              Preliminary                 SEE BELOW
              Final Report                SEE BELOW
                        after 48 hours
         *********************************************************************
              SENSITIVITY            6

              ANTIMICROBIAL SUSCEPTIBILITY TESTING
                 GRAM POSITIVE ORGANISMS
     Organism(s) Found 1. STAPH AUREUS-MRSA
                       2.

    ==================================================================
                              Organism: #1            #2
         Trpixax           SXT             S
         Tetracycline      TE              S
         Rifampin                          S
         Cefazolin         CF              R
         Erythromycin      E               R
         Clindamycin       CC              S
         Levofloxacin      LUX             R
         Oxacillin         OX              R
         Penicillin G      P               R
         Ampicillin/Sulbactam              R
         Gentamicin        GM              S
         Vancomycin        VA              S
         Nitrofurantoin                    S
                              (CODE)
         S - Susceptible    I - Intermediate    R - Resistant
```

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS/RATES | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHGS | 49 |
|---|---|---|---|---|---|---|---|
| 0250 | PHARMACY | | | 1 | 177.01 | 177.01 | |
| 0306 | LAB/BACTERIOLOGY & MICRO | | | 1 | 40.00 | 40.00 | |
| 0450 | EMERGENCY ROOM | | | 2 | 240.00 | 240.00 | |
| 0960 | PROF FEES-E/R DR | | | | 183.00 | 183.00 | |
| 0001 | TOTALS | | | 4 | 640.01 | 640.01 | |

COMMUNITY HOSPITAL
805 FRIENDSHIP ROAD
TALLASSEE AL 36078-1229
334-283-6541

5 FED TAX NO: 630047680
6 STATEMENT COVERS PERIOD: 082805 - 082805
7 COV D: 000
8 NC D: 0001
3a PATIENT CONTROL NO: 614424XX601CTP
11: 614424

12 PATIENT NAME: ARNOLD RICHARD L
13 PATIENT ADDRESS: P O BOX 630132   TUSKEGEE   AL   36083

14 BIRTHDATE: 09241993   M   S   082805   11   1   7   16   01   614424

05 082805

ARNOLD RICHARD
P O BOX 630132
TUSKEGEE   AL   36083

BENEFITS ASSIGNED

50 PAYER:
A ARNOLD RICHARD
B MEDICAID OP

51 PROVIDER NO:
B056034H

54 PRIOR PAYMENTS:
A 0.00
B 457.01

55 EST AMOUNT DUE:

DUE FROM PATIENT: 183.00

58 INSURED'S NAME:
A ARNOLD RICHARD       03   421419583
B ARNOLD RICHARD L     01   0004214195838

65 EMPLOYER NAME:
STATE OF ALABAMA
STATE OF ALABAMA

6827   9165   6827

80 ATTENDING PHYS: 29378   BALLUZ RUL
F70392 BALLUZ RULA S

85 PROVIDER REPRESENTATIVE: Michelle Bice   86 DATE: 032807

**EMERGENCY ROOM RECORD**
Community Hospital, Inc.
Tuskegee, Alabama  Ph. 334-283-6541

Hurt R hand

Arnold, Richard

Patient: ARNOLD RICHARD  DOB: 9/24/1995  Arrival Time: 1803
Address: PO BOX 830122, TUSKEGEE, AL 36083
Guarantor: LIGON JEANETTE — GRANDMOTHER  334-727-3726
Insurance: MEDICAID-O/P  #000421410503B  07/08/03  No fault
Guardian: ARNOLD STEPHANIE  PO BOX 830122  TUSKEGEE AL 36083  725-1556
Employer: MAGNOLIA NURSING HOME  605 NORTH WRIGHT  727-4960

Time: 1810   Wt: 92   T: 98   P: 72   BP: 121/53

Home Meds: None

Chief Complaint: Injury to R "pointer" finger. Last wk-wh B Basketball & fell/pushed backwards. Been R finger + Back of RT hand swollen & tender to touch. No PCP contact.

Triage Level: Urgent

ASSESSMENT: Time 1805
Consciousness: Awake/Alert
Speech: Clear
Skin: Warm, Dry
Pulse: Strong
Lungs: Clear

Tests: @ Hand @ R finger

Meds Ordered/Administered:
motrin 100 PO @ 1900
metal wrist splint c 3" ACE x2 to R hand @ 1900

1905 DC to home c Rx instructions. Pt parents verbalized understanding instructions.

AUTHORIZATION FOR TREATMENT
[authorization paragraph]

Stephanie Arnold  7-8-03  Mother   D. Kinville  07/08/03

# EMERGENCY ROOM RECORD

Community Hospital, Inc., Tallassee, Alabama   334/283-6541

Data Obtained From: ☑ Pt  ☐ Family  ☐ EMS  ☐ Prior Records  ☐ Other _____    ☐ Unable to Obtain   Time of Assessment: 6:_  ☐ am ☑ pm

**CHIEF COMPLAINT:** R heel pain

- **LOCATION:** R heel posterior
- **TIMING:** _____
- **DURATION:** 1 week
- **MODIFYING FACTORS:** _____
- **SEVERITY:** _____
- **QUALITY:** _____
- **CONTEXT:** injury while playing basketball [illeg.]
- **ASSOC SIGNS/SYMPTOMS:** no [illeg.]

**PAST HX:** DM ↑BP CA CVA CAD SEIZURES ↑LIPIDS RENAL DZ ☑ Negative Hx
**FAMILY HX:** DM ↑BP CA CVA CAD SEIZURES ↑LIPIDS ☐ Negative Hx

- **ILLNESS / INJURIES:** _____
- **SURGERIES / HOSPITALIZATIONS:** _____
- **IMMUNIZATIONS:** ☐ UTD (Childhood  Flu  Pneumo  Tetanus)
- **SOCIAL HX:** Tobacco  ETOH  Illicit Drugs _____
- **ALLERGIES:** NKA

**ROS:**
- GENERAL: _____
- SKIN: [illeg.]
- EYES: _____
- ENMT: _____
- CARD/VASC: _____
- RESP: _____
- GI: _____
- GU: _____
- MUSC: [illeg.]
- NEURO: p.ro[illeg.]
- PSYCH: _____
- ENDO: _____
- HEM/LYMPH: _____
- ALLERGY/IMMUNE: _____

**PHYSICAL EXAM:** ☐ Limited by Condition   Wt ___ T ___ R 72 P 101/61 ___ BP ___

- GENERAL: ☑ Normal (Well developed, Well nourished)  ☐ Abnormal (Fever Lethargy Wt. Loss Weakness N/V/D Fatigue)
- EYES: ☑ Normal (PERL Fundi EOM)  ☐ Abnormal (Redness Blurred Vision Conjunctivitis Glaucoma)
- ENT: ☑ Normal  ☐ Abnormal (Pharynx red Sinus congestion TM's red)
- NECK: ☑ Normal  ☐ Abnormal (JVD Lymphadenopathy Neck rigid Carotid bruit Goiter Tenderness)
- CV: ☑ Normal (Rate Rhythm)  ☐ Abnormal (Murmur Rub Gallop Irregular pulse)
- RESP: ☑ Normal (BBS Clear A & P)  ☐ Abnormal (Rhonchi Rales Wheezing Rub Dyspnea Pain ↓BS Cough)
- GI: ☑ Normal (Soft BS Normal)  ☐ Abnormal (Tender Rebound Guarding Mass ↓BS TBS)
- GU: ☑ Normal  ☐ Abnormal (Tender Discharge Mass)
- MS: ☐ Normal (Pulse Cap Refill ROM)  ☑ Abnormal (Edema Tender ROM Deformity Weakness) [illeg.]
- SKIN: ☑ Normal (Color Warm/Dry)  ☐ Abnormal (Pale Cyanotic Diaphoresis Dry Poor turgor Rash Pallor Jaundice)
- NEURO: ☑ Normal (CN II-XII intact Reflexes Motor Alert Sensory Oriented x 3)  ☐ Abnormal (Disoriented Unresponsive Lethargic Sensory Loss Abn gait)
- PSYCH: ☑ Normal  ☐ Abnormal (Combative Anxious ↓Affect Depressed)
- HEM/LYMPH: ☑ Normal  ☐ Abnormal (Lymphadenopathy)

**TEST RESULTS:** [illeg.]

**MANAGEMENT:** [illeg.]

**CONDITION:** ☑ stable  ☐ improved  ☐ unstable
**DISPOSITION:** ☑ home  ☐ admitted  ☐ transferred

**PHYSICIAN'S SIGNATURE:** [signature]
**DIAGNOSIS:** [illeg.]

**DISCHARGE INSTRUCTIONS:** IF YOU HAD X-RAYS, Some fractures are difficult to detect initially due to patient status such as small bones (children), bone disease (osteoporosis), significant swelling or positioning difficulties due to pain or other injuries. It is important that you contact your physician's office between 2-4 pm to receive the radiologist's interpretation of your x-rays. It may be necessary for you to have additional treatment or additional films taken.

- ☐ Return to ER on _____
- ☐ If symptoms worsen or do not improve, call your private physician or return to the ER.
- ☐ See your regular doctor on _____
- ☐ Instruction sheet given
- ☐ Keep dressing clean & dry
- ☐ Elevate injured area
- ☐ Rewrap ace bandage if too loose or too tight
- ☐ Ice (off & on) injured area
- ☐ No driving today
- ☐ Rest at home today
- ☐ Return to work/school in ___ days
- ☐ Drink lots of fluids
- ☑ Take prescriptions as directed

Received by: [signature]   Patient or Guardian

## COMMUNITY HOSPITAL
## TALLASSEE, ALABAMA 36078

### RADIOLOGY DEPARTMENT REPORT

| | |
|---|---|
| NAME: ARNOLD RICHARD | ACCT NUMBER: 425888 |
| ROOM: | MR NUMBER: |
| STAY TYPE: E/R | DOB: 09/24/1993 |
| AGE: 9 | SEX: M |
| FILM #: 48464 | PHONE: 334/725/1556 |
| ADMIT: 07/08/03 | ORDERING PHY: FARAH MAHE |
| DISCH DATE: 07/08/03 | REFER PHY: WALKER MOL |
| TRANS. DATE: 7/09/03 | F/C: XB |
| TRANS. TIME: 10:53 | |
| TRANS. INIT.: PM | |

**Unsigned Transcriptions represent a preliminary report and do not represent a medical or legal document**

=>XRAY ORDER<=          COMPLETE:07/08/03 6:43P AED 11160
Reason For Procedure: INJURY
HAND RT 3 VIEWS          COMPLETE:07/08/03 6:43P AED 11162

DICT: 07/09/03
TYPED: 07/09/03 PM

RIGHT HAND, THREE VIEWS DATED 07/08/03:

FINDINGS: There is a non-displaced fracture involving the distal metaphysis of the second metacarpal. There is no significant angulation. I can not tell with certainty whether this extends into the growth plate. No other fractures are seen.

IMPRESSION:   (1). DISTAL SECOND METACARPAL FRACTURE.

Dictated by: KENNETH JOE RICHARDSON, M.D.

This report has been Electronically Signed:
KENNETH R RICHARDSON
M.D.

                                            SIGNED: _____

```
RUN DATE 08/29/03   Community Hospital      MASTER DATE 07/31/03        PAGE   1
   TIME- 5:30       A/R DETITES             DETAIL DATE 07/01/03         SRCDUP
                                            ZERO SINCE- 05/31/03

                   KIN       GUARANTOR       SEX BIRTH ADM     PHONE     PRIVACY
PATIENT NAME   STAY ADDRESS                  MAR ADMIT SERV    S.S.      INSR
............K/B NON....................................DISC................PAY...............
ANGULA RICHARD         ANGULA STEPHANIE      M  08/24/93 E  334-725-1355    Y
              474888  PO BOX 830127          S  07/08/03 E  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     07/08/03
              E.R.    TUSKEGEE      AL       36083 07/08/03   PARAN KAUR
  DATE....SERV  TYPE.DEP..CHGE..QTY  DSC  AMOUNT..G/L  DESCRIPTION
07/08/03 08/26/03 INS  XB MEDICAID OP                      EXP.-AMT:   292.50
07/08/03          CHG 25 8170269  1   73       .00 30160025 **XRAY SUPER
07/08/03          CHG 25 8170541  1   73    120.00 30160025 HAND XT 3 VIE
07/08/03          CHG 12 8085155  1   46    140.00 30160012 EMERGENCY ROO
07/08/03          CHG 12 8534469  2   45      9.00 30160046 ACE BANDAGE 3
07/08/03          CHG 12 7910070  10  35      3.50 30160032 HYPRIN SUSPEN
07/08/03          PATIES                    173.00          LEVEL 4 FRY
07/08/03          CHG 13 1396294  1   94    173.00 30160013 LEVEL 4 FRY
07/14/03 08/26/03 INS  XP MEDICAID PHYSICIAN               EXP.-AMT:   173.00
08/20/03          N      XB BILLED 8/26/03
08/20/03          N      XP BILLED 8/20/03
08/29/03          PAY IN  201292         P    292.50-1060000 MEDICAID-O/P
08/29/03          N      BILLED:  8/20/03 REIM:   49.21
08/29/03          N      COPAY:    0.00 ROAGRW       0.00
08/29/03          N      DEDCT:    0.00 CONTRA:   227.79
08/29/03          PAY IB  201277         P    173.00-1060060 MEDICAID PHYSICIAN
08/29/03          N      BILLED:  8/20/03 REIM:   65.00
08/29/03          N      COPAY:    0.00 ROAGRW       0.00
08/29/03          N      DEDCT:    0.00 CONTRA:   108.00
..............................................................................
```

```
03/28/07                Community Hospital                                    PAGE  1
14:55 Wednesday         PATIENT ACCOUNT DETAIL 614424   ARNOLD RICHARD L      HSARDET

                        COMMUNITY HOSPITAL
                        805 FRIENDSHIP ROAD
                        TALLASSEE       AL  36078-1225
                        PHONE: 334-283-6541 TAX ID#: 630047680


PATIENT--------------------------        BILLING INFORMATION-------------
 1 NUM/NAME-: 614424   ARNOLD RICHARD L    16 CREDIT----:              HOSP DRG..: 279
 2 SEX------: M                            17 BILL------:              FINAL DRG.:
 3 BIRTH----: 09/24/1993                   18 CYCLE-----:
 4 DOCTOR---: 139800 BALLUZ RUL            19 STAY TYPE-: 3   E/R
 5 MARITAL--: S                            20 SERVICE---: A
 6 SOC.SEC.-:                              21 INSURANCE-: XB  MEDICAID OP

GUARANTOR-----------------------         ADMISSION----------------------
10 NAME-----: ARNOLD RICHARD               22 DATE------: 9/28/05
11 ADDRESS-1: P O BOX 830122               23 CODE------: E
12 ADDRESS-2:
13 CITY/ST--: TUSKEGEE        AL          DISCHARGE----------------------
14 ZIP------: 36083                        25 DATE------: 8/28/05    DAY STAY
15 PHONE----: 3347251556                   26 CODE------: H   01/HOME

                                                                            MED
 A/R       SERV   TYPE    CHG/REC
 DATE      DATE   TRAN CODE  NUMBER   QTY DESCRIPTION              CHARGE   CREDIT   NECESSARY CPT
---------------------------------------------------------------------------------------------------
 08/28/05         CHG  55   8299999   1.00 <<CANCEL LAB ORDER REQUEST>>    .00
 08/28/05         CHG  46   8690798   1.00 INJECTION ANTIBIOTIC           50.00              90772
 08/28/05         CHG  46   8685158   1.00 EMERGENCY ROOM 3              190.00              99282
 08/28/05         CHG  58   8249104   1.00 CULTURE WOUND OTHER            40.00              87070
 08/28/05         CHG  78   7924640   1.00 ROCEPHIN (CEFTRIAXONE); 1 GM VIAL 177.01          J0696
 08/30/05                                  LEVEL 4 PHY
 08/30/05 08/28/05 CHG 94   1399284   1.00 LEVEL 4 PHY                   183.00              99284
 09/16/05         PAY  IN    246047        XB  MEDICAID OP                        457.01
 11/28/05         PAY  IN    250229        XP  MEDICAID PHYSICIAN                 183.00

                               AR BALANCE.............................0.00
```

```
03/28/07              Community Hospital                                        PAGE  2
14:55 Wednesday       PATIENT ACCOUNT DETAIL 614424   ARNOLD RICHARD L          HSARDET

                      COMMUNITY HOSPITAL
                      805 FRIENDSHIP ROAD
                      TALLASSEE          AL 36078-1225
                      PHONE: 334-283-6541 TAX ID#: 630047690


***************** CHARGE SUMMARY *****************
SUMMARY                                           DAYS MED-
   CODE  DESCRIPTION            AMOUNT  DAYS  NECESSARY  UNITS

   45    EMERGENCY ROOM         240.00                   2.00
   56    LAB/BACTERIOLOGY & MICROBIOLOG  40.00           1.00
   78    PHARMACY               177.01                   1.00
   94    PROF FEES-E/R DR       183.00                   1.00
                   TOTAL CHARGES............640.01
                   TOTAL ADJUSTMENTS..........0.00
                   LESS PAYMENTS............640.01
                   AR BALANCE.................0.00
```