804 Eastside St
Tuskegee, AL 36083
(334)724-0550

Page: 1                                                                                              9/21/2006

| Patient: | R▇▇ L. A▇▇ |
|---|---|
| | P O Box 830122 |
| | Tuskegee, AL 36083 |
| Chart #: | ARNRI000 |
| Case #: | 3305 |

**Instructions:**
Complete the patient information portion of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | Dx 1 | Dx 2 | Dx 3 | Dx 4 | Units | Charge |
|---|---|---|---|---|---|---|---|---|---|
| 10/13/2005 | OFFICE VISIT INTERMEDIATE | 99213 | | 724.5 | 924.00 | | | 1 | 44.00 |
| 10/20/2005 | OFFICE VISIT INTERMEDIATE | 99213 | | 924.00 | | | | 1 | 44.00 |



PLAINTIFF'S EXHIBIT 4

**Provider Information**
Provider Name:   Mollie Walker M.D.
License:   ▇▇▇▇
Medicaid PIN:   ▇▇▇▇▇▇▇
SSN or EIN:   ▇▇▇▇▇▇▇

| Total Charges: | $ 88.00 |
|---|---|
| Total Payments: | $ 0.00 |
| Total Adjustments: | $ 0.00 |
| **Total Due This Visit:** | **$ 88.00** |
| Total Account Balance: | $ 0.00 |

Assign and Release:   I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _____                    Date: _____

Date: 10/13/2005
Doctor: Dr. Walker

Age: 12.1 yrs old.,   ,   Temp: 98 F.,   B.P: 110 / 80

Height: 64.5 in.,   Weight: 137 lbs.

**History:**
Chief Complaint: ER reck, injury to R thigh and L arm.

He sustained an injury to the right thigh 6 days ago. Type of Injury: blow. The injury occurred at an extracurricular sport game. Other associated injuries: Left hip and Right arm. He complains of moderate pain. His pain is described as dull. The pain is localized to the right lateral thigh. His pain does not radiate anywhere. His pain is improving. His pain worsens with weight bearing. His pain improves with rest and over the counter pain medications. He complains of moderate swelling. He has had swelling since the injury. The swelling is localized to the lateral thigh. His swelling is improving over the past 3 days. He denies any stiffness. He denies any mass. Also c/o back pain Current medications: Motrin.

Review of Systems otherwise negative.

**Physical Exam:**
Vital signs are stable. He is well appearing, well developed, cooperative and. His neck is supple. His chest is clear to auscultation. Cardiovascular exam is regular rate and rhythm without murmur. His abdomen is soft, non-tender, non-distended, with positive bowel sounds and no HSM. Exam of both hips is normal. His neurologic exam is intact. He has a mild limp.

Additional Notes on Physical Exam:


Right Hip  There is moderate swelling of the lateral thigh. There is no warmth. 6 by 6 cm area of contusion Right thigh.


**Results:**
L-S spine: pending.


**Rx:**
Motrin 600 tab 1 By mouth. Every 6 hours. Prn Pain, 40 (forty) Take with food. No Refill


**Plan:**
Discussed use of NSAIDS and crutches/cane. Instructions given, he is to call back or return to the office or ER if he worsens or develops other symptoms or if no better in 7 days. He is instructed to return to the office for a recheck in 2 weeks.

**Diagnosis:**
Primary Diagnosis:. Contusion Right thigh


Electronically signed and coded by Dr. Walker -- 10/13/2005 -- 16:49:14

Date: 10/20/2005
Doctor: **Dr. Walker**

Age: 12.1 yrs old., ,  Temp: 96.8 F.

**History:**
Chief Complaint: Follow-up, R shoulder pain.
Type of Injury: blow. The injury occurred at an extracurricular sport game. He complains of moderate pain. His pain is improving over the past week. He complains of moderate swelling. His swelling is improving over the past week. He is currently taking Motrin 600 tab.
Review of Systems otherwise negative.

**Physical Exam:**
Vital signs are stable. He is well appearing, well developed and active. His chest is clear to auscultation. Cardiovascular exam is regular rate and rhythm without murmur. His abdomen is soft, non-tender, non-distended, with positive bowel sounds and no HSM. Exam of his right hip is normal. His neurologic exam is intact. He has a normal gait. Skin normal without rash. Exam of his right thigh is normal.

**Plan:**
Discussed use of NSAIDS. Instructions given, he is to call back or return to the office or ER if he worsens or develops other symptoms. may return to football practice.

**Diagnosis:**
Primary Diagnosis:. contusion Right thigh


Electronically signed and coded by Dr. Walker -- 10/20/2005 -- 12:34:06

Patient Name: [redacted]
Date: 10/13/2005
Doctor: Dr. Walker

Age: 12.1 yrs old,    Temp: 98 F    B.P: 110/80

Height: 64.5 in.,    Weight: 137 lbs.

History:
Chief Complaint: ER reck, injury to R thigh and L arm.

He sustained an injury to the right thigh 6 days ago. Type of Injury: blow. The injury occurred at an extracurricular sport game. Other associated injuries: Left hip and Right arm. He complains of moderate pain. His pain is described as dull. The pain is localized to the right lateral thigh. His pain does not radiate anywhere. His pain is improving. His pain worsens with weight bearing. His pain improves with rest and over the counter pain medications. He complains of moderate swelling. He has had swelling since the injury. The swelling is localized to the lateral thigh. His swelling is improving over the past 3 days. He denies any stiffness. He denies any mass. Also c/o back pain. Current medications: Motrin.

Review of Systems otherwise negative.

Physical Exam:
Vital signs are stable. He is well appearing, well developed, cooperative and. His neck is supple. His chest is clear to auscultation. Cardiovascular exam is regular rate and rhythm without murmur. His abdomen is soft, non-tender, non-distended, with positive bowel sounds and no HSM. Exam of both hips is normal. His neurologic exam is intact. He has a mild limp.

Additional Notes on Physical Exam:


Right Hip: There is moderate swelling of the lateral thigh. There is no warmth. 6 by 6 cm area of contusion Right thigh.


Results:
L-S spine: pending.


Rx:
Motrin 600 tab 1 By mouth. Every 6 hours. Prn Pain, 40 (forty) Take with food. No Refill


Plan:
Discussed use of NSAIDS and crutches/cane. Instructions given, he is to call back or return to the office or ER if he worsens or develops other symptoms or if no better in 7 days. He is instructed to return to the office for a recheck in 2 weeks.

Diagnosis:

## COMMUNITY HOSPITAL
## TALLASSEE, ALABAMA 36078

### RADIOLOGY DEPARTMENT REPORT

| | |
|---|---|
| NAME: ARNOLD RICHARD L | ACCT NUMBER: 620424 |
| ROOM: | MR NUMBER: |
| STAY TYPE: E/R | DOB: 09/24/1993 |
| AGE: 12 | SEX: M |
| FILM #: 48464 | PHONE: 334/725/1556 |
| ADMIT: 10/10/05 | ORDERING PHY: FARAH MAHE |
| DISCH DATE: 10/10/05 | REFER PHY: WALKER MOL |
| TRANS. DATE: 10/11/05 | F/C: XB1 |
| TRANS. TIME: 6:15 | |
| TRANS. INIT.: PM | |

**Unsigned Transcriptions represent a preliminary report and do not represent a medical or legal document***

=>XRAY ORDER<=         COMPLETE:10/10/05 1:17P CH  233
Reason For Procedure: HIT WITH STICK ON FRIDAY
FEMUR RT               COMPLETE:10/10/05 1:17P CH  241
SHOULDER LT 2 VIEWS    COMPLETE:10/10/05 1:17P CH  242
PELVIS SINGLE VIEW     COMPLETE:10/10/05 1:17P CH  243

DICT: 10/11/05
TYPED: 10/11/05 PM

RIGHT FEMUR, TWO VIEWS DATED 10/10/05:

FINDINGS:

There are no bony, articula, or soft tissue abnormalities.

IMPRESSION:   (1). NORMAL RIGHT FEMUR SERIES.


PELVIS XRAY DATED 10/10/05:

FINDINGS:

The pelvic ring is intact. The joint spaces are well maintained.
No sacral fracture is demonstrated.

IMPRESSION:     (1). NORMAL PELVIS.


LEFT SHOULDER, TWO VIEWS DATED 10/10/05:

FINDINGS:

There is no fracture or dislocation. The AC joint is intact. The soft tissues
are unremarkable.

IMPRESSION:   (1). NORMAL LEFT SHOULDER SERIES.

Dictated by: KENNETH JOE RICHARDSON, M.D.

This report has been Electronically Signed:
KENNETH R RICHARDSON
M.D.

## COMMUNITY HOSPITAL
### TALLASSEE, ALABAMA 36078

### RADIOLOGY DEPARTMENT REPORT

| | |
|---|---|
| NAME: ARNOLD RICHARD | ACCT NUMBER: 620941 |
| ROOM: | MR NUMBER: |
| STAY TYPE: O/P | DOB: 09/24/1993 |
| AGE: 12 | SEX: M |
| FILM #: 48464 | PHONE: 334/725/1556 |
| ADMIT: 10/14/05 | ORDERING PHY: WALKER MOL |
| DISCH DATE: 10/14/05 | REFER PHY: WALKER MOL |
| TRANS. DATE: 10/17/05 | F/C: XB |
| TRANS. TIME: 9:08 | |
| TRANS. INIT: PM | |

**Unsigned Transcriptions represent a preliminary report and do not represent a medical or legal document**

=>XRAY ORDER<=            COMPLETE:10/14/05 11:35A WS   610
Reason For Procedure: LOW BACK PAIN
LUMBAR AP & LAT COMP & OBLIQUE          COMPLETE:10/14/05 11:35A WS   611

DICT: 10/17/05
TYPED: 10/17/05 PM

LUMBAR SPINE, FIVE VIEWS DATED 10/14/05:

FINDINGS:

The vertebral bodies are of normal alignment. The disc spaces are well
maintained. There is no fracture. The pedicles are intact.

IMPRESSION:        (1). NORMAL LUMBAR SPINE SERIES.

Dictated by: KENNETH JOE RICHARDSON, M.D.

This report has been Electronically Signed:
KENNETH R RICHARDSON
M.D.
                                    SIGNED: _____

Copy for: WALKER MOLLIE                  via fax
Copy for: 066 MEDICAL RECORDS

JV0909                          STATE OF ALABAMA
                                   COMPLAINT
                                                        CASE: JU 2005 000111 01

IN THE JUVENILE COURT OF MACON COUNTY, ALABAMA

IN THE MATTER OF: A████ █████ JR.                  AKA:
ADDRESS:          202 SUSIE CIRCLE                 PHONE: 000-000-0000
                                                   DOB: ███████
                  TUSKEGEE         AL   36083      RACE: █         SEX: █
                                                   HT: █  █        WT: 120
SCHOOL NAME:   TUSKEGEE INSTITUTE MIDDLE SC        EYES: BRO  HAIR: BLK
                                                   GEN: ███████

FATHER:    A████ █████ SR.                CUSTODIAN:
ADDRESS:   202 SUSIE CIRCLE               ADDRESS:

           TUSKEGEE       AL  36083
HOME PHONE: 000-000-0000                  HOME PHONE:
WORK PHONE: 000-000-0000                  WORK PHONE:

MOTHER:                                   VICTIM:
ADDRESS:                                  ADDRESS:

HOME PHONE:                               HOME PHONE:
WORK PHONE:                               WORK PHONE:

ALLEGED VIOLATION/INCIDENT: DISORDERLY CONDUCT
DATE OF VIOLATION/INCIDENT: 10/07/2005         CATEGORY: DELINQUENT
ARRESTING OFFICER:                             DATE OF ARREST: 00/00/0000
                                               DEPT.:

I AGREE TO SIGN A FORMAL PETITION AND TESTIFY IN COURT IF NECESSARY
TO SUBSTANTIATE THE COMPLAINT.
COMPLAINANT: WALTER LACEY            SIGNATURE: /s/ Walter Lacey #4623
ADDRESS:     846 CO. ROAD 11
             SHERIFF DEPT.           HOME PHONE: 000-000-0000
             TUSKEGEE     AL  36083  WORK PHONE: 334-727-2500

FACTS OF VIOLATION/INCIDENT:
ON OR ABOUT OCTOBER 7, 2005, RICHARD ARNOLD, JR DID INTENTIONALLY
ENGAGE IN DISORDERLY CONDUCT WITH INTENT TO CAUSE PUBLIC INCONVENIENCE,
ANNOYANCE OR ALARM, OR RECKLESSLY CREATED A RISK THEREOF BY
ENGAGING IN FIGHTING OR IN VIOLENT, TUMULTUOUS, OR THREATENING BEHAVIOR,
IN VIOLATION OF 13A-11-7(A)(1) OF THE CODE OF ALABAMA AGAINST THE PEACE
AND DIGNITY OF THE STATE OF ALABAMA. SAID ACT OCCURRED IN MACON COUNTY,
ALABAMA.

DATE: 12/05/2005    TIME: 10:52 AM       /s/ Nancy L. Maxwell
                                         INTAKE OFFICER

ACTION TAKEN:

(12/05/2005)  MAX

**PLAINTIFF'S EXHIBIT 7**

**PLAINTIFF'S EXHIBIT 6**

[x]