IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A. JR. (a minor child, by and through his Father and next friend, Richard Lemmel Arnold, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )    Case No.: CV-3:06-cv-337-WHA |
| | ) |
| DEPUTY SHERIFF WALTER LACEY, | )<br>) |
| Defendant. | ) |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S WITNESS LIST**

**COMES NOW** the Defendant, Walter Lacey, and in accordance with this Court's Uniform Scheduling Order submits the following objections to the Plaintiffs calling as witnesses, Quadarius Johnson and/or Carlton Willis, who are listed as witnesses, who the "Plaintiff may call at the trial of this cause. "Neither the address nor telephone number of these two witnesses has been provided and the attorney for the Defendant has repeatedly requested the opportunity to depose any and all witnesses whom the Plaintiffs may call to testify in this trial. See letters attached hereto as Exhibits A, B, and C and made a part hereof by reference.

The Defendant respectfully request this Court to enter an Order prohibiting the use of any witness not previously identified by address and telephone number as required by the Court's Scheduling Order.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.
Attorney for the Defendant, Walter Lacey

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Hon. Arlene M. Richardson
Richardson Legal Center, LLC
Post Office Box 971
Hayneville, AL 36040-0971

                                              /s/ C. Winston Sheehan, Jr.
                                              OF COUNSEL