## BALL, BALL, MATTHEWS & NOVAK, P.A.
### ATTORNEYS AT LAW
#### EST. 1891

| | | |
|---|---|---|
| RICHARD A. BALL, JR.<br>TABOR R. NOVAK, JR.<br>CLYDE C. OWEN, JR.<br>C. WINSTON SHEEHAN, JR.<br>WILLIAM H. BRITTAIN II<br>E. HAMILTON WILSON, JR.<br>RICHARD E. BROUGHTON<br>T. COWIN KNOWLES<br>GERALD C. SWANN, JR.<br>MARK T. DAVIS<br>JAMES A. RIVES<br>ALLISON ALFORD INGRAM | 2000 INTERSTATE PARK DRIVE, SUITE 204<br>MONTGOMERY, ALABAMA 36109-5413<br><br>POST OFFICE BOX 2148<br>MONTGOMERY, ALABAMA 36102-2148<br>TELEPHONE (334) 387-7680<br>TELEFAX (334) 387-3222<br><br>EMAIL: FIRM@BALL-BALL.COM | N. GUNTER GUY, JR.<br>B. SAXON MAIN<br>EMILY C. MARKS<br>W. EVANS BRITTAIN<br>FRED B. MATTHEWS<br>WILLIAM D. MONTGOMERY, JR.*<br>JASON R. WATKINS<br>W. CHRISTOPHER WALLER, JR.<br>E. BRYAN PAUL<br>ALICE H. EMFINGER<br><br>*ALSO ADMITTED TO PRACTICE IN FLORIDA<br><br>ONE TIMBER WAY, SUITE 200<br>DAPHNE, ALABAMA 36527<br>TELEPHONE (251) 621-7680<br>TELEFAX (251) 621-7681 |

April 2, 2007

Hon. Arlene M. Richardson        <u>VIA EMAIL</u>
Richardson Legal Center, LLC
Post Office Box 971
Hayneville, AL 36040-0971




RE:    *R.A. v. Walter Lacey*
       In the United States District Court for the Middle District of Alabama
       3:06-cv-337-WHA

Dear Arlene:

As per our telephone conversation of April 3, 2007, I understand that you will advise me if you intend to call any of the plaintiff's witness who have not previously been deposed in this matter so that I can schedule their deposition in the near future.

Also, I understand that you have no other medical records and that you have no objection to the subpoenas which I have issued to the plaintiff's healthcare providers, including the subpoena to East Alabama Medical Center issued today.

Finally, I understand that you will incorporate the Defendant's Contentions in the proposed Pretrial Order, to be filed today with Judge Albritton and that you will reflect that item 3(b) under pleadings is the Amended Answer to Complaint.

If there are any problems or questions with the above, please do not hesitate to contact me.

Sincerely yours,


C. Winston Sheehan, Jr.

CWSjr/rps


EXHIBIT A

## BALL, BALL, MATTHEWS & NOVAK, P.A.
### ATTORNEYS AT LAW
EST. 1891

| | | |
|---|---|---|
| RICHARD A. BALL, JR. | 2000 INTERSTATE PARK DRIVE, SUITE 204 | N. GUNTER GUY, JR. |
| TABOR R. NOVAK, JR. | MONTGOMERY, ALABAMA 36109-5413 | B. SAXON MAIN |
| CLYDE C. OWEN, JR. | POST OFFICE BOX 2148 | EMILY C. MARKS |
| C. WINSTON SHEEHAN, JR. | MONTGOMERY, ALABAMA 36102-2148 | W. EVANS BRITTAIN |
| WILLIAM H. BRITTAIN II | TELEPHONE (334) 387-7680 | FRED B. MATTHEWS |
| E. HAMILTON WILSON, JR. | TELEFAX (334) 387-3222 | WILLIAM D. MONTGOMERY, JR.* |
| RICHARD E. BROUGHTON | | JASON R. WATKINS |
| T. COWIN KNOWLES | EMAIL: FIRM@BALL-BALL.COM | W. CHRISTOPHER WALLER, JR. |
| GERALD C. SWANN, JR. | | E. BRYAN PAUL |
| MARK T. DAVIS | | ALICE H. EMFINGER |
| JAMES A. RIVES | | *ALSO ADMITTED TO PRACTICE IN FLORIDA |
| ALLISON ALFORD INGRAM | | |

ONE TIMBER WAY, SUITE 200
DAPHNE, ALABAMA 36527
TELEPHONE (251) 621-7680
TELEFAX (251) 621-7681

April 10, 2007

Hon. Arlene M. Richardson                                    <u>VIA EMAIL</u>
Richardson Legal Center, LLC
Post Office Box 971
Hayneville, AL 36040-0971



RE:   *R.A. v. Walter Lacey*
      In the United States District Court for the Middle District of Alabama
      3:06-cv-337-WHA

Dear Arlene:

Please find attached a revised version of the Order on Pretrial Hearing, which you forwarded to me on April 5, 2007. If agreeable with you, please forward it to the court.

As I have previously requested, I would like to depose any witness you intend to call at trial who has not been previously deposed.

Would you please let me know as soon as possible if you intend to call anyone who has not previously been deposed?

Thank you for your assistance and cooperation in this matter.

Sincerely yours,


C. Winston Sheehan, Jr.

CWSjr/rps


EXHIBIT B

BALL, BALL, MATTHEWS & NOVAK, P.A.
ATTORNEYS AT LAW
EST. 1891

RICHARD A. BALL, JR.
TABOR R. NOVAK, JR.
CLYDE C. OWEN, JR.
C. WINSTON SHEEHAN, JR.
WILLIAM H. BRITTAIN II
E. HAMILTON WILSON, JR.
RICHARD E. BROUGHTON
T. COWIN KNOWLES
GERALD C. SWANN, JR.
MARK T. DAVIS
JAMES A. RIVES
ALLISON ALFORD INGRAM

2000 INTERSTATE PARK DRIVE, SUITE 204
MONTGOMERY, ALABAMA 36109-5413
POST OFFICE BOX 2148
MONTGOMERY, ALABAMA 36102-2148
TELEPHONE (334) 387-7680
TELEFAX (334) 387-3222

EMAIL: FIRM@BALL-BALL.COM

N. GUNTER GUY, JR.
B. SAXON MAIN
EMILY C. MARKS
W. EVANS BRITTAIN
FRED B. MATTHEWS
WILLIAM D. MONTGOMERY, JR.*
JASON R. WATKINS
W. CHRISTOPHER WALLER, JR.
E. BRYAN PAUL
ALICE H. EMFINGER

*ALSO ADMITTED TO PRACTICE IN FLORIDA

ONE TIMBER WAY, SUITE 200
DAPHNE, ALABAMA 36527
TELEPHONE (251) 621-7680
TELEFAX (251) 621-7681

April 12, 2007

Hon. Arlene M. Richardson                    VIA EMAIL
Richardson Legal Center, LLC
Post Office Box 971
Hayneville, AL 36040-0971

RE:   *R.A. v. Walter Lacey*
      In the United States District Court for the Middle District of Alabama
      3:06-cv-337-WHA

Dear Arlene:

Pursuant to your representation to Judge Albritton that you may call Quindarrius Johnson as a witness, I would again renew my request to depose any and all witnesses whom you may use at trial.

Would you please let me know as soon as possible whether you intend to call any witnesses, who have not been previously deposed so that I can schedule their depositions in the near future?

Thank you for your assistance and cooperation in this matter.

Sincerely yours,


C. Winston Sheehan, Jr.

CWSjr/rps


EXHIBIT C