BALL, BALL, MATTHEWS & NOVAK, P.A.
ATTORNEYS AT LAW
EST. 1891

RICHARD A. BALL, JR.
TABOR R. NOVAK, JR.
CLYDE C. OWEN, JR.
C. WINSTON SHEEHAN, JR.
WILLIAM H. BRITTAIN II
E. HAMPTON WILSON, JR.
RICHARD E. BROUGHTON
T. COWIN KNOWLES
GERALD C. SWANN, JR.
MARK T. DAVIS
JAMES A. RIVES
ALLISON ALFORD INGRAM

2000 INTERSTATE PARK DRIVE, SUITE 204
MONTGOMERY, ALABAMA 36109-5413
POST OFFICE BOX 2148
MONTGOMERY, ALABAMA 36102-2148
TELEPHONE (334) 387-7680
TELEFAX (334) 387-3222

EMAIL: FIRM@BALL-BALL.COM

N. GUNTER GUY, JR.
B. SAXON MAIN
EMILY C. MARKS
W. EVANS BRITTAIN
FRED B. MATTHEWS
WILLIAM D. MONTGOMERY, JR.*
JASON R. WATKINS
W. CHRISTOPHER WALLER, JR.
E. BRYAN PAUL
ALICE H. EMERSON

*ALSO ADMITTED TO PRACTICE IN FLORIDA

ONE TIMBER WAY, SUITE 200
DAPHNE, ALABAMA 36527
TELEPHONE (251) 621-7680
TELEFAX (251) 621-7621

April 10, 2007

Hon. Arlene M. Richardson                    VIA EMAIL
Richardson Legal Center, LLC
Post Office Box 971
Hayneville, AL 36040-0971

RE: *R.A. v. Walter Lacey*
In the United States District Court for the Middle District of Alabama
3:06-cv-337-WHA

Dear Arlene:

Please find attached a revised version of the Order on Pretrial Hearing, which you forwarded to me on April 5, 2007. If agreeable with you, please forward it to the court.

As I have previously requested, I would like to depose any witness you intend to call at trial who has not been previously deposed.

Would you please let me know as soon as possible if you intend to call anyone who has not previously been deposed?

Thank you for your assistance and cooperation in this matter.

Sincerely yours,

C. Winston Sheehan, Jr.

CWSjr/rps

