**EXHIBIT**

**Alabama Department of Public Safety**

**BUREAU OF INVESTIGATION**

INTERVIEW SHEET
ABI-2 (REV. 6-89)

| # | Field | Value |
|---|---|---|
| 1 | NAME (Last, First, Middle) | Arnold, Richard Lemmel |
| 2 | FILE NUMBER | YC-0057-96-05 |
| 3 | ALIAS(ES) / NICKNAME(S) | |
| 4 | DATE | 11/10/05 |
| 5 | DAY | T |
| 6 | TIME | 2:00 pm |
| 6 | PLACE OF INTERVIEW | 1 |
| 6 | HOME ADDRESS | 2010 Susie Cir., Tuskegee, AL |
| 7 | HOME PHONE | |
| 8 | NAME & ADDRESS OF EMPLOYER | Tuskegee Middle School |
| 9 | BUSINESS PHONE | |
| 10 | RACE | B |
| 11 | SEX | M |
| 12 | D.O.B. | 9/24/93 |
| 17 | HGT | 5'2" |
| 18 | WGT | 135 |
| 19 | HAIR | Blk |
| 20 | EYES | Brn |

29. STATEMENT

On October 7, 2005 I was taken to Booker T Washington High School by my grandmother. My brother and sister were already there. It was the night of the High Schools homecoming game. During the game I walked around inside the stadium with my brother Ronald, Raymond Swanson, "Big Black". Towards the end of the game me and Ronald and Raymond Swanson walked out of the gate of the stadium. Quaderes Johnson and Carlton Willis came up to us and Quaderes pulled a gun from the waist area of his pants and pointed it at my brother and said, "I will put a cap in you." We just kept walking. Quaderes came up behind us and was saying something to my brother. Quaderes still had the gun then. When we got near some dumpsters swung at my brother with his

33. DATE ENDED: 11/10/05

34. INTERVIEW CONDUCTED BY: C. Wright

36. EXHIBIT NO. 9

Alabama Department of Public Safety — EXHIBIT 21 RA, 52 — BUREAU OF INVESTIGATION — ALABAMA BUREAU OF INVESTIGATION — SUPPLEMENT SHEET ABI-6A (4-87)

1. SUBJECT OR TITLE

2. FILE NUMBER

fists. This is when my brother Ronald and Quaderes started fighting. Carlton Willis and Raymond Swenson started fighting. Carlton and Raymond had stopped fighting and Carlton had run off. Ronald and Quaderes were fighting and were now on the ground. The police come up. One officer grabbed both Ronald and Quaderes by the backs of their shirts. This officer told Raymond to grab hold of Ronald. While the officer had hold of them Quaderes was reaching over the officer (Sheriff's Dept) trying to hit Ronald. While Quaderes and Ronald were on the ground fighting I tried to pull Quaderes off of Ronald. I grabbed him by the back of his shirt. Quaderes had on an orange collered shirt. Carlton had on an orange shirt, too, but had something from on his shirt a picture of some kind. Quaderes snatched away from the officer and ran. After the fighting had stopped an officer came up and grabbed me threw me to the ground and hit me with a stick. The kind that pops out when it is swung. He hit me first on the outside of my right thigh and then hit me on my right upper arm and then hit me near my left hip. He was hitting me like when someone spanks another person. He was holding me down with his hand so I could n't get up. When he let go of me Ronald me and

3. PAGE 2 OF ___

4. EXHIBIT NO. 9

Alabama Department of Public Safety
EXHIBIT
BUREAU OF INVESTIGATION
PROPERTY OF ALABAMA BUREAU
SUPPLEMENT SHEET
ABI-6A (4-87)

(22) R.A., Jr.

| 1. SUBJECT OR TITLE | 2. FILE NUMBER COPY TO |
|---|---|

FURNISHED BY
DATE

13) Raymond took off running. Ronald and Raymond went to Raymond's car and I saw my sister, Kinyetta, in front of the school. She said our mother was on the way to the school. When she got there I told her what had happened and we drove to Capricorn to where Raymond stays. We got Ronald and went home.

14) My mother took me to Tallassee Hospital on the following Monday. They took x-rays and said there was a broken blood vessel in my right leg. I was taken to Dr. Mollie Walker in Tuskegee a couple of days later to be checked out. I was taken back to Dr Walker a couple of weeks later.

3. PAGE 3 OF
4. EXHIBIT NO. 9