IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)Case No.: 3:06-CV-337-WHA<br>)<br>)<br>)<br>) |

## PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

**COMES NOW** the Plaintiffs, pursuant to the Courts Scheduling Order and respectfully request that the Court instruct the jury with the attached Jury Instructions numbered 1 through 21.

Respectfully submitted this the 27th day of April 2007.

        s/Arlene M. Richardson
        Bar Number ASB 9452-I60A
        Attorney for the Plaintiff
        **Richardson Legal Center, L.L.C.**
        P.O. Box 971
        Hayneville, Alabama 36040
        Telephone: (334) 548-5660
        Fax: (561) 228-1085
        E-mail: arlawyer@htcnet.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148
wsheehan@ball-ball.com  rsmith@ball-ball.com

and I certify that I have hereby mailed by U.S. Postal Service the document to the following non CM/ECF participants:   NONE

**s/Arlene M. Richardson**
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
P.O. Box 971
Hayneville, Alabama 36040
Telephone: (334) 548-5660
Fax: (561) 228-1085
E-mail: arlawyer@htcnet.net