IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold, <br>                 Plaintiff, <br> v. <br> DEPUTY SHERIFF WALTER LACEY, <br> in his official and individual capacity <br>                 Defendant. | Case No.: 3:06-CV-337-WHA |

<u>**PLAINTIFFS' JURY INSTRUCTION NUMBER 2**</u>

3 Fed. Jury Prac. & Instr. § 105.06 (5th ed.)

§ 105.06. Impeachment--Bad reputation for truth and veracity

A witness may be discredited or impeached by evidence that the character of the witness for truthfulness is bad. If you believe any witness has been impeached and thus discredited, you may give the testimony of that witness such credibility, if any, you think it deserves.

GIVEN _____                                         REFUSED _____