IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold,  )<br>Plaintiff,  )<br>v.  )<br>DEPUTY SHERIFF WALTER LACEY,  )<br>in his official and individual capacity  )<br>Defendant.  ) | Case No.: 3:06-CV-337-WHA |

## PLAINTIFFS' JURY INSTRUCTION NUMBER 3

**Eleventh Circuit Pattern Jury Instructions**

**IMPEACHMENT OF WITNESSES**

**INCONSISTENT STATEMENT**

You should also ask yourself whether there was evidence tending to prove that the witness testified falsely concerning some important fact; or, whether there was evidence that at some other time the witness said or did something, or failed to say or do something, which was different from the testimony the witness gave before you during the trial.

You should keep in mind, of course, that a simple mistake by a witness does not necessarily mean that the witness was not telling the truth as he or she remembers it, because people naturally tend to forget some things or remember other things inaccurately. So, if a witness has made a misstatement, you need to consider whether that misstatement was simply an innocent lapse of memory or an intentional falsehood; and the significance of that may depend on whether it has to do with an important fact or with only an unimportant detail.

GIVEN _____                                                REFUSED _____