IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold,<br>     Plaintiff,<br>v.<br>DEPUTY SHERIFF WALTER LACEY,<br>in his official and individual capacity<br>     Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 3:06-CV-337-WHA<br>)<br>)<br>) |

**PLAINTIFFS' JURY INSTRUCTION NUMBER 5**

PMCIV-FJPI § 7-2.9
§ 7-2.9. Causation, one cause

An injury or damage is proximately caused by an act, or a failure to act, whenever it appears from the evidence in the case that the act or omission played a substantial part in bringing about or actually causing the injury or damage; and that the injury or damage was either a direct result or a reasonably probable consequence of the act or omission.

GIVEN _____                    REFUSED _____