IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold,<br>    Plaintiff,<br>v.<br>DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 3:06-CV-337-WHA<br>)<br>)<br>) |

### PLAINTIFFS' JURY INSTRUCTION NUMBER 6

**PMCIV-FJPI § 7-2.10**
**§ 7-2.10. Causation, multiple causes**

This does not mean that the law recognizes only one proximate cause of an injury or damage, consisting of only one factor or thing, or the conduct of only one person. On the contrary, many factors or things, or the conduct of two or more persons, may operate at the same time, either independently or together, to cause injury or damage; and in such a case, each may be a proximate cause.

GIVEN _____              REFUSED _____