IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold,<br>    Plaintiff,<br>v.<br>DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 3:06-CV-337-WHA<br>)<br>)<br>) |

<u>PLAINTIFFS' JURY INSTRUCTION NUMBER 7</u>

PMCIV-FJPI § 7-2.7

**§ 7-2.7. Causation, false placement of blame that results in a constitutional injury may be a cause of that injury**

Falsely placing blame on one who then suffers a constitutional injury because of that false placement of blame may be a proximate cause of constitutional injury.

GIVEN _____            REFUSED _____