IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold,<br>        Plaintiff,<br>v.<br>DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No.: 3:06-CV-337-WHA<br>)<br>)<br>) |

<u>**PLAINTIFFS' JURY INSTRUCTION NUMBER 8**</u>

PMCIV-FJPI § 1-3.59
§ 1-3.59. Force,
§ 1-3.59. Force, injury not required

Injury is not an essential element of a Section 1983 claim based on excessive force. No lasting, serious injury need be inflicted.

GIVEN _____     REFUSED _____