**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **R.A.Jr., (a minor child, by and through his** | ) | |
| **Father and next best friend, Richard Lemmel** | ) | |
| **Arnold,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No.: 3:06-CV-337-WHA** |
| **DEPUTY SHERIFF WALTER LACEY,** | ) | |
| **in his official and individual capacity** | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS' JURY INSTRUCTION NUMBER 9**

**PMCIV-FJPI § 1-1.78.3**

**§ 1-1.78.3. Probable cause, totality of circumstances, prudent officer test**

Probable cause exists when, under the totality of the circumstances known to the arresting officers (or within the knowledge of other officers at the scene), a prudent person would believe the suspect had committed a crime.

GIVEN _____                    REFUSED _____