IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold,<br>　　　　Plaintiff,<br>v.<br>DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No.: 3:06-CV-337-WHA |

## PLAINTIFFS' JURY INSTRUCTION NUMBER 10

PMCIV-FJPI § 1-1.44.2.1
§ 1-1.44.2.1. Probable cause includes caution

The test for probable cause is whether facts and circumstances within an officer's knowledge are sufficient to warrant a prudent person, or one of reasonable caution, to believe, in the circumstances shown, that a suspect has committed, is committing, or is about to commit an offense.

GIVEN _____   REFUSED _____