IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold,<br>　　　　Plaintiff,<br>v.<br>DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity<br>　　　　Defendant. | Case No.: 3:06-CV-337-WHA |

PLAINTIFFS' JURY INSTRUCTION NUMBER 12

PMCIV-FJPI § 1-1.7
§ 1-1.7. Fourth Amendment reasonableness

The constitutional standard in Fourth Amendment cases is "reasonableness."

GIVEN _____                                   REFUSED _____