IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold, </br>   Plaintiff, </br> v. </br> DEPUTY SHERIFF WALTER LACEY, </br> in his official and individual capacity </br>   Defendant. | ) </br> ) </br> ) </br> ) </br> ) Case No.: 3:06-CV-337-WHA </br> ) </br> ) </br> ) |

### PLAINTIFFS' JURY INSTRUCTION NUMBER 13

PMCIV-FJPI § 6-1.44
§ 6-1.44. Negligence, gross negligence

Negligence suggests no more than a failure to measure up to the conduct of a reasonable person. Gross negligence generally signifies more than an ordinary inadvertence or inattention, but less perhaps than conscious indifference to the consequences.


GIVEN _____                                REFUSED _____