IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold, <br>               Plaintiff, <br> v. <br> DEPUTY SHERIFF WALTER LACEY, <br> in his official and individual capacity <br>               Defendant. | ) <br> ) <br> ) <br> ) <br> )   Case No.: 3:06-CV-337-WHA <br> ) <br> ) <br> ) |

### PLAINTIFFS' JURY INSTRUCTION NUMBER 14

PMCIV-FJPI § 6-1.61

§ 6-1.61. Gross negligence, reckless disregard

Conduct demonstrating gross negligence or reckless disregard for plaintiff's civil rights is actionable under § 1983.

GIVEN _____                                                REFUSED _____