IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold, <br>         Plaintiff, <br> v. <br> DEPUTY SHERIFF WALTER LACEY, <br> in his official and individual capacity <br>         Defendant. | ) <br> ) <br> ) <br> ) <br> )   Case No.: 3:06-CV-337-WHA <br> ) <br> ) <br> ) |

### PLAINTIFFS' JURY INSTRUCTION NUMBER 15

**PMCIV-FJPI § 1-3.14**
**§ 1-3.14. Force, most important factor is immediate threat**

Under the Fourth Amendment the most important single element in analyzing the reasonableness of force is whether a suspect posed an immediate threat to the safety of officers or others.

GIVEN _____                                                                             REFUSED _____