IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold, </br>Plaintiff, </br>v. </br>DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity </br>Defendant. | ) ) ) ) ) ) ) ) ) Case No.: 3:06-CV-337-WHA |

## PLAINTIFFS' JURY INSTRUCTION NUMBER 16

PMCIV-FJPI § 1-3.15
§ 1-3.15. Force, reasonableness judged by immediate events

The proper focus in determining the reasonableness or not of force used is on events *immediately* confronting officers when they decide to use force.

GIVEN _____               REFUSED _____