IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 3:06-CV-337-WHA |
| DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity | ) ) | |
| Defendant. | ) | |

PLAINTIFFS' JURY INSTRUCTION NUMBER 17

PMCIV-FJPI § 1-3.16
§ 1-3.16. Force, frustration of police irrelevant

That police are frustrated is not a relevant factor to be considered when determining the reasonableness of force.

GIVEN _____                REFUSED _____