IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold,<br>    Plaintiff,<br>v.<br>DEPUTY SHERIFF WALTER LACEY,<br>in his official and individual capacity<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 3:06-CV-337-WHA<br>)<br>)<br>) |

### PLAINTIFFS' JURY INSTRUCTION NUMBER 18

PMCIV-FJPI § 1-3.17
§ 1-3.17. Force, not reasonable when suspect non-violent and poses no threat

Commission of a misdemeanor militates against finding that force used was reasonable when the person against whom it was used was non-violent and posed not threat to the safety of officers or others.

GIVEN _____            REFUSED _____