IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold,<br>    Plaintiff,<br>v.<br>DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 3:06-CV-337-WHA<br>)<br>)<br>) |

### PLAINTIFFS' JURY INSTRUCTION NUMBER 19

**PMCIV-FJPI § 1-3.19**
**§ 1-3.19. Force, reasonableness for jury when other tactics available**

When evidence suggests that other tactics were available to police to affect an arrest, reasonableness of force used is a jury issue.

GIVEN _____                              REFUSED _____