IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold,<br>          Plaintiff,<br>v.<br>DEPUTY SHERIFF WALTER LACEY,<br>in his official and individual capacity<br>          Defendant. | Case No.: 3:06-CV-337-WHA |

### PLAINTIFFS' JURY INSTRUCTION NUMBER 20

PMCIV-FJPI § 1-3.68.1

§ 1-3.68.1. Force, use of weapon against helpless person is excessive force

Use of a weapon against someone who is helpless constitutes excessive force.

GIVEN _____                              REFUSED _____