IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold, <br><br>    Plaintiff, <br><br>v. <br><br>DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity <br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:06-CV-337-WHA<br>)<br>)<br>)<br>) |

### PLAINTIFFS' JURY INSTRUCTION NUMBER 21

### NOMINAL DAMAGES

### PMCIV-FJPI

4.8.2 Section 1983—Damages—Nominal Damages

Authority
Cary v. Piphus, 435 U.S. 247, 266 (1978)

Memphis Community School Dist. V. Stachura, 477 U.S. 299, 308 (1986)

 If you return a verdict for plaintiff, but he has failed to prove compensatory damages, then you must award nominal damages of $1.00.

 A person whose federal rights were violated is entitled to a recognition of that violation, even if he suffered no actual injury. Nominal damages (of $1.00) are designed to acknowledge the deprivation of a federal right, even where no actual injury occurred.

 However, if you find actual injury, you must award compensatory damages (as I instructed you), rather than nominal damages.

GIVEN: _____  REFUSED: _____