**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

April 30, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: R. A. Jr. vs. Walter Lacey, et al**
**Case Number: 3:06cv337-WHA**

**Pleading : #72 - Notice of Appearance**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 4/27/2007 with the wrong pdf document attached to Exhibit 1.**

**The corrected pdf document is attached to this notice.**