IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| R.A. JR. (a minor child, by and through his Father and next friend, Richard Lemmel Arnold, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.: CV-3:06-cv-337-WHA |
| DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity, | ) ) ) ) | |
| Defendant. | ) | |

### DEFENDANT'S REQUESTED SPECIAL INTERROGATORIES TO THE JURY

1. Did you find from a preponderance of the evidence that Deputy Walter Lacey could have reasonably believed that the actions taken by him were justified under the circumstances?

    Answer Yes or No _____

2. Did you find from a preponderance of the evidence that Deputy Walter Lacey acted in defense of others?

    Answer Yes or No _____

3. Did you find from a preponderance of the evidence that Deputy Walter Lacey was faced with a serious situation?

    Answer Yes or No _____

4. Did you find from a preponderance of the evidence that the Plaintiff R.A., Jr. posed a threat to the safety of Q.J., Deputy Whitlow, or others?

    Answer Yes or No _____

  5. Did you find from a preponderance of the evidence that Deputy Walter Lacey was faced with a tense, uncertain and rapidly evolving situation?

    Answer Yes or No _____

  6. Did you find from a preponderance of the evidence that a reasonable person in Deputy Walter Lacey's circumstances would have perceived the defense of others as necessary?

    Answer Yes or No _____

  7. Did you find by a preponderance of the evidence that a reasonable officer possessing the same knowledge as Deputy Walter Lacey at the time could have believed that R.A., Jr. was either assaulting Q.J. or Deputy Whitlow?

    Answer Yes or No _____

  SO SAY WE ALL

                  _____
                  FOREPERSON

DATED:_____