IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A.Jr., (a minor child, by and through his Father and next best friend, Richard Lemmel Arnold,<br>　　　　　Plaintiff,<br>v.<br>DEPUTY SHERIFF WALTER LACEY, in his official and individual capacity<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Case No.: 3:06-CV-337-WHA<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF FILING**
**PLAINTIFFS' FILING OF RESPONSES TO DEFENDANT'S MOTIONS IN LIMINE**

**COMES NOW**, the Plaintiff, by and through his attorney of record, Arlene M. Richardson and hereby Notices this Honorable Court that the Plaintiffs' Responses to the Defendant's Motions in Limine have, this date, been placed in the United States Mail and filed under seal pursuant to this Court's Order dated April 24, 2007. The Plaintiffs' responses are as follows: (Note: Court will notice that Plaintiff did not respond to Defendant's Eighth Motion in Limine.)

1. Plaintiffs' Response to Defendant's First Motion in Limine;

2. Plaintiffs' Response to Defendant's Second Motion in Limine;

3. Plaintiffs' Response to Defendant's Third Motion in Limine;

4. Plaintiffs' Response to Defendant's Fourth Motion in Limine;

5. Plaintiffs' Response to Defendant's Fifth Motion in Limine;

6. Plaintiffs' Response to Defendant's Sixth Motion in Limine;

7. Plaintiffs' Response to Defendant's Seventh Motion in Limine;

9. Plaintiffs' Response to Defendant's Ninth Motion in Limine;

**WHEREFORE PREMISES CONSIDERED**, the Plaintiff prays that this Honorable Court deny the above Motions in Limine as filed by the Defendant.

Respectfully submitted this the 3rd day of May, 2007.

**s/Arlene M. Richardson**
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
P.O. Box 971
Hayneville, Alabama 36040
Telephone: (334) 548-5660
E-mail: arlawyer@htcnet.net

### CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

wsheehan@ball-ball.com,    rsmith@ball-ball.com

And certify that I have hereby mailed by United States Postal Service the documents listed above under seal pursuant to this Court's Order of April 24, 2007 to the Defendant and to this Honorable Court:

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148

The Honorable Harold Albritton
Debra P. Hackett, Clerk
United States District Court
One Church Street
Montgomery, AL 36104

**s/Arlene M. Richardson**
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
P.O. Box 971
Hayneville, Alabama 36040
Telephone: (334) 548-5660
Fax: (334) 548-5661
E-mail: arlawyer@htcnet.net
