NOTICE - ALL COUNSEL OF RECORD

CIVIL JURY TERM  - MAY 22, 2007

SENIOR UNITED STATES DISTRICT JUDGE W. HAROLD ALBRITTON, III

R. A., JR.
v. WALTER LACEY
3:06cr337-WHA

_____           _____
Arlene M. Richardson (Plaintiff)                C. Winston Sheehan, Jr. (Defendant)