IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A., JR., etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv337-WHA |
| | ) |
| WALTER LACEY, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

Due to a change in the court's schedule, it is hereby

ORDERED that jury selection in this case is CONTINUED from May 14, 2007, to Tuesday, May 22, 2007, at 10:00 a.m., with trial to begin immediately after jury selection.

DONE this 9th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE