IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A., JR., etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv337-WHA |
| | ) |
| DEPUTY SHERIFF WALTER LACEY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This case is before the court on Defendant's Seventh Motion in Limine (Doc. #65), filed on April 23, 2007.

This motion is similar to Defendant's First Motion in Limine. To the extent that the motion would seek to prohibit the Plaintiff and his parents from testifying that his injury caused a "broken blood vessel," the motion is DENIED so long as the testimony makes clear that they are using that term merely to describe bruising.

To the extent that the motion seeks to prohibit the Plaintiff and his parents from testifying that medical personnel stated to them that the Plaintiff had broken blood vessels, the motion is GRANTED. Such testimony as to what medical personnel might have said would be hearsay.

DONE this 21st day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE