IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A., JR., etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv337-WHA |
| | ) |
| DEPUTY SHERIFF WALTER LACEY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on Defendant's Ninth Motion in Limine (Doc. #84), filed on April 23, 2007. This motion appears to be duplicative of previous Motions in Limine and, therefore, is DENIED as moot. In the event the Defendant should contend that this motion includes matters not previously determined, the court will hear the Defendant outside the presence of the jury.

DONE this 21st day of May, 2007.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE