IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A., JR., etc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06cv337-WHA |
| ) | |
| DEPUTY SHERIFF WALTER LACEY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This case is before the court on Defendant's Objections to Plaintiff's Witness List (Doc. #69), filed on April 26, 2007.

It is hereby ORDERED that the objection is SUSTAINED as to the calling of any witness not identified with address and telephone number as required by the scheduling order, unless good cause is shown for failure to do so. *See* Section 10, Uniform Scheduling Order entered on August 15, 2006.

DONE this 21st day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE