IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A., JR., etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv337-WHA |
| | ) |
| DEPUTY SHERIFF WALTER LACEY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on Plaintiff's Objections to Defendant's Witness List (Doc. #49), filed on April 19, 2007.

The Plaintiff objects to the calling by the Defendant of Wanda Penn, John Curry, Freddie Williams, and Dorothy Hooks as witnesses. The objection is not based on failure to comply with the requirements of the Uniform Scheduling Order, but rather on the question of admissibility of such witnesses' testimony. Therefore, the court will reserve ruling on these objections until, or unless, the court is advised that the Defendant wishes to call one of them. In that event, the court will hear the Plaintiff's objections outside the presence of the jury.

DONE this 21st day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE