IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

R.A., JR., etc.,                                    )
                                                   )
                    Plaintiff,                     )
                                                   )
vs.                                                )     CIVIL ACTION NO. 3:06cv337-WHA
                                                   )
DEPUTY SHERIFF WALTER LACEY,                       )
                                                   )
                    Defendant.                     )

## **ORDER**

This case is before the court on Defendant's Eighth Motion in Limine (Doc. #66), filed

on April 23, 2007, in which the Defendant seeks to prohibit any reference to the fact that the

Defendant may have liability insurance coverage.  The Plaintiff has filed no response to this

motion, therefore, conceding it.  Accordingly, it is hereby

ORDERED that this motion is GRANTED, and Plaintiff is prohibited from making any

reference to the fact that Defendant may have liability insurance coverage.

DONE this 21st day of May, 2007.


 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE