IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A., JR., etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv337-WHA |
| | ) |
| DEPUTY SHERIFF WALTER LACEY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This case is before the court on Plaintiff's First Motion in Limine and Second Motion in Limine.

### First Motion

The Plaintiff seeks to preclude all testimony about the Alabama Bureau of Investigation Report written by Investigator Charles Wright and to prohibit the introduction of such Report. The Report was not attached, and the court is unclear as to the extent of what it is that the Plaintiff seeks to preclude. Accordingly, the court will reserve ruling on this until the Plaintiff's position is clarified. Until that time, the Defendant is prohibited from referring to the Report without first taking the matter up outside the presence of the jury.

### Second Motion

Plaintiff seeks to preclude the reading into evidence of any testimony taken at the depositions of Richard Arnold and R. A., Jr. The court has ruled on this in the court's separate

order entered on this date on the Plaintiff's specific objections and, in accordance with that ruling, Plaintiff's Second Motion in Limine is DENIED.

DONE this 21st day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE