Received
5/23/07
2:35 p.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE OF ALABAMA

### NOTE FROM THE JURY

CASE NO. 3:06-CV-337-WHA          DATE: 5-23-2007

STYLE OF CASE: lawsuit (excessive force)

Will you clarify question 2 on front page of interrogatories.

Answer — Did intentional acts of the Defendant that violated the Plaintiff's federal Constitutional right not to be subjected to excessive or unreasonable force during a seizure cause the Plaintiff damages or harm as described in the Court's Instructions of the Jury.

Harold Albritton
U.S. District Judge

_____
FOREPERSON