IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A., JR, a minor child by and through his father and next friend, Richard Lemmel Arnold<br>  Plaintiff,<br>vs.<br>WALTER LACEY, Macon County Deputy Sheriff, in his official and individual capacity<br>  Defendant. | )<br>)<br>)<br>)<br>)  3:06cv337-WHA<br>)<br>)<br>)<br>) |

## JUROR QUESTIONNAIRE CERTIFICATION

I, __Winston Sheehan__, counsel for __Walter Lacey__, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

  I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

  I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

Signature of Counsel of Record: _____
Printed Name of Counsel of Record: __C. Winston Sheehan, Jr.__
Date: __May 18, 2007__

If applicable, signature of Person Obtaining Questionnaires: _____
Printed Name of Person Obtaining Questionnaires: __David Peterson__
Date: __May 18, 2007__

*Received disc on 5/24/07*

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A., JR, a minor child by and through his father and next friend, Richard Lemmel Arnold<br>　　　Plaintiff,<br>vs.<br>WALTER LACEY, Macon County Deputy Sheriff, in his official and individual capacity<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)    3:06cv337-WHA<br>)<br>)<br>)<br>) |

## JUROR QUESTIONNAIRE CERTIFICATION

I, _Arlene Richardson_, counsel for _R.A. Jr. Plaintiff_, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

　　　I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

　　　I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

Signature of Counsel of Record: _Arlene M. Richardson_
Printed Name of Counsel of Record: _Arlene M. Richardson_
Date: _5/9/07_

If applicable, signature of Person Obtaining Questionnaires: _Rita McGough_
Printed Name of Person Obtaining Questionnaires: _Rita McGough_
Date: _May 18, 2007_

_Received disc on 5/24/07_