IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| R.A., JR., etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv337-WHA |
| | ) |
| DEPUTY SHERIFF WALTER LACEY, | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

This case is before the court on Plaintiff's Motion for New Trial (Doc. #118).

Plaintiff's motion is based on the contention that the jury verdict was contrary to the clear weight of the evidence. The Plaintiff did not move for a judgment as a matter of law in this case at the close of all the evidence. The Defendant did, and the court denied the motion. No suggestion was made by the Plaintiff that the case should not be submitted to the jury. Furthermore, having heard the evidence the court finds that the case clearly involved questions for the jury, and the court also finds that the verdict in favor of the Defendant was justified and reasonable based on the evidence. Therefore, it is hereby

ORDERED that the Motion for New Trial is DENIED.

DONE this 4th day of June, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE