

Winston Sheehan, Attorney At Law
P.O. Box 2148
Montgomery, AL 36102-2148

| | | | |
|---|---|---|---|
| 50707.3 | 5/7/07 | | |

RE: Richard Arnold vs. Walter Lacey, et al.   3:06-CV-337-WHA

| | | | |
|---|---|---|---|
| 1 | Process Service / Curry @ Williams | $65.00 | $65.00 |
| 88 | Mileage | $0.60 | $52.80 |

| | | | |
|---|---|---|---|
| $117.80 | 0.00% | $117.80 | |

Note: There is no charge for cellular or long distance phone calls, additional mileage or labor, or other costs associated with the successful completion of this project.

# THANK YOU FOR YOUR BUSINESS!

**Montgomery Reporting Service**
P. O. Box 1761
Montgomery, Alabama 36102
Phone: (334) 262-3331
FED ID # 63-0893065

# Invoice

Number: 2369

Date: October 12, 2006

Bill To:

```
C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak
P. O. Box 2148
Montgomery, AL 36103
```

Ship To:

```
C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109-5413
```

| Case Style | Case Number | Deposition of: | Reporter |
|---|---|---|---|
| R.A.Jr. v. Lacey | 3:06-cv-337-WHA | R.A. Jr., etc. | Rick Tyler |

| Date | Description | Pages | Rate | Amount |
|---|---|---|---|---|
| 10/3/06 | Appearance fee | | 150.00 | 150.00 |
| | Original and one copy of R. A., Jr. | 204.00 | 2.85 | 581.40 |
| | Original and one copy of Richard Arnold | 103.00 | 2.85 | 293.55 |
| | Original and one copy of Ronald Ligon | 103.00 | 2.85 | 293.55 |
| | Original and one copy of Stephanie Arnold | 97.00 | 2.85 | 276.45 |
| | Photocopy of Exhibits | 33.00 | 0.20 | 6.60 |
| | Mileage | 70.00 | 0.40 | 28.00 |
| | | | Total | $1,629.55 |

Thanks For Your Business

*[signature: Rick Tyler]*



# TAYLOR REPORTING
COURT REPORTERS

Post Office Box 369
Repton, AL 36475
251.248.2108
www.TaylorcourtReporting.com

October 28, 2006

Invoice #: RD060113
Date Taken: October 18, 2006
Location: Montgomery, Alabama

TO: C. WINSTON SHEEHAN, JR., ESQ.
   BALL, BALL, MATTHEWS & NOVAK, P.A.
   Post Office box 2148
   Montgomery, AL 36102

RE: R.A. Jr. vs. Deputy Sheriff Walter Lacey

| Description | Amount |
| --- | --- |
| COPY-- Deposition of: | |
| Deputy Walter Lacey | 217.15 |
| Deputy Eric Whitlow | 150.50 |
| Exhibit Reproduction | 24.15 |
| Postage | 8.00 |
| TOTAL | 399.80 |

THANK YOU VERY MUCH, MR. SHEEHAN!!

# Montgomery Reporting Service

P. O. Box 1761
Montgomery, Alabama 36102
Phone: (334) 262-3331
FED ID # 63-0893065

# Invoice

Number: **2461**
Date: **March 28, 2007**

**Bill To:**

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak
P. O. Box 2148
Montgomery, AL 36103

**Ship To:**

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109-5413

| Case Style | Case Number | Deposition of: | Reporter |
|---|---|---|---|
| R.A. Jr. vs. Lacey | CV-3:06-cv-377-WHA | Raymond Swanson | Rick Tyler |

| Date | Description | Pages | Rate | Amount |
|---|---|---|---|---|
| 3/13/07 | Appearance fee - Half Day | | 60.00 | 60.00 |
| | Original and one copy | 100.00 | 2.90 | 290.00 |
| | Mileage | 90.00 | 0.48 | 43.20 |
| | Sending Deposition for Witness to read and sign | | | 15.00 |
| | | | **Total** | **$408.20** |

Thanks For Your Business

Tuskegee Institute Middle School
Dorothy E. Hooks
1809 Franklin Road
Tuskegee, Alabama 36088
334-727-2580

## INVOICE

March 7, 2007

C. Winston Sheehan, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Dr., Ste. 204
Montgomery, Alabama 36102
334-387-7680

ID Number : 001

| Date | Description | Cost |
|---|---|---|
| 03-07-07 | Cost of pages- 1.00 per page | 26.00 |
| | TOTAL DUE | $ 26.00 |

Please remit the total amount due within 15 days.

Thank You,

*Stephanie L. Wilson, Counselor*
Stephanie L. Wilson

cc: Dorothy E. Hooks, Principal

http://www.wef.net/invoicesOL/invoice.cgi                                                       3/7/2007

# INVOICE

309-0391

Southern Records Management Corp
Suite 205
1340 Old Chain Bridge Road
McLean, VA 22101

FEDERAL ID NUMBER: 62-1870109

03/29/2007

BALL BALL MATTHEWS & NOVAK PA
ATTEN MELAINE
P O DRAWER 2148
MONTGOMERY, AL 36102-2148

Enclosed are the medical records you requested from Community Hospital.

Please make your check payable to **Southern Records Management Corp** and send it to the above address. **DO NOT** send payment to the medical facility.

Be sure to write the **request number** on your check or return a copy of this invoice with your payment.

                RICHARD ARNOLD JR       Request #3526
                        Claim #:    USER_1

INVOICED: 03/29/2007    INVOICE: CHT-0703-5    PRINTED: 03/29/2007

| Description | Qty | Unit Price | Amount |
|---|---|---|---|
| Retrieval Fee | 1 | $ 5.00 | $ 5.00 |
| Copy Charge First 25 Pgs | 25 | $ 1.00 | $ 25.00 |
| Certification Fee | 1 | $ 2.50 | $ 2.50 |
| Detailed Bill | 1 | $ 10.00 | $ 10.00 |
| Postage & Handling | | | $ 2.35 |
| | | Subtotal | $ 44.85 |
| | | Sales Tax | $ 2.00 |
| | | Total | $ 46.85 |
| | | Balance Due | $ 46.85 |

**BALL, BALL, MATTHEWS AND NOVAK, P.A.** CLIENT ADVANCE ACCOUNT                    17232

| DATE | DESCRIPTION | INVOICE # | CHECK AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| 04/03/07 | 170 Southern Records Management Corp. SO.RECORDS MGMT/CWS/MEDICAL RECORDS | 309.0391 | 46.85 | | 46.85 |

RELEASE OF INFORMATION INVOICE
East Alabama Medical Center
April 12, 2007


Ball Ball Matthews & Novak
2000 Interstate Park Drive, Sui
P.O. Box 2148
Montgomery, AL 36109-5413                TEL:  334-387-7680


Please remit payment in the form of check or money order to:

East Alabama Medical Center
ATTN:  Release of Information
Medical Records
2000 Pepperell Parkway
Opelika, Alabama 36801
Tax ID# 63-6000526

If no further payment is required, please keep this as a
receipt for your records.


**Include PATIENT'S NAME and INVOICE NUMBER with payment to
insure proper crediting.

         I N V O I C E  no:  0704-75  04/12/2007

| PATIENT NAME | MR NUMBER | DISCHARGE DATE | RECEIVED DATE | AMOUNT CHARGED | BALANCE |
|---|---|---|---|---|---|
| ARNOLD, RICHARD LAMMEL | 0000726739 | | 04/03/2007 | 55.00 | 55.00 |
| Retrvl/Srch Fee  1 @ $5.00  =  5.00 | | | | | |
| Per page 1-25  25 @ $1.00  =  25.00 | | | | | |
| PerPg. over 25  50 @ $0.50  =  25.00 | | | | | |
| TOTAL | | | | $55.00 | $55.00 |

**BALL, BALL, MATTHEWS AND NOVAK, P.A.** CLIENT ADVANCE ACCOUNT          17386

| DATE | DESCRIPTION | INVOICE # | CHECK AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| 04/17/07 | 294 East Alabama Medical Center E.AL.MED.CTR/CWS/MEDICAL RECORDS | 309.0391 | 55.00 | | 55.00 |

**Southeast Pediatrics, P.C.**
Mollie A. Walker, M.D.
804 Crawford Street
Tuskegee, Alabama 36083
(334) 724-0550

PLEASE RETURN THIS FORM TO THE RECEPTIONIST

DATE: 3/29/07

RETURN: ___ Days ___ Weeks ___ Months
NEXT APPT. _____ AM / PM
Day   Month   Date   Time

| ✓ | CPT | DESCRIPTION | FEE | ✓ | CPT | DESCRIPTION | FEE | ✓ | CPT | DESCRIPTION | FEE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **OFFICE VISIT-NEW PATIENT** | | | | **IMMUNIZATIONS (CONT.)** | | | | **MEDICAL SERVICES (CONT.)** | |
| | 99202 | Minimal | | | 90744 | Hepatitis | | | 11050 | Naval Caut. | |
| | 99203 | Limited | | | 90645 | HIB | | | 36415-90 | Venipuncture | |
| | 99204 | Intermediate | | | 90657 | Influenza 6-35 mo. | | | 99070 | Sterile Supplies Tray | |
| | 99205 | Comprehensive | | | 90658 | Influenza 3 yrs & up | | | 16020 | Dressing | |
| | | **OFFICE VISITS-ESTABLISHED PATIENT** | | | 90713 | IPOL | | | 10120 | Incision and Removal of Foreign Body | |
| | 99211 | Minimal | | | 90734 | Meningitis | | | | | |
| | 99212 | Limited | | | 90707 | M.M.R. | | | 53670 | Bladder Catherization | |
| | 99213 | Intermediate | | | 90669 | Pneumo | | | 29130 | Finger Splint | |
| | 99214 | Extended | | | 90716 | Varicella | | | 10060 | I & D Abscess | |
| | 99215 | Comprehensive | | | 90718 | Tetanus | | | 94640 | Inhalation TX | |
| | | | | | 86580 | T B Tine | | | 94668 | Inhalation TX Subseq. | |
| | | **WELL CHILD PHYSICALS & INITIAL EPSDT, NORMAL & ABNORMAL** | | | 90471 | Admin. Fee One Unit | | | 94010 | Peak Flow Rate | |
| | | | | | 90472 | Admin. Fee Two or More Units | | | 94760 | Pulse Oxy. | |
| | | INITIAL_____ AGE_____ | | | | **INJECTIONS** | | | | **LABORATORY SERVICES** | |
| | | | | | 90788 | Antibiotic Admin. | | | 85024 | C.B.C. | |
| | | **WELL CHILD PHYSICALS, EPSDT PERIODIC & INTERPERIODIC NORMAL & ABNORMAL** | | | 90782 | Adrenalin / Allergy | | | 82465 | Cholestreol | |
| | | | | | 95115 | Allergy Inj.-Single | | | 87880 | Strep Screen | |
| | | | | | 95117 | Allergy Inj. Two or More | | | 81002 | Urinalysis | |
| | | ESTABLISHED_____ AGE_____ | | | J1055 | Depo-Provera | | | 82947 | Blood Sugar | |
| | | | | | J0540 | Penicillin up to 1,200,000 units | | | 81025 | HCG | |
| | 99173 | Vision Test | | | J0696 | RocephenN 250 mg. 1 un | | | 87804 | Rapid Flu Test | |
| | 92551 | Hearing Test | | | J0696 | Rocephen 500 mg. 2 un | | | 82270 | Hemocult | |
| | | **IMMUNIZATIONS** | | | | Medical recall ✓ | 15.00 | | 86318 | H Pylori | |
| | 90700 | DPT-Acell | | | | **MEDICAL SERVICES** | | | 85014 | Hct. | |
| | 90748 | Hep-B Hib | | | 92552 | Audiogram | | | 85018 | HGB. | |
| | | | | | 92567 | Tympanogram | | | | | |
| | | | | | 69210 | Removal of Ear Wax 1 or 2 | | | | | |

| CODE | ✓ | DIAGNOSIS | CODE | ✓ | DIAGNOSIS | CODE | ✓ | DIAGNOSIS | CODE | ✓ | DIAGNOSIS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 682.9 | | Abscess | 691.8 | | Dermatitis, Atopic | 244.9 | | Hypothyroidism | 034.1 | | Scarlet Fever |
| 706.1 | | Acne | 692.9 | | Dermatitis, Contact | 380.4 | | Impacted Cerumen | 737.30 | | Scoliosis |
| 789.00 | | Abdominal Pain/Colic | 690.10 | | Dermatitis, Sebor. | 684. | | Impetigo | 345.90 | | Seizures |
| 995.3 | | Allergic Reaction | 315.9 | | Develop. Delay | 703.0 | | Ingrown Nail | 780.30 | | Seizure, Febrile |
| 477.9 | | Allergic Rhinitis | 691.0 | | Diaper Rash | 919.4 | | Insect Bite | 461.9 | | Sinusitis |
| 368.00 | | Amblyopia | 787.91 | | Diarrhea | 754.5 | | Intoeing | 307.40 | | Sleep Disorder |
| 565.0 | | Anal Fissure | 787.6 | | Encopresis | 752.49 | | Labial Adhesions | 959.9 | | Soft Tissue Injury |
| 280.9 | | Anemia, Iron Def. | 788.30 | | Enuresis | 879.8 | | Laceration | 784.5 | | Speech Disturbance |
| 282.60 | | Anemia Sickle Cell | 784.7 | | Epistaxis | 984.9 | | Leading Poisoning | 848.9 | | Sprain |
| 786.09 | | Apnea | 378.0 | | Esotropia | 315.2 | | Learning Disability | 528.0 | | Stomatitis |
| 716.9 | | Arthritis | 783.41 | | Failure To Thrive | 214.9 | | Lipoma | 034.0 | | Strep |
| 483.90 | | Asthma | 783.3 | | Feeding Problem | 785.6 | | Lymphadenopathy | 780.2 | | Syncope |
| 314.01 | | ADD | 780.6 | | Fever, Unknown Origin | 289.3 | | Lymphadenitis | 719.25 | | Synovitis Hip |
| 607.1 | | Balanitis | 057.0 | | Fifth Disease | 322.9 | | Meningitis | 771.5 | | Tear Duct Obs. |
| 786.9 | | Breath Holding | 487.1 | | Flu, Influenza | 754.60 | | Metatarsus Adductus | 259.1 | | Thelarche, Precocious |
| 466.11 | | Bronchiolitis Acute | 535.0 | | Gastritis | 075. | | Mononucleosis | 112.0 | | Thrush |
| 466.0 | | Bronchitis | 558.9 | | Gastroenteritis | 278.0 | | Obesity | 736.89 | | Tibial Torsion |
| 949.0 | | Burn | 530.81 | | GE Reflux | 732.4 | | Osgood Schlatters | 110.5 | | Tinea Corporis |
| 682.9 | | Cellulitis | 771.4 | | Granuloma Umb Cord | 380.10 | | Otitis Externa | 110.0 | | Tinea Capitis |
| 343.9 | | Cerebral Palsy | 784. | | Headache | 382.9 | | Otitis Media | 463. | | Tonsillitis |
| 289.3 | | Cervical Adenitis | 346.90 | | Headache Migraine | 381.01 | | Otitus Media Serious | 599.0 | | Urinary Infection |
| 786.50 | | Chest Pain | 389.2 | | Hearing Loss | 754.60 | | Out Toeing | 708.9 | | Urticaria |
| 850.0 | | Concussion W/O L.O.C. | 785.2 | | Heart Murmur | 462. | | Pharyngitis | 465.9 | | Upper Respiratory Inf. |
| 850.1 | | Concussion W/ L.O.C. | 228.0 | | Hemangioma | 127.4 | | Pinworms | 616.10 | | Vaginitis |
| 746.9 | | Congenial Heart Dz. | 599.7 | | Hematuria | 696.3 | | Pityriasis Rosea | 052.9 | | Varicella |
| 372.30 | | Conjunctivitis Bact. | 550.90 | | Hernia, Inguinal | 486. | | Pneumonia | 079.99 | | Viral Syndromw |
| 564.00 | | Constipation | 553.1 | | Hernia, Umbilical | 765.10 | | Prematurity | 787.01 | | Vomiting |
| 924.9 | | Contusion | 054.9 | | Herpes Simplex | 791.0 | | Proteinuria | 078.10 | | Warts |
| 464.4 | | Croup | 314.9 | | Hyperactivity | 782.1 | | Rash | V20.2 | | Well Child |
| 595.9 | | Cystitus | 603.9 | | Hydrocele | 519.9 | | Reative Airway Disease | | | |
| 276.51 | | Dehydration | 774.30 | | Hyperbilirubinemia | 569.3 | | Rectal Bleeding | | | |
| 300.4 | | Depression | 272.0 | | Hypercholesterolemia | 133.0 | | Scabies | | | |

Name: Richard Arnold
Address: 
SS#: 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
D.O.B.: 9/24/93
M ✓  F

Charge: 15.00
Payments: ___

Account#: 
Insurance Name: Ball Ball, Matthews, Novak PC
Policy #: 2000 Interstate Park Dr
Group#: Suite 204 — Montgomery AL 36109
Insured: 334-387-7680
Patient's Name/Phone #: Fax 334-387-3222

**BALL, BALL, MATTHEWS AND NOVAK, P.A.** CLIENT ADVANCE ACCOUNT  17538

| DATE | DESCRIPTION | INVOICE # | CHECK AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| | 1 MR. JOHN CURRY | | | | |
| 05/02/07 | MR. JOHN CURRY/CWS/WITNESS FEE & MILEAGE | 309.0391 | 53.86 | | 53.86 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ Gross: | 53.86 Ded: | 0.00 Net: | 53.86 |
|---|---|---|---|---|---|
| 05/02/07 | 17538 | | | | |

**BALL, BALL, MATTHEWS AND NOVAK, P.A.** CLIENT ADVANCE ACCOUNT  17535

| DATE | DESCRIPTION | INVOICE # | CHECK AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| | 1 FREDDIE WILLIAMS | | | | |
| 05/02/07 | FREDDIE WILLIAMS/CWS/WITNESS FEE & MILEAGE | 309.0391 | 53.86 | | 53.86 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ Gross: | 53.86 Ded: | 0.00 Net: | 53.86 |
|---|---|---|---|---|---|
| 05/02/07 | 17535 | | | | |

**BALL, BALL, MATTHEWS AND NOVAK, P.A.** CLIENT ADVANCE ACCOUNT  17743

| DATE | DESCRIPTION | INVOICE # | CHECK AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| | 473 Ivize of Montgomery, LLC | | | | |
| 05/22/07 | IVIZE/CWS/COLOR COPIES & TRIAL BOARDS/INV. 4020, 3947, 4051 | 309.0391 | 524.73 | | 524.73 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ Gross: | 524.73 Ded: | 0.00 Net: | 524.73 |
|---|---|---|---|---|---|
| 05/22/07 | 17743 | | | | |

BALL, BALL, MATTHEWS AND NOVAK, P.A. CLIENT ADVANCE ACCOUNT                     17545

| DATE | DESCRIPTION | INVOICE # | CHECK AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| 05/03/07 | 1 CHARLES WRIGHT<br>CHARLES WRIGHT/CWS/WITNESS FEE & MILEAGE | 309.0391 | 48.44 | | 48.44 |

| CHECK DATE | CONTROL NUMBER | TOTALS | Gross: 48.44 | Ded: 0.00 | Net: 48.44 |
|---|---|---|---|---|---|
| 05/03/07 | 17545 | | | | |

BALL, BALL, MATTHEWS AND NOVAK, P.A. CLIENT ADVANCE ACCOUNT                     17537

| DATE | DESCRIPTION | INVOICE # | CHECK AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| 05/02/07 | 1 ROSEMARY MEADOWS<br>ROSEMARY MEADOWS/CWS/WITNESS FEE & MILEAGE | 309.0391 | 61.90 | | 61.90 |

| CHECK DATE | CONTROL NUMBER | TOTALS | Gross: 61.90 | Ded: 0.00 | Net: 61.90 |
|---|---|---|---|---|---|
| 05/02/07 | 17537 | | | | |

BALL, BALL, MATTHEWS AND NOVAK, P.A. CLIENT ADVANCE ACCOUNT                     17536

| DATE | DESCRIPTION | INVOICE # | CHECK AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| 05/02/07 | 1 REBECCA CARROLL<br>REBECCA WILLIAMS/CWS/WITNESS FEE & MILEAGE | 309.0391 | 61.90 | | 61.90 |

| CHECK DATE | CONTROL NUMBER | TOTALS | Gross: 61.90 | Ded: 0.00 | Net: 61.90 |
|---|---|---|---|---|---|
| 05/02/07 | 17536 | | | | |

| DATE | DESCRIPTION | INVOICE # | CHECK AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| | 473 Ivize of Montgomery, LLC | | | | |
| 05/11/07 | IVIZE/CWS/INV. 03-3984, 03-3958/VISUAL AIDS FOR TRIAL | 309.0391 | 151.23 | | 151.23 |

| CHECK DATE | CONTROL NUMBER | TOTALS | Gross: | Ded: | Net: |
|---|---|---|---|---|---|
| 05/11/07 | 17642 | | 151.23 | 0.00 | 151.23 |

# ivize
### innovativeinsightfulinformative

Ivize of Montgomery, LLC • Phone: (334) 834-2679
Fed. Tax ID: 20-3891133

**PLEASE PAY FROM THIS INVOICE**

INVOICE NO: 03-3984

INVOICE DATE: 5/10/2007

REMIT PAYMENT TO:
Ivize, LLC
128 South Tryon Street
Suite 800
Charlotte, NC 28202

SOLD TO:
Ball, Ball, Matthews & Novak
2000 Interstate Park Drive
Suite # 204
Montgomery, AL 36109

ORDERED BY: Melanie

| CUSTOMER I.D. | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON I.D. |
|---|---|---|---|
| Ball, Ball, Matthews & Novak | Macon-Arnold | NET 15 | BM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1 | Color 32x40 ... | 32x40 color trial board | 80.00 | 80.00T |
| 12 | Color Copies | Color copies | 0.79 | 9.48T |

Received by:

| | |
|---|---|
| Subtotal: | $89.48 |
| Sales Tax: | $8.95 |
| **TOTAL** | $98.43 |

**THANK YOU FOR CHOOSING IVIZE, LLC**
Payment is due upon receipt. No exceptions for third party payments. If invoice
is not paid within 30 days, a five percent (5%) finance charge may be added.
Customer is responsible for all costs of collection, including reasonable attorney fees.

# ivize
### innovative insightful informative

Ivize of Montgomery, LLC • Phone: (334) 834-2679
Fed. Tax ID: 20-3891133

**PLEASE PAY FROM THIS INVOICE**

INVOICE NO: 03-3958

INVOICE DATE: 5/8/2007

REMIT PAYMENT TO:
Ivize, LLC
128 South Tryon Street
Suite 800
Charlotte, NC 28202

SOLD TO:
Ball, Ball, Matthews & Novak
2000 Interstate Park Drive
Suite # 204
Montgomery, AL 36109

ORDERED BY: Melanie

| CUSTOMER I.D. | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON I.D. |
|---|---|---|---|
| Ball, Ball, Matthews & Novak | | NET 15 | BM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1 | B&W 32x40 ... | 32x40 black & white trial board | 48.00 | 48.00T |

Received by:

Subtotal: $48.00
Sales Tax: $4.80

**TOTAL** $52.80

**THANK YOU FOR CHOOSING IVIZE, LLC**
Payment is due upon receipt. No exceptions for third party payments. If Invoice
is not paid within 30 days, a five percent (5%) finance charge may be added.
Customer is responsible for all costs of collection, including reasonable attorney fees.

# ivize
### innovative insightful informative

Ivize of Montgomery, LLC • Phone: (334) 834-2679
Fed. Tax ID: 20-3891133

**PLEASE PAY FROM THIS INVOICE**

INVOICE NO: 03-4051
INVOICE DATE: 5/21/2007

REMIT PAYMENT TO:
Ivize, LLC
128 South Tryon Street
Suite 800
Charlotte, NC 28202

SOLD TO:
Ball, Ball, Matthews & Novak
2000 Interstate Park Drive
Suite # 204
Montgomery, AL 36109

ORDERED BY: Melanie

| CUSTOMER I.D. | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON I.D. |
|---|---|---|---|
| Ball, Ball, Matthews & Novak | Macon-Arnold | NET 15 | BM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 10 | B&W 32x40 ... | 32x40 black & white trial board | 30.00 | 300.00T |

Received by:

Subtotal: $300.00
Sales Tax: $30.00
**TOTAL** $330.00

**THANK YOU FOR CHOOSING IVIZE, LLC**
Payment is due upon receipt. No exceptions for third party payments. If invoice
is not paid within 30 days, a five percent (5%) finance charge may be added.
Customer is responsible for all costs of collection, including reasonable attorney fees.

# ivize
### innovative insightful informative

Ivize of Montgomery, LLC • Phone: (334) 834-2679
Fed. Tax ID: 20-3891133

**PLEASE PAY FROM THIS INVOICE**

INVOICE NO: 03-3947

INVOICE DATE: 5/7/2007

REMIT PAYMENT TO:
Ivize, LLC
128 South Tryon Street
Suite 800
Charlotte, NC 28202

SOLD TO:
Ball, Ball, Matthews & Novak
2000 Interstate Park Drive
Suite # 204
Montgomery, AL 36109

ORDERED BY: Melanie

| CUSTOMER I.D. | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON I.D. |
|---|---|---|---|
| Ball, Ball, Matthews & Novak | | NET 15 | BM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 807 | B&W Pick & ... | Pick and choose black & white copies | 0.19 | 153.33T |

Received by:

Subtotal: $153.33
Sales Tax: $15.33
**TOTAL** $168.66

**THANK YOU FOR CHOOSING IVIZE, LLC**
Payment is due upon receipt. No exceptions for third party payments. If invoice
is not paid within 30 days, a five percent (5%) finance charge may be added.
Customer is responsible for all costs of collection, including reasonable attorney fees.

# ivize
### innovative insightful informative

Ivize of Montgomery, LLC • Phone: (334) 834-2679
Fed. Tax ID: 20-3891133

**PLEASE PAY FROM THIS INVOICE**

INVOICE NO: 03-4020

INVOICE DATE: 5/15/2007

REMIT PAYMENT TO:   Ivize, LLC
128 South Tryon Street
Suite 800
Charlotte, NC 28202

SOLD TO:
Ball, Ball, Matthews & Novak
2000 Interstate Park Drive
Suite # 204
Montgomery, AL 36109

ORDERED BY:   Melanie

| CUSTOMER I.D. | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON I.D. |
|---|---|---|---|
| Ball, Ball, Matthews & Novak | Macon-Arnold | NET 15 | BM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 30 | Color Copies | Color copies | 0.79 | 23.70T |

Received by;

| | |
|---|---|
| Subtotal: | $23.70 |
| Sales Tax: | $2.37 |
| **TOTAL** | $26.07 |

**THANK YOU FOR CHOOSING IVIZE, LLC**
Payment is due upon receipt. No exceptions for third party payments. If invoice is not paid within 30 days, a five percent (5%) finance charge may be added. Customer is responsible for all costs of collection, including reasonable attorney fees.